JUDGE RAKOFF

HEALY & BAILLIE, LLP
Attorneys for Plaintiff
61 Broadway
New York, NY 10006
(212) 943-3980
Richard V. Singleton (RS-9489)

05 CV 2149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IROQUOIS GAS TRANSMISSION SYSTEM L.P.,

         Plaintiff,

-against-

ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES LTD., Hamilton, Bermuda (AEGIS),

         Defendant.

RULE 7.1 STATEMENT

---

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff IROQUOIS GAS TRANSMISSION SYSTEM, L.P. ("Iroquois") certifies that, according to the information provided to counsel by Iroquois, the following companies are partners in Claimant Iroquois:

    TransCanada Iroquois Ltd.
    TCPL Northeast Ltd.
    Northeast Transmission Co.
    JMC-Iroquois, Inc.
    TEN Transmission Company
    NJNR Pipeline Co.
    LILCO Energy Systems, Inc.
    Dominion Iroquois, Inc.
    Iroquois Pipeline Investment, LLC

Dated:   New York, New York
         February 14, 2005

                HEALY & BAILLIE, LLP
                Attorneys for Plaintiff
                IROQUOIS GAS TRANSMISSION
                SYSTEM, L.P.

By:  _____
                Richard V. Singleton (RS-9489)
                A Member of the Firm
                62 Broadway, 32nd Floor
                New York, New York 10006-2701
                (212) 943-3980