AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>February 16, 2005 |
| NAME OF SERVER (PRINT)<br>Michael F. Watson | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served defendant Associated Electric & Gas Insurance Services, Ltd. with true copies of the summons and complaint along with the individual rules of practice of Judge Rakoff through defendant's authorized agent for service of process Laboeuf, Lamb, Greene, Macrae, LLP by Alex Chintella, Assistant Managing Clerk.

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb 23, 2005
              Date

Signature of Server
Michael F. Watson

Brooklyn, New York
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.