NOURSE & BOWLES, LLP
Attorneys for Defendant
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IROQUOIS GAS TRANSMISSION SYSTEM L.P.,

                Plaintiff,

    - against -

ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES LTD., Hamilton, Bermuda (AEGIS),

                Defendant.
------------------------------------------------------X

05 Civ. 2149 (JSR)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties that the time for Defendant Associated Electric & Gas Insurance Services Ltd., to answer, move or appear is extended up to and including March 28, 2005.

Dated: New York, New York
        March 4, 2005

HEALY & BAILLIE, LLP
Attorneys for Plaintiff

By: _____
Richard V. Singleton (RS 9489)
61 Broadway
New York, NY 10006
(212) 943-3980

NOURSE & BOWLES, LLP
Attorneys for Defendant

By: _____
John R. Vayda, Esq. (JV 0339)
One Exchange Plaza, At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

SO ORDERED:

_____
U.S.D.J.
3-9-05