NOURSE & BOWLES, LLP
Attorneys for Defendant
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IROQUOIS GAS TRANSMISSION SYSTEM L.P.,  :

                 Plaintiff,  :      05 Civ. 2149 (JSR)

     - against -  :      **ECF CASE**

ASSOCIATED ELECTRIC & GAS INSURANCE  :      **FRCP 7.1 STATEMENT**
SERVICES LTD., Hamilton, Bermuda (AEGIS),  :

                Defendant.  :
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant, Associated Electric & Gas Insurance Services Limited, certifies that it has no parent, subsidiary or affiliate that owns more than 10% of its shares and is publicly traded in the United States.

Dated: New York, New York
       March 28, 2005

                                                NOURSE & BOWLES, LLP
                                                Attorneys for Defendant

                                                By: _____
                                                    John P. Vayda, Esq. (JV 0539)
                                                    One Exchange Plaza, At 55 Broadway
                                                     New York, NY 10006-3030
                                                     (212) 952-6200

TO:  HEALY & BAILLIE, LLP
       Attorneys for Plaintiff
       61 Broadway
       New York, NY 10006
       (212) 943-3980
       Attention: Richard V. Singleton, Esq.
                    John Koster, Esq.