DONOVAN PARRY McDERMOTT & RADZIK
Edward C. Radzik (ER-2473)
Attorneys for Defendants, Certain Underwriters
   at Lloyd's
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., <br><br> Plaintiff, <br><br> - against - <br><br> ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda (AEGIS), and CERTAIN UNDERWRITERS AT LLOYD'S, <br><br> Defendants. | ECF Case <br><br> 05 Civ.2149 (JSR) <br><br> **NOTICE OF APPEARANCE** |

-----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please take notice of, and enter, the appearance of the undersigned in the above-entitled action for defendants, Certain Underwriters at Lloyd's without prejudice to any and all defenses inuring to the benefit of said defendants, none of which is waived or abandoned.

Dated:    New York, New York
             April 15, 2005

DONOVAN PARRY McDERMOTT & RADZIK

BY: _____
Edward C. Radzik (ER-2473)
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400
(Our File: GM-05-3502 ECR/CEM)

TO: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Richard V. Singleton, Esq.
Healy & Baillie
61 Broadway - 32nd Floor
New York, NY 10006-2701

John P. Vayda, Esq.
Nourse & Bowles
One Exchange Plaza
55 Broadway - 30th Floor
New York, NY 10006-3030