DONOVAN PARRY McDERMOTT & RADZIK
Edward C. Radzik (ER-2473)
Attorneys for Defendants, Lloyd's Underwriters
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IROQUOIS GAS TRANSMISSION
SYSTEM L.P.,

                Plaintiffs,

    - against -

ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES LTD.,
Hamilton, Bermuda (AEGIS), and
CERTAIN UNDERWRITERS AT LLOYD'S,

                Defendants.
-----------------------------------------------------------X

**ECF CASE**

05 Civ.2149 (JSR)

**Rule 7.1 Disclosure Statement**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (Formerly Local Rule 1.9 for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

    The various syndicates consisting of Interested Underwriters at Lloyd's are not publicly held.

The following companies are insurers also subscribing to Marine Hull Policy Number LEO 280715 are believed to be publicly held:

    Zurich Specialties London Ltd.
    Great Lakes Reinsurance (UK) Ltd.

    International Company of Hannover

    GE Specialty (UK) Ltd.
    via JLT Risk Solutions Limited

    Continental Insurance Company
    via Marine Office of America/CNA

    American Employer's Insurance Company
    Fireman's Fund Insurance Company
    Market Insurance Company
    Royal Insurance Company
    via Gulf Coast Marine, Inc.

April 19, 2005
Date

EDWARD C. RADZIK (ER-2473)
Donovan Parry McDermott & Radzik
Attorneys for Defendants, Lloyd's Underwriters
Wall Street Plaza - 88 Pine Street
New York, NY 10005-1801
(212) 376-6400