AO 440 (Rev. 8/01) Summons in a Civil Action

05 CV. 2149 (JSR)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE MARCH 29, 2005 |
| NAME OF SERVER *(PRINT)* MICHAEL F. WATSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served defendants Certain Underwriters at Lloyd's with true copies of the Amended Summons and Complaint through their registered agent for service of process Mendes & Mount, LLP by Leo W. Fraser, III, Esq.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2005         *Michael F. Watson*
                    Date                      Signature of Server

                                Brooklyn, New York
                                Address of Server

# MENDES & MOUNT, LLP

**Leo W. Fraser III**
Attorney at Law

New York, NY
Los Angeles, CA
Newark, NJ

750 Seventh Avenue
New York, NY 10019-6829
Direct Dial 212.261.8378
Telephone 212.261.8000
Facsimile 212.261.8750
leo.fraser@mendes.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.