*I found as Associated*

05 CV 2149

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 2, 2005 |
| NAME OF SERVER (PRINT)<br>Michael F. Watson | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: ___
Defendant American Home Assurance Co. ( Heath Scribner DGB Clerk 175 Water Street N.Y. N.Y)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___

[ ] Returned unexecuted: ___

[✓] Other (specify): Personally served American Home Assurance CO. with copies of amended summons, 2nd amended complaint along with Judge RAKOFF Rules

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 2, 2005
           Date

*Michael F. Watson* (signature)
Signature of Server

Brooklyn, N.Y.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.