NOURSE & BOWLES, LLP
Attorneys for Defendant
ASSOCIATED ELECTRIC &
GAS INSURANCE SERVICES LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IROQUOIS GAS TRANSMISSION SYSTEM L.P.,   :   05 Civ. 2149 (JSR)
:
Plaintiff,   :   **ECF CASE**
:
- against -   :
:
ASSOCIATED ELECTRIC & GAS INSURANCE   :   **NOTICE OF MOTION TO STAY OR**
SERVICES LTD., Hamilton, Bermuda (AEGIS),   :   **DISMISS PENDING ARBITRATION**
CERTAIN UNDERWRITERS AT LLOYD'S; AON   :
RISK SERVICES OF TEXAS, INC.; and   :
AMERICAN HOME ASSURANCE CO.,   :
:
Defendants.   :
------------------------------------------------------------------X

**S I R S :**

**PLEASE TAKE NOTICE** that ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD. ("AEGIS"), by its attorneys, **NOURSE & BOWLES, LLP**, will move this Court at a hearing to be held in Courtroom 14B, Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, New York, NY 10007-1312 on July 22, 2005 at 4:00 p.m. for an Order staying or dismissing the suit against AEGIS based on the mandatory disputes resolution, including arbitration, provision of the governing contract. Response papers are to be served on or before July 6, 2005 and reply papers are to be served on or before July 15, 2005.

Dated:   New York, New York
         June 15, 2005

                                           NOURSE & BOWLES, LLP
                                           Attorneys for Defendant
                                           ASSOCIATED ELECTRIC & GAS
                                           INSURANCE SERVICES LTD.

                                         By: _____
                                               John P. Vayda, Esq. (JV 0339)
                                             One Exchange Plaza
                                             At 55 Broadway
                                             New York, NY 10006-3030
                                             (212) 952-6200

TO:   HEALY & BAILLIE, LLP
      Attorneys for Plaintiff
      61 Broadway
      New York, NY 10006
      (212) 943-3980
      Attention:  Richard V. Singleton, Esq.
                       John Koster, Esq.

      DONOVAN PARRY McDERMOTT & RADZIK
      Attorneys for Defendants, Lloyd's Underwriters
      Wall Street Plaza, 88 Pine Street
      New York, NY 10005-1801
      (212) 376-6400
      Attention:  Edward C. Radzik, Esq.