# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 05 CV. 2149 (JSR)

Date Filed: 5/31/2005

Plaintiff:
**Iroquois Gas Transmission Systems L.P.,**

vs.

Defendant:
**Associated Electric & Gas Insurance Services LTD, et.al.**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **AON RISK SERVICES OF TEXAS INC c/o Corporate Service Company, 80 State Street, Albany, New York 12207**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **6th day of June, 2005** at **1:15 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Case, Second Amended Complaint in Action for Declaratory Judgement, and Exhibits** to Nikki Chappel as Service of Process Clerk of Corporate Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 28,  Sex: F,  Race/Skin Color: Black,  Height: 5'8",  Weight: 180,  Hair: Black,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the the 28th day of June, 2005 by the affiant who is personally known to me.

PATRICIA A. BURKE
NOTARY PUBLIC State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 20__

J.R. O'Rourke
Process Server

Our Job Serial Number: 2005003523

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f