UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
IROQUOIS GAS TRANSMISSION SYSTEM L.P., :
:
Plaintiff, :
: Case No.05Civ.2149(JSR)
-against- :
:
ASSOCIATED ELETRIC & GAS INSURANCE :
SERVICES LTD., Hamilton, Bermuda; CERTAIN :
UNDERWRITERS AT LLYOD'S; AON RISK :
SERVICES OF TEXAS, INC.,; and AMERICAN :
HOME ASSURANCE COMPANY, :
:
Defendants. :
------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of the Court:

**PLEASE TAKE NOTICE** that the Law firm of DECHERT LLP hereby enters its appearance as counsel on behalf of AON Risk Services of Texas, Inc. defendants in the above-captioned action.

Dated: New York, New York
       July 7, 2005

Respectfully submitted,

_____/s/_____
Rodney M. Zerbe(RZ1069)
James E. Tolan (JT8454
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500
Attorneys for Defendant AON Risk Services of Texas, Inc.
