UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IROQUOIS GAS TRANSMISSION SYSTEM L.P., :
:
                       Plaintiff,  :  05 Civ. 2149 (JSR)
    -against-  :
:
ASSOCIATED ELECTRIC & GAS INSURANCE :
SERVICES LTD., Hamilton, Bermuda; CERTAIN :
UNDERWRITERS AT LLOYD'S; AON RISK :
SERVICES OF TEXAS, INC.; and AMERICAN :
HOME ASSURANCE COMPANY, :
:
                       Defendants.  :
:
------------------------------------------------------------------X

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Aon Risk Services of Texas, Inc. hereby certifies that the ultimate parent corporation of Aon Risk Services of Texas, Inc. is Aon Corporation, which company is publicly held.

Dated: New York, NY
       July 7, 2005

                                                    DECHERT LLP

                                        By: _____
                                              Rodney M. Zerbe [RZ-1069]
                                              James E. Tolan [JT-8454]
                                              30 Rockefeller Plaza
                                              New York, NY  10112
                                              (212) 698-3581
                                              Attorneys for Defendant AON
                                              RISK SERVICES OF TEXAS, INC.

TO:
HEALY & BAILLIE, LLP
Richard V. Singleton, II, Esq.
61 Broadway, 32nd Floor
New York, NY  10006
(212) 943-3980
Attorneys for Plaintiff

NOURSE & BOWLES, LLP
John P. Vayda, Esq.
One Exchange Plaza
New York, NY  10006
(212) 952-6200
Attorneys for Defendant
ASSOCIATED ELECTRIC &
GAS INS. SERVICES, LTD.

DONOVAN PARRY McDERMOTT &
RADZIK
Edward C. Radzik, Esq.
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY  10005
(212) 376-6439
Attorneys for Defendant CERTAIN
UNDERWRITERS AT LLOYD'S