UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IROQUOIS GAS TRANSMISSION SYSTEM L.P.,

        Plaintiff,

-against-

ASSOCIATED ELETRIC & GAS INSURANCE
SERVICES LTD., Hamilton, Bermuda; CERTAIN
UNDERWRITERS AT LLYOD'S; AON RISK
SERVICES OF TEXAS, INC.,; and AMERICAN
HOME ASSURANCE COMPANY,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.05Civ.2149(JSR)

## NOTICE OF APPEARANCE

To the Clerk of the Court:

        **PLEASE TAKE NOTICE** that the Law firm of DECHERT LLP hereby enters its appearance as counsel on behalf of AON Risk Services of Texas, Inc. defendants in the above-captioned action.

Dated: New York, New York
       July 7, 2005

                                        Respectfully submitted,

                                        _____/s/_____
                                        Rodney M. Zerbe(RZ1069)
                                        James E. Tolan (JT8454)
                                        DECHERT LLP
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        (212) 698-3500
                                        Attorneys for Defendant AON Risk Services of Texas, Inc.