S:\FILES\4729_AHAC-IROQUOIS\ECF\4729AHACANS1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., ) ) ) Plaintiff, ) ) - v. - ) ) ASSOCIATED ELECTRIC & GAS INSURANCE ) SERVICES LTD., Hamilton, Bermuda (AEGIS), and ) CERTAIN UNDERWRITERS AT LLOYD'S; AON ) RISK SERVICES OF TEXAS, INC.; and ) AMERICAN HOME ASSURANCE CO., ) ) Defendants. ) ) | 05 Civ. 2149 (JSR)<br><br>F.R.Civ.P. 7.1 STATEMENT |

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for AMERICAN HOME ASSURANCE COMPANY certifies that the following are any parent cor-

1

poration and any publicly held corporation that owns 10% or more of such party's stock:

AMERICAN INTERNATIONAL GROUP, INC.

Dated:  New York, New York         KENNEDY LILLIS SCHMIDT & ENGLISH
       July 22, 2005                          Attorneys for AHAC

                                              By:    s/
                                                     Charles E. Schmidt (CS8669)
                                                     75 Maiden Lane – Suite 402
                                                     New York, New York  10038-4816
                                                     Telephone:  212-430-0800