```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IROQUOIS GAS TRANSMISSION SYSTEM      :
L.P.,                                 :
                                      :    05 Civ. 2149 (JSR)
              Plaintiff,              :
                                      :    ORDER
         -v-                          :
                                      :
ASSOCIATED ELECTRIC & GAS INSURANCE   :
SERVICES LTD., Hamilton, Bermuda;     :
CERTAIN UNDERWRITERS AT LLOYD'S; AON  :
RISK SERVICES OF TEXAS, INC.; and     :
AMERICAN HOME ASSURANCE CO.,          :
                                      :
              Defendants.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

This action is stayed in its entirety as to all parties pending the outcome of the arbitration between plaintiff Iroquois Gas Transmission System L.P. ("Iroquois") and defendant Associated Electric & Gas Insurance Services Ltd., except that (1) the two depositions referenced in open court, see tr. 7/22/05 (indicating one witness from Aon Risk Services of Texas, Inc. and one witness from Iroquois), may go forward, as long as the depositions take place within the first two weeks of August, and (2) a motion for summary judgment against plaintiff Iroquois by defendant Certain Underwriters at Lloyd's ("Lloyd's"), and a motion for summary judgment by Iroquois against Lloyd's, may be brought according to the schedule set forth in the Case Management Plan dated April 15, 2005.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York

July 22, 2005