HEALY & BAILLIE, LLP
Attorneys for Plaintiff
61 Broadway
New York, NY 10006
(212) 943-3980
Richard V. Singleton (RS-9489)
John C. Koster (JK-4086)
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., <br><br> Plaintiff, <br> -against- <br><br> ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda; CERTAIN UNDERWRITERS AT LLOYD'S; AON RISK SERVICES OF TEXAS, INC.; and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | (ECF Case) <br><br> 05 Civ. 2149 (JSR) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying affidavits and exhibits, Local Rule 56.1 Statement and the accompanying Memorandum of Law and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Civil Rules of this Court, Plaintiff Iroquois Gas Transmission System, L.P. will move before the Honorable Jed S. Rakoff, on the 23rd day of September, 2005, at 4:00 p.m. in Room 14B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, for summary judgment as to its claims against Defendant Certain Underwriters at Lloyd's ("Lloyd's"): (1) judgment for Iroquois' incurred defense costs; (2) the Court's declaration that Lloyd's is obligated to reimburse such fees as they are incurred by Iroquois; (3) judgment for attorney's fees incurred in the instant action, to be determined by a

281885.1

supplemental submission by Plaintiff; and (4) such further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Scheduling Order dated April 15, 2005, all opposing affidavits and answering memoranda shall be served on or before September 9, 2004, and reply papers shall be served on or before September 16, 2005.

Dated:   New York, New York
        August 17, 2005

HEALY & BAILLIE, LLP

By _____
Richard V. Singleton (RS-9489)
John C. Koster (JK-4086)
David D. Jensen (DJ-2261)
Attorneys for Plaintiffs
61 Broadway, 32nd Floor
New York, New York 10006-2701
(212) 943-3980

TO:   DONOVAN, PARRY, McDERMOTT & RADZIK
Attorney for Defendant Certain Underwriters at Lloyd's
Wall Street Plaza, 88 Pine Street
New York, New York 10005-1801
Attention: Edward C. Radzik, Esq.