# Attachment 2 (c)

 **Dechert** LLP

Direct Tel: 212.698.3581
Direct Fax: 212.698.3599
rzerbe@dechert.com

August 8, 2005

HEALY & BAILLIE, LLP

AUG 8 2005

MANAGING CLERK'S DEPT.
RECEIVED BY ____ HAND

**BY HAND DELIVERY**

David Jensen, Esq.
Healy & Baillie, LLP
61 Broadway, 32nd Floor
New York, NY 10006

Edward C. Radzik, Esq.
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005

BOSTON

BRUSSELS

CHARLOTTE

FRANKFURT

HARRISBURG

HARTFORD

LONDON

LUXEMBOURG

MUNICH

NEW YORK

NEWPORT BEACH

PALO ALTO

PARIS

PHILADELPHIA

PRINCETON

SAN FRANCISCO

WASHINGTON

Re: <u>Iroquois Gas Transmission System L.P. v. Associated Electric & Gas Insurance Services, Ltd., Certain Underwriters at Lloyd's, Aon Risk Services of Texas, Inc. and American Home Assurance Co.</u>, 05 Civ. 2149 (JSR)

Gentlemen:

In connection with the deposition of James Montano of Aon Risk Services of Texas, Inc. ("ARS Texas"), I am enclosing relevant documents from the claim file of ARS Texas on the notification provided on the hull and machinery policy for Horizon Offshore Contractors, Inc.

This production is being made without waiver of the stay ordered by Judge Rakoff on July 22 in this matter. In addition, ARS Texas reserves all objections to the propriety of Plaintiff obtaining document production by means of a Rule 30(b)(6) notice of deposition.

Very truly yours,

Rodney M. Zerbe

Encl.

cc: Charles E. Schmidt, Esq.
John Vayda, Esq.


EXHIBIT
31
8/9/05 WH



*Aon Risk Services*

*Natural Resources Group*

May 17, 2002

Mr. William L. Arnold, II
Horizon Offshore Contractors, Inc.
2500 City West Blvd., Suite 2200
Houston, Texas 77042

Re:    Certificate of Insurance
       Iroquois Gas Transmission System, L.P.

Dear Bill:

Further to our fax of today and as requested, enclosed please find three original certificates of insurance issued in favor of Iroquois Gas Transmission System, L.P.

We trust you will find the enclosed in good order. If you have any questions or concerns regarding this matter, please do not hesitate to contact our office.

Very truly yours,

Bernice A. Chaloupka
Senior Client Specialist

/bac

Enclosure

cc:    Peter Mortlock, ARS
       Marjorie Goodall, ARS
       Jeff Kaufmann, Brockbank Internati
       John Kirchhofer, Liberty Marine
       Ann Chapman, AIMA
       Walt Caskey, Navigators

**ARS-TX 0001**

*Aon Risk Services of Texas, Inc.*

2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590
F:\CLIENTS\AON\Horizon Offshore\Correspondence\2002\May\05-17 ltr to BA - Iroquois.doc



*Aon Risk Services*

*Natural Resources Group*

**CERTIFICATE OF INSURANCE**

**DATE:** May 17, 2002

**CERTIFICATE ISSUED TO:**     Iroquois Gas Transmission System, L.P.
Suite 600
One Corporate Drive
Shelton, CT 06484
Attn: Robert Yetton

This is to certify that the policies of insurance listed below have been effected for the insured named below for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of such policies. Limits shown may have been reduced by paid claims.

**NAME OF ASSURED:**     Horizon Offshore Contractors Inc. and/or
associated and/or affiliated and/or subsidiary companies

**REFERENCE:**     N/A

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| A) | Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited as modified by ORIGIN/AEGIS including other Marine Liabilities (including Maritime Employers Liability). | ARS-3175 | 20 FEB 2002 1 MAY 2003 | US$950,000 any one accident or occurrence excess of US$50,000 any one accident or occurrence; subject to a general aggregate limit of US$15,000,000. |

Insured with:  Associated Electric & Gas Insurance Services Limited (AEGIS)

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| B) | Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited. | ARS-3176 | 20 FEB 2002 1 MAY 2003 | As per the Rules and Statutes of The Steamship Mutual Underwriting Association (Bermuda) Limited excess of A) above. |

Insured with:  The Steamship Mutual Underwriting Association (Bermuda) Limited

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| C) | General Liabilities | ARS-3177 | 09 APR 2002 01 MAY 2003 | US$1,000,000 each occurrence US$2,000,000 general aggregate US$2,000,000 Prod/Comp Ops aggregate limit excess of US$50,000 each occurrence. |

Includes Comprehensive Form; Premises/Operations; Explosion, Collapse and Underground Hazard; Contractual Liability, Broad Form Property Damage; Personal Injury; Cross Liability Clause.

**ARS-TX 0002**

Insured with:  American Home Assurance Company

*Aon Risk Services of Texas, Inc.*
2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 2

*Natural Resources*
*Group*

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| D) | U.S. Worker's Compensation/ Employers' Liability | WC 9303611-00 | 09 APR 2002 01 MAY 2003 | Workers' Compensation – Statutory Employers' Liability – US$1,000,000 each accident US$1,000,000 each employee US$1,000,000 policy aggregate |
| | **Includes USL&H.** | | | |

Insured with:  Zurich American Insurance Company

| | | | | |
|---|---|---|---|---|
| E) | Automobile Liability (US/Canada) | TAP 9303610-00 | 09 APR 2002 01 MAY 2003 | US$1,000,000 Bodily Injury and Property Damage Combined Single Limit |
| | **Includes all Owned/Non-Owned/Hired automobiles.** | | | |

Insured with:  Zurich American Insurance Company

| | | | | |
|---|---|---|---|---|
| F) | Automobile Physical Damage | TAP 9303610-00 | 09 APR 2002 01 MAY 2003 | $500 Deductible Comprehensive $500 Deductible Collision any one accident or occurrence. |
| | **Includes all Owned/Non-Owned/Hired automobiles.** | | | |

Insured with: Zurich American Insurance Company

| | | | | |
|---|---|---|---|---|
| G) | Excess Liabilities (including Excess Protection & Indemnity - Difference in Conditions with B) above | ARS-3177 | 09 APR 2002 1 MAY 2003 | US$10,000,000 any one accident or occurrence excess of scheduled underlying. |

Insured with:   American Home Assurance Company

| | | | | |
|---|---|---|---|---|
| H) | Excess Liabilities | ARS-3215 | 09 APR 2002 01 MAY 2003 | US$90,000,000 each occurrence excess of scheduled underlyings. |

Insured with:

| | |
|---|---|
| 20.00% | XL Specialty Insurance Company |
| 25.00% | Liberty Insurance Underwriters |
| 26.43% | American Home Assurance Company |
| 28.57% | Navigators Insurance Company |

| | | | | |
|---|---|---|---|---|
| I) | Contractors Equipment | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$2,000,000 any one item in respect of Equipment and Property rented, purchased, leased, hired or operated by the Assured. |

Insured with:  Underwriters at Lloyd's and certain insurance companies

**ARS-TX 0003**

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 3

*Natural Resources*
*Group*

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| J) | Hull & Machinery | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

| | | | | |
|---|---|---|---|---|
| K) | Increased Value | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

| | | | | |
|---|---|---|---|---|
| L) | War Risks and War P&I Risks | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

Subject always to policy terms, conditions and exclusions, Certificate Holder and its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof are named as Additional Assured but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Waiver of Subrogation is granted in favor of Certificate Holder or its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Certificate Holder is named as Loss Payee but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Should any of the above described policies be canceled before the expiration date thereof, this agency on behalf of the issuing company(ies) will endeavor to mail 30* days' written notice to the above named certificate holder, but failure to mail such notice shall impose no obligation or liability of any kind upon the company(ies) or this agency.

* 7 days' notice in respect of War Risks and 10 days notice in respect of non-payment of premium.

The policies certified hereon are primary only insofar as liability is assumed by the Assured under signed written contract and subject always to policy terms, conditions and exclusions.

Several Liability Notice:  The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

ARS-TX 0004

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 4

*Natural Resources*
*Group*

This Certificate of Insurance is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate of Insurance does not amend, extend or alter the coverage afforded by the policy(ies) shown hereon.

Aon Risk Services of Texas, Inc. are not insurers hereunder, and Aon Risk Services of Texas, Inc. are not nor shall be in any way or to any extent liable for loss or claim whatsoever in connection with the policies evidenced hereon.

AON RISK SERVICES OF TEXAS, INC.

BY:_____

ARS-TX 0005

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 5

*Natural Resources*
*Group*

### VESSEL SCHEDULE

| | Vessel | Hull & Machinery Agreed Value | Increased Value Agreed Value | War Risk Agreed Value |
|---|---|---|---|---|
| 1. | American Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 2. | Atlantic Horizon | $17,000,000 | $4,125,000 | $21,125,000 |
| 3. | Brazos Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 4. | Cajun Horizon | $5,600,000 | $1,400,000 | $7,000,000 |
| 5. | Canyon Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 6. | Gulf Horizon | $15,200,000 | $3,800,000 | $19,000,000 |
| 7. | Horizon MB100 | $2,400,000 | $600,000 | $3,000,000 |
| 8. | Lone Star Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 9. | Pacific Horizon | $24,000,000 | $6,000,000 | $30,000,000 |
| 10. | Pearl Horizon | $6,400,000 | $1,600,000 | $8,000,000 |
| 11. | Pecos Horizon | $16,000,000 | $4,000,000 | $20,000,000 |
| 12. | Phoenix Horizon | $12,000,000 | $3,000,000 | $15,000,000 |
| 13. | Sea Horizon | $20,000,000 | $5,000,000 | $25,000,000 |
| 14. | Stephaniturm* | $0 | $0 | $0 |

*on long term charter to others

ARS-TX 0006

CONVERSATION RECORD FOR FILE  *Aon Risk Services*

| DATE | TIME | |
|---|---|---|
| 1-23-03 | 10:30 | ☒ AM ☐ PM |

TALKED WITH *Bill Arnold*    ☐ I PLACED CALL   ☐ VOICE MAIL
☒ PARTY CALLED   ☑ IN PERSON

OF

PREPARED BY *B Chalough*

PHONE NUMBER

RE:

CONVERSATION

Telecon @ Marge:

needs certified copies of policies certified
to Iroquois on COI

need to white out prem + rates

stamp certified on each copy
maintain a copy for our file,
send to Bill

REPLY OR ACTION REQUIRED/TAKEN

| ACTION COMPLETED ☐ YES ☐ NO | DATE | ☐ SUSPENSE DATE ☐ FILE |
|---|---|---|
| SIGNED | | |

| COVERAGE BOUND ☐ YES ☐ NO | EFFECTIVE DATES FROM: | TO: |
|---|---|---|

CC:

ARS-TX 0006-A



*Aon Risk Services*

*Natural Resources*
*Group*

**VIA HAND DELIVERY**

January 24, 2003

Mr. Bill Arnold
Horizon Offshore Contractors, Inc.
2500 City West Blvd., Suite 2200
Houston, Texas 77042

Re:   **Certificate of Insurance**
      **Iroquois Gas Transmission System, L.P.**
      **Certified Copies of Policies/Cover Notes**

Dear Bill:

Further to your telephone conversation with Marjorie Goodall on yesterday regarding the above, attached please find certified copies of the following policies/cover notes:

- P&I Aegis – ARS-3175
- P&I SSM – ARS-3176
- Excess Liabilities ($140m xs $10m ) – ARS-3215
- Liabilities Package – ARS-3177
- Automobile – TAP9303610-00
- Workers' Compensation – WC9303611-00
- Marine Package – ARS-3246*

* Note that we have enclosed our Confirmation of Coverage as the policy is in the process of being issued.

For your convenience, we have also included a copy of the certificate of insurance for Iroquois Gas Transmission System, L.P.

We trust you will find the enclosed in good order. If you have any questions or concerns regarding this matter, please do not hesitate to contact our office.

Very truly yours,

Pamela Smith
Associate Client Specialist

Enclosure(s)

**ARS-TX 0007**

*Aon Risk Services of Texas, Inc.*

1330 Post Oak Blvd., Suite 300 • Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590
\\ustxhou2\fishared\CLIENTS\A\NR\Horizon Offshore\Correspondence\2003\Jan 03\1-24 Ltr to BA - Iroquois COI - Certified Policy Copies.doc

*Aon Risk Services*

*Natural Resources*
*Group*

This insurance contract is with an insurer not licensed to transact insurance in this State and is issued and delivered as a surplus lines coverage pursuant to the Texas insurance statutes. The State Board of Insurance does not audit the finances or review the solvency of the surplus lines insurer providing this coverage and this insurer is not a member of the property and casualty insurance guaranty association created under Article 21.28C, Insurance Code. Article 1.14-2, Insurance Code, requires payment of **4.85** percent tax on gross premium.

ARS-3246

June 28, 2002

*Aon Risk Services*

*Natural Resources Group*

## IMPORTANT NOTICE

**To obtain information or make a complaint:**

You may contact Aon Risk Services of Texas, Inc. at:

2000 Bering Drive, Suite 900
Houston, Texas 77057-3790
**Phone:**      **1-713-430-6000**
**Fax:**        **1-713-430-6590**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, Texas 78714-9104
FAX # (512) 475-1771

**PREMIUM OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim, you should contact Aon Risk Services of Texas, Inc. first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**

This notice is for information only and does not become a part or condition of the attached document.

**ARS-TX 0009**

ARS-3246

June 28, 2002

# (CERTIFIED COPY)

**AON**

*Aon Risk Services*

*Natural Resources Group*

## *Confirmation of Coverage*

Per your instructions and based on the information you provided, Aon Risk Services of Texas, Inc., 2000 Bering Dr., Suite 900, Houston, Texas 77057 has effected insurance as follows:

### INSURED'S NAME AND ADDRESS:

Horizon Offshore Contractors, Inc.
2500 CityWest Boulevard, Suite 2200
Houston, TX 77042

### PERIOD:

From:    1 May 2002, 12:01 a.m. Local Standard Time
To:      1 May 2003, 12:01 a.m. Local Standard Time

In respect of Section 3:

Open cover to accept risks as may be declared during the period above subject to terms/conditions as within.

### INTEREST/SUM INSURED:

#### Section 1

A)    Hull, machinery, equipment, appurtenances, gear, stingers, bury gear, cranes, derricks, remotely operated vessels etc., and everything connected therewith whether on board or not on board.

B)    Disbursements and/or Increased Value.  Policy Proof of Interest, Full Interest Admitted, Without Benefit of Salvage.

C)    War etc. Risks Insurance including War Risks Protection & Indemnity Clauses (including crew)

Agreed Values/Insured Amounts as per schedules attached.

#### Section 2

A)    Onshore Real and/or Personal Property

B)    Miscellaneous Marine Equipment

Amounts as agreed at inception or as per wording (to be agreed) as per schedule attached.

Including Equipment and Property at risk to the Assured (whether rented, purchased, leased, hired or operated by the Assured and including property of others in the Care, Custody, Control of the Assured is responsible) subject to limit of liability of USD 2,000,000 any one item.

Subject to limit of liability USD 10,000,000 any one location per occurrence.

*Aon Risk Services of Texas, Inc.*
2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590    **ARS-TX 001**

\\HSTNWFS1\SYS\CLIENTS\AON\Horizon Offshore\Policies\ARS-3246 - Marine Package\ARS-3246 - COC.doc-1

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

## Section 3

Builders Risks (open cover) covering - platforms and/or pipelines and/or risers and/or other marine construction work and/or salvage work including land fabrication and procurement. As may be declared and accepted by Leading Underwriters.

Limit: up to USD 20,000,000 (100% of Estimated Final Contract Value) any one declaration both sections separately, plus amounts as per policy wording any one accident or occurrence.

## TRADING:

Worldwide subject to American Institute Trading Warranties Cl.210 (July 1, 1972) or held covered at rates to be agreed by Leading Underwriters only and War etc. risks world-wide subject to London Market War Risk Trading Warranties including any subsequent amendments thereto during the term of this policy.

Tows in excess 750 nautical miles or outside of Gulf of Mexico held covered at rate, terms and conditions to be agreed. Warranted Tug, Tow, Towage and Stowage arrangements approved by agreed surveyor hereunder and Warranted all recommendations complied with.

## INSURING CONDITIONS:

As attached Slip No. LE0280715

## PREMIUM:

## ORDER HEREON:

Section I  - 100%
Section II - 100%
Section III - 63.5% of 100%

## SECURITY:

See Attached

## SEVERAL LIABILITY NOTICE (LSW 1001):

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

**ARS-TX 0011**

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

## CONTRACT OF INSURANCE TO BE ISSUED:

Insurance described herein has been effected, against which a Contract of Insurance will be issued and in the event of any inconsistency, the terms, conditions and provisions of the Contract of Insurance to be issued will prevail. This Confirmation of Coverage will be terminated as of its effective date by the issuance of the Contract of Insurance and the premium and charges shown herein shall be credited thereto.

## STATEMENT OF CONNECTED INTERESTS

Aon Corporation has, through its subsidiaries made minority investments in certain Lloyds syndicates, which may be participants in this placement. These investments are subject to strict Lloyds regulations prohibiting any influence upon the business conduct of such syndicates.

## CANCELLATION:

This Confirmation of Coverage may be cancelled by the Insured by surrender thereof to Underwriters and/or their representatives, or by mailing to Underwriters and/or their representatives, written notice stating when thereafter such cancellation shall be effective. This Confirmation of Coverage may also be cancelled by the Insurer(s) or by Aon Risk Services of Texas, Inc. on their behalf by mailing to the Insured at the address shown herein or last known address, written notice stating when, in accordance with the number of days notice for cancellation to be provided in the contract of insurance to be issued, such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date stated in the notice shall become the termination date of this Confirmation of Coverage. Delivery of such written notice by the Insured, the Insurer(s) or Aon Risk Services of Texas, Inc. shall be equivalent to mailing. Cancellation shall be in accordance with the terms and conditions of the Contract of Insurance to be issued.

## INSURER'S HEREUNDER:

It is expressly understood and agreed by the Insured by accepting this Confirmation of Coverage, that Aon Risk Services of Texas, Inc. is not an Insurer hereunder and that Aon Risk Services of Texas, Inc. shall not be in any way or to any extent liable for any loss or claim whatsoever, but that the Insurers hereunder are those individual Insurance Companies and/or Underwriters, whose names appear herein.

For And On Behalf Of:

AON RISK SERVICES OF TEXAS, INC.

By:_____
         Authorized Representative

ARS-TX 0012

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

## SECURITY:

### Section IA and IB:

| UNDERWRITER | PERCENTAGE WRITTEN |
|---|---|
| Underwriters at Lloyd's Syndicate No. 2020 | 15.0% |
| Underwriters at Lloyd's Syndicate No. 510 | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2791 | 5.0% |
| Underwriters at Lloyd's Syndicate No. 457 | 10.0% |
| Zurich Specialties London Ltd. | 7.5% |
| Great Lakes Reinsurance (UK) Ltd. | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2323 | 2.5% |
| Underwriters at Lloyd's Syndicate No. 2987 | 4.0% |
| International Company of Hannover | 4.5% |
| Underwriters at Lloyd's Syndicate No. 1183 | 5.0% |
| Underwriters at Lloyd's Syndicate No. 382 | 1.5% |
| GE Specialty (UK) Ltd. via JLT Risk Solutions Limited | 20.0% |
| Continental Insurance Company via Marine Office of America/CNA | 5.0% |
| American Employer's Insurance Company | 1.5% |
| Fireman's Fund Insurance Company | 1.3% |
| Markel Insurance Company | 1.7% |
| Royal Insurance Company via Gulf Coast Marine, Inc. | 0.5% |
|  | 100.0% |

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

SECURITY:

| Section IC:                                                              | PERCENTAGE WRITTEN |
|--------------------------------------------------------------------------|--------------------|
| **UNDERWRITER**                                                          |                    |
| Underwriters at Lloyd's Syndicate No. 2020                               | 20.0%              |
| Underwriters at Lloyd's Syndicate No. 510                                | 7.5%               |
| Underwriters at Lloyd's Syndicate No. 2791                               | 5.0%               |
| via JLT Risk Solutions Limited                                           |                    |
| Zurich Specialties London Ltd.                                           | 7.5%               |
| Underwriters at Lloyd's Syndicate No. 2323                               | 2.5%               |
| Underwriters at Lloyd's Syndicate No. 2987                               | 4.0%               |
| International Company of Hannover                                         | 4.5%               |
| Underwriters at Lloyd's Syndicate No. 1183                               | 12.5%              |
| Underwriters at Lloyd's Syndicate No. 382                                | 6.5%               |
| GE Specialty (UK) Ltd.                                                    | 20.0%              |
| via JLT Risk Solutions Limited                                           |                    |
|                                                                          | 100.0%             |
| Continental Insurance Company                                            | 5.0%               |
| via Marine Office of America/CNA                                         |                    |
| American Employer's Insurance Company                                    | 1.5%               |
| Fireman's Fund Insurance Company                                         | 1.3%               |
| Markel Insurance Company                                                 | 1.7%               |
| Royal Insurance Company                                                  | 0.5%               |
| via Gulf Coast Marine, Inc.                                              |                    |
|                                                                          | 100.0%             |

ARS-TX 0014

June 28, 2002

*Aon Risk Services*

*Natural Resources Group*

## SECURITY:

### Section IIA

### UNDERWRITER

| | PERCENTAGE WRITTEN |
|---|---|
| Underwriters at Lloyd's Syndicate No. 2020 | 15.0% |
| Underwriters at Lloyd's Syndicate No. 510 | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2791 | 5.0% |
| Underwriters at Lloyd's Syndicate No. 457 | 10.0% |
| | |
| Zurich Specialties London Ltd. | 7.5%. |
| Great Lakes Reinsurance (UK) Ltd. | 7.5% |
| | |
| Underwriters at Lloyd's Syndicate No. 2323 | 2.5% |
| Underwriters at Lloyd's Syndicate No. 2987 | 4.0% |
| | |
| International Company of Hannover | 4.5% |
| | |
| Underwriters at Lloyd's Syndicate No. 1183 | 5.0% |
| Underwriters at Lloyd's Syndicate No. 382 | 1.5% |
| Via JLT Risk Solutions Limited | |
| | |
| Continental Insurance Company | 5.0% |
| via Marine Office of America/CNA (H1005468) | |
| | |
| Birmingham Fire Insurance Company of PA | 25.0% |
| via Starr Tech (ST2607266) | |
| | 100.0% |

ARS-TX 0015

June 28, 2002

*Aon Risk Services*

*Natural Resources
Group*

## SECURITY:

| Section IIB | | |
|---|---|---|
| **UNDERWRITER** | | **PERCENTAGE WRITTEN** |
| Underwriters at Lloyd's Syndicate No. 2020 | | 15.0% |
| Underwriters at Lloyd's Syndicate No. 510 | | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2791 | | 5.0% |
| Underwriters at Lloyd's Syndicate No. 457 | | 10.0% |
| Zurich Specialties London Ltd. | | 7.5% |
| Great Lakes Reinsurance (UK) Ltd. | | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2323 | | 2.5% |
| Underwriters at Lloyd's Syndicate No. 2987 | | 4.0% |
| International Company of Hannover | | 4.5% |
| Underwriters at Lloyd's Syndicate No. 1183 | | 5.0% |
| Underwriters at Lloyd's Syndicate No. 382 | | 1.5% |
| GE Specialty (UK) Ltd.<br>via JLT Risk Solutions Limited | | 20.0% |
| Continental Insurance Company<br>via Marine Office of America/Can | | 5.0% |
| American Employer's Insurance Company | | 1.5% |
| Fireman's Fund Insurance Company | | 1.3% |
| Markel Insurance Company | | 1.7% |
| Royal Insurance Company | | 0.5% |
| via Gulf Coast Marine, Inc. | | |
| | | 100.0% |

ARS-TX 0016

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

## SECURITY:

### Section III

| UNDERWRITER | PERCENTAGE WRITTEN |
|---|---|
| Underwriters at Lloyd's Syndicate No. 2020 | 15.0% |
| Underwriters at Lloyd's Syndicate No. 510 | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2791 | 5.0% |
| Underwriters at Lloyd's Syndicate No. 457 | 10.0% |
| Zurich Specialties London Ltd. | 7.5% |
| Great Lakes Reinsurance (UK) Ltd. | 7.5% |
| Underwriters at Lloyd's Syndicate No. 2323 | 2.5% |
| Underwriters at Lloyd's Syndicate No. 2987 | 4.0% |
| International Company of Hannover via JLT Risk Solutions Limited | 4.5% |
| | 63.5% |

**ARS-TX 0017**

ARS-3246

June 28, 2002

*Aon Risk Services*

*Natural Resources Group*

## LE0280715

**Type:**      Package Policy.

**Form:**      MAR91. (English Jurisdiction deleted).

**Assured:**   Horizon Offshore Contractors, Inc. and/or as per Named Assured Clause attached and/or as may be agreed.

Address:   2500 City West Boulevard, Suite #2200, Houston, Texas 77042, U.S.A.

**Vessels:**   As per schedules attached.

Including if required new and/or acquired and/or managed and/or chartered vessels, from time at risk to the Assured or declared hereto by the Assured, including increase in values/amounts, automatically held covered, subject to a maximum individual combined vessel value/amount not exceeding top value/sum insured hereon and further subject to terms, conditions and rates as comparable vessels insured or as may be agreed by Underwriters.

**Period:**   12 months at 00.01 a.m. 1 May, 2002 Local Standard Time and/or date to be agreed Leading Underwriters only.

In respect of Section 3:-
Open cover to accept construction and/or installation work as declared (whether directly exposed or not) for which the Assured is responsible and which commences during the period as above including all refurbishment, pre-fabrication, load out, transportation, installation and maintenance and until final completion and operational acceptance by Client and/or Customer and for a further discovery period not exceeding 12 months from such acceptance. However, in the event the Assured hereon does not renew beyond above dates for coverage under Sections 1, 2 and 3, notice of cancellation is deemed given by Underwriters in respect of all declarations (except for those for which construction is completed in which case maintenance or discovery period up to policy limit but not exceeding 60 days after expiry date) attaching to this section from the expiry of such notice.

**Interest/Sums Insured:**   <u>Section 1</u>

A)   Hull, machinery, equipment, appurtenances, gear, stingers, bury gear, cranes, derricks, remotely operated vessels, and everything connected therewith whether on board or not on board.

**ARS-TX 0018**

ARS-3246

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

B)  Disbursements and/or Increased Value. Policy Proof of Interest, Full Interest Admitted, Without Benefit of Salvage.

C)  War etc. Risks Insurance including War Risks Protection & Indemnity Clauses (including crew)

Agreed Values/Insured Amounts as per schedules attached.


## Section 2

A) Onshore Real and/or Personal Property

B) Miscellaneous Marine Equipment.

Amounts/values as agreed at inception as per schedule attached.

Including Equipment and Property at risk to the Assured (whether rented, purchased, leased, hired or operated by the Assured and including property of others in the Care, Custody, Control of the Assured is responsible) subject to limit of liability of USD 2,000,000 any one item.

Subject to limit of liability USD 10,000,000 any one location per occurrence.


## Section 3

Builders Risks (open cover) covering - platforms and/or pipelines and/or risers and/or other marine construction work and/or salvage work including land fabrication and procurement. As may be declared and accepted by Leading Underwriters.

Limit: up to USD 20,000,000 (100% of Estimated Final Contract Value) any one declaration both sections separately, plus amounts as per policy wording any one accident or occurrence.


**Trading:**     Worldwide subject to American Institute Trading Warranties Cl.210 (July 1, 1972) or held covered at rates to be agreed by Leading Underwriters only and War etc. risks world-wide subject to London Market War Risk Trading Warranties including any subsequent amendments thereto during the term of this policy.

Tows in excess 750 nautical miles or outside of Gulf of Mexico held covered at rate, terms and conditions to be agreed. Warranted Tug, Tow, Towage and Stowage arrangements approved by agreed surveyor hereunder and Warranted all recommendations complied with.


**Conditions:**    Section 1

A) Subject to American Institute Hull Clauses (June 2, 1977) Cl.A1B amended to all risks of physical loss or physical damage.

**ARS-TX 0019**

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

Lines 23 and 24 deleted and replaced by:
Should the vessel at the expiration date of the policy be in distress, she shall, provided previous notice be given to Underwriters hereon, be held covered until arrival at safe port.

Line 63 words from "nor shall the vessel" through to word "waters" on line 64 and lines 158-184 are deleted.

Including Collision and Tower's Liability amended to include collision and/or contact with fixed and floating objects per lines 78-111 of the American Institute Tug Form (August 1, 1976) Cl.A230, with line 79 amended by adding words "or contact" after word "collision" for separate minimum limit of USD 1,000,000 each accident or occurrence or hull value whichever the greater.

In respect of Collision Liability arising from vessel's equipment (e.g. floating stingers), it is agreed that such equipment is deemed part of vessel to which it is currently or previously assigned.

Deductibles:
USD 500,000 each accident or occurrence including total loss.
Subject to Annual Aggregate deductible of USD 1,500,000 excluding total loss (Sections 1 & 2), to be reviewed by Leading Underwriters following a change in the fleet schedule hereon.

In respect of Assured's operations with Chevron USA deductibles to be shown as a maximum of USD 25,000 subject to Indemnity Clause as attached.

In consideration of the premium charged including cargo risks hereon on miscellaneous property including property separated from vessels, in transit, storage etc. subject to a separate limit of USD 5,000,000 any one accident or occurrence subject to Institute Cargo Clauses (A) 1/1/82 Cl.252, Institute Cargo Clauses (Air) 1/1/82 Cl.259 and Institute Strikes Clauses (Cargo) 1/1/82 Cl.256, with English Law and Practice deleted on all clauses.
Deductible USD 75,000 any one accident or occurrence.

Institute War Clauses (Cargo) 1/1/82 Cl.255 without deductible.

B) Increased Value Amount against Actual and/or Constructive and/or Compromised and/or Arranged Total Loss including General Average, Salvage, Salvage Charges, Sue & Labour and Running Down Clause subject to American Institute Increased Value and Excess Liabilities Clauses (November 3, 1977) Cl.A175 amended as Hull section hereon and to follow settlement thereof where applicable.

C) Including American Institute Hull War Risks and Strikes Clauses (December 1, 1977) Cl.A237, American Hull Insurance Syndicate Addendum to American Institute Hull War Risks and Strikes Clauses (December 1, 1977) (April 1, 1984) with waiting period in clause 3 amended to six (6) months and words "or deliberate act of person or persons" added after the word operations and further amended to include

**ARS-TX 0020**

June 28, 2002                                                    ARS-3246

*Aon Risk Services*

*Natural Resources*
*Group*

Nationalization 100% without waiting period and Deprivation in respect of units/locations scheduled at inception, otherwise to be agreed.

Notice period in respect of war and terrorism amended to 48 hours.

Including Terrorist Risks Wording as LPO 437 (4/82), Old Mines Clause, Blocking and Trapping Risks Conditions as LPO 444.

Subject to Onus of Proof and Confidentiality wording in respect of Confiscation, Nationalization, Expropriation and Deprivation only.

War, Confiscation, Nationalization, Expropriation and Deprivation exposures to be agreed at additional premium to be agreed Leading Underwriters.

American Institute S.R. & C.C. Endorsement (Hulls) September 8, 1959 Cl.A503.

Including War etc. Risks Protection and Indemnity up to hull agreed value or USD 1,000,000 whichever the greater also applicable to vessels covered under Assured's Club entry.

Missing Vessels Clause.

General Section 1 Conditions

Agree in respect of bareboat chartered material barges deductible USD 100,000 excluding Total or Constructive Total Loss for vessels valued less than USD 1,000,000 but USD 250,000 excluding Total or Constructive Total Loss all other vessels. Full annual premium if lost.

if including Protection and Indemnity as SP 23 (excluding crew and employees of the Assured). Including amendments thereto as required by contract in respect of work for Chevron USA Inc., subject to separate minimum limit USD 1,000,000 each accident or occurrence and deductible USD 100,000 any one occurrence.

Including Removal of Wreck/Debris Clause (including legal and contractual) but always excluding clean up and containment of seeping and polluting substances, for separate limit USD 1,000,000 any one accident or occurrence, deductible USD 100,000 any one accident or occurrence.

Cancelling Returns Only, notwithstanding C.R.O. basis, for units projected to be idle for periods greater than 90 days or units undergoing upgrade modification or cold stacked units, liberty is granted to the Assured to declare such risks on port risks/limited navigation basis returning daily pro rata    not under repair or daily pro rata    if under repair.

Reactivation Clause to be agreed.

General Average, Salvage, Salvage Charges and Sue & Labour up to Agreed value and such limit in addition - final limit to be agreed by Leading Underwriters (combined single limit over all 3 sections).

Warranted existing class maintained. However, it is noted that, where and as applicable due to the non-operational status and/or type and/or geographical limits of operation and navigation of a scheduled vessel, a United States Coast Guard Certificate of Inspection or a United States Coast Guard Letter of Compliance or a

ARS-TX 0021

ARS-3246

June 28, 2002

*Aon Risk Services*

*Natural Resources Group*

Load Line Certificate shall satisfy the requirements of any Classification requirement herein. It is further noted that any such Classification requirement shall not apply to any vessels where size and/or type and/or navigational operation do not require inspection and/or load line certification from the appropriate regulatory agency.

Including Institute Clauses for Builders Risks Clauses 1/6/88 Cl.351 (English Law and Practice clause deleted) in respect of refitting, repair of vessel(s) as applicable, but not to the extent of restricting coverage afforded herein, with option to suspend coverage hereunder for period(s) as may be agreed, subject automatic reattachment upon completion to be agreed, returning pro rata status at inception premium, if above repair work etc. covered elsewhere. No new buildings attaching hereunder or to be agreed Leading Underwriters, excluding latent defect.

Provision to move equipment from vessel to vessel and/or as required.

Assignment and/or Mortgagees and/or Loss Payable Clause, as agreed Leading Underwriters.

Section 2

A) Against all risks of direct physical loss or physical damage including fire and extended all risks coverage, to the property from any external cause per wording to be agreed leading Underwriter.

B) Against all risks of direct physical loss or physical damage including fire and extended all risks coverage, to the equipment from any external cause per wording to be agreed leading Underwriter

The subject matter insured under this section is covered whilst in use or otherwise on land, in air or afloat.

Both A and B)

Replacement Cost Basis, New for Old.

Including Removal of Debris but always excluding clean up and containment of seeping and polluting substances and for an additional USD 1,000,000 limit, subject to a deductible of USD 100,000 any one accident or occurrence.

Deductible 5% of value subject minimum USD 50,000 each accident or occurrence. Subject to Annual Aggregate Deductible as Section 1.

Property and/or equipment insured hereunder whilst stored, in transit or otherwise, also subject Institute Cargo Clauses (A) 1/1/82 Cl.252, Institute Cargo Clauses (Air) 1/1/82 Cl.259 and Institute Strikes Clauses (Cargo) 1/1/82 Cl.256 to extent not restricting coverage otherwise afforded herein, with English law and practice deleted on all clauses. Deductible as above.

Institute War Clauses (Cargo) 1/1/82 Cl.255 without deductible.

**ARS-TX 0022**

June 28, 2002

*Aon Risk Services*

*Natural Resources Group*

Notice period in respect of war and terrorism amended to 48 hours.

Confiscation and Expropriation wording LPO 324 (8/71) including Nationalisation and Deprivation Clauses to be agreed.

<u>Section 3</u>

As per WELCAR2001 wording with following amendments:

Named Assured hereon covered Principal Assured.

**Clause 9, Sue and Labour Clause (page 15):** "25% of the scheduled value" amended to "25%" of the Full Contract Value.

**Clause 11, Removal of Wreck, Wreckage and/or Debris (page 16):** "25%" amended to USD 1,000,000 any one accident or occurrence.

**Clause 12, Tests, Leak and/or Damage Search Costs (page 16):** (Amount) amended to "10%" of the Full Contract Value or USD 1,000,000 whichever the greater.

**Clause 13, Stand-by Charges (page 16):** (Amount) amended to "10%" of the Full Contract Value or USD 1,000,000 whichever the greater.

**Clause 17, Forwarding Charges (page 19):** (Amount) amended to "10%" of the Full Contract Value or USD 1,000,000 whichever the greater.

Discovery 12 months.

Including Endorsement 1 - Defective Part Exclusion Buy-Back at rate as may be agreed each declaration.

Excluding faulty welds as per wording.

Agree provide Seepage and Pollution cover hereunder in respect of Assured's Builders Risks projects as required subject prompt advice to Underwriters and for limit up to USD 20,000,000 each occurrence per project as declared and agreed each declaration by leading Underwriters.

This section is to be primary to any other insurance purchased by the Assured in respect of projects as declared where full contract value is covered hereunder only.

Including Nationalisation and Deprivation and Terrorist Risk Wording LPO 437 (4/82) to be agreed subject to paragraph below .

<u>In respect of War, Strikes & Political Risks – to be agreed.</u>

Notwithstanding anything contained herein the coverages included above in respect of property insured hereunder is included in coverage hereunder until the completion and acceptance by the Assured's client of the project, including pipelines and associated equipment whilst being laid and work to/onboard any fixed or floating platform, other than in respect of property/equipment fixed onland, on a fixed structure

ARS-TX 0023

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

or on the sea-bed for which coverage is held covered subject to the attached War Direct Physical Damage Wording and subject to the attached War Direct Physical Damage Wording LSW667 (Modified) as attached subject to an aggregate limit in respect of any one country (being the Full Contract Value of the project but always subject to an overall aggregate limit of USD 10,000,000 any one country) subject to advice to Underwriters prior to project commencement and subject to Additional Premium at rate to be agreed leading Underwriters only.

Notice period in respect of war and terrorism amended to 48 hours.

General Conditions (in respect of All Sections) – all to be agreed

Paramount Deductible Clause (applicable to Sections 1 and 2 only).

Preferred Attorneys, Adjusters, Surveyors schedules to be agreed.

Cross Liability Clause as required by contract.

Deliberate Damage Clause.

Institute Radioactive Contamination Exclusion Clause 1/10/90 Cl.356 dated 1st October 1990 including USA Endorsement dated 13th March 1991.

Other than Owners Limitation Clause deleted where required by written contract.

It is understood and agreed that where required by contract, bid or work order, Additional Assured and/or Waivers of Rights of Subrogation are automatically included hereunder, subject further to Notice Clauses as may be required by written contract only and that coverage provided hereunder shall be primary in respect of any coverage carried by said additional assureds where required by written contract.

Conflicting Conditions Clause to be agreed Leading Underwriter.

LSW 1001 Several Liability Notice.

Institute Service of Suit Clause (USA) 1/11/92 Cl.355.

Additional Vessels Clause.

Privilege to Charter Clause.

Including in addition Salvage, Salvage Charges, Sue and Labour and General Average payable in full irrespective of contributory value.

Seaworthiness Admitted.

Liberty to tow or be towed.

Unintentional Errors and Omissions in Reporting Clause.

Port of Refuge Expenses Clause.

Assignment and/or Mortgagees and/or Loss Payable Clause, as agreed Leading Underwriter.

**ARS-TX 0024**

ARS-3246

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

Permission for crew to effect repairs, with those costs directly related to insured losses to be included in any claim, subject to approval of underwriters adjuster/surveyor.

Including Protective Co-Insurance Clauses and Loss Payees as agreed Leading Underwriter.

Permission granted to engage in any legal trade including carriage of explosives which warranted carried in accordance with IMO Coastguard regulations.

Agree 2% allowance on Hull/Increased Value premiums in respect of survey fees on an actual incurred basis, subject invoices.

Direct or Reinsurance as agreed.

Oil Pollution Act Disclaimer Clause.

Subject U.S. Jurisdiction & Law and Practice.

Contracts (TP) Act clause to be agreed.

LSW 3000 (15 days)

Full wording to be agreed.

**Subject full operational review by Global Maritime, with scope of review to be agreed within 90 days of attachment, and subject all recommendations complied with.**

**Premium:**

**ARS-TX 0025**

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
## SECTION 1 - HULL AND MACHINERY WORKSHEET

| VESSEL | HULL USD | HULL RATE | HULL PREMIUM USD |
|---|---|---|---|
| AMERICAN HORIZON | 8,000,000 | | |
| PHOENIX HORIZON | 12,000,000 | | |
| CAJUN HORIZON | 5,600,000 | | |
| GULF HORIZON | 15,200,000 | | |
| CANYON HORIZON | 19,200,000 | | |
| LONE STAR HORIZON | 19,200,000 | | |
| PEARL HORIZON | 6,400,000 | | |
| STEPHANITURM* | 15,200,000 | | |
| *HORIZON MB100 | 2,400,000 | | |
| ATLANTIC HORIZON | 17,000,000 | | |
| PACIFIC HORIZON | 24,000,000 | | |
| PECOS HORIZON | 16,000,000 | | |
| SEA HORIZON | 20,000,000 | | |
| BRAZOS HORIZON | 8,000,000 | | |
| | 188,100,000 | | |

\* On long term charter – to attach with effect from date to be agreed Leading Underwriters.

**ARS-TX 0026**

June 28, 2002

*Aon Risk Services*

*Natural Resources*
*Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
## SECTION 1 - DISBURSEMENTS WORKSHEET

| VESSEL | INCREASED VALUE USD | IV RATE | IV PREMIUM USD |
|---|---|---|---|
| AMERICAN HORIZON | 2,000,000 | | |
| PHOENIX HORIZON | 3,000,000 | | |
| CAJUN HORIZON | 1,400,000 | | |
| GULF HORIZON | 3,800,000 | | |
| CANYON HORIZON | 4,800,000 | | |
| LONE STAR HORIZON | 4,800,000 | | |
| PEARL HORIZON | 1,600,000 | | |
| STEPHANITURM* | 3,800,000 | | |
| HORIZON MB100 | 600,000 | | |
| ATLANTIC HORIZON | 4,125,000 | | |
| PACIFIC HORIZON | 6,000,000 | | |
| PECOS HORIZON | 4,000,000 | | |
| SEA HORIZON | 5,000,000 | | |
| BRAZOS HORIZON | 2,000,000 | | |
| | 47,025,000 | | |

*On long term charter – to attach with effect from date to be agreed Leading Underwriters.

\\HSTNWFS1\SYS\CLIENTS\AON\Horizon Offshore\Policies\ARS-3246  Marine Package - HOR...

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
## SECTION 1 – WAR/TERRORISM ETC. WORKSHEET

| Vessel | Agreed Value | War etc. Rate | |
|---|---|---|---|
| American Horizon | USD 10,000,000 | | Gulf of Mexico |
| Phoenix Horizon | USD 15,000,000 | | Gulf of Mexico |
| Cajun Horizon | USD 7,000,000 | | Gulf of Mexico |
| Gulf Horizon | USD 19,000,000 | | Ecuador |
| Canyon Horizon | USD 24,000,000 | | Gulf of Mexico |
| Lone Star Horizon | USD 24,000,000 | | Gulf of Mexico |
| Pearl Horizon | USD 8,000,000 | | Gulf of Mexico |
| Stephaniturm* | USD 19,000,000 | | North Sea |
| Horizon MB 100 | USD 3,000,000 | | Gulf of Mexico |
| Atlantic Horizon | USD 21,125,000 | | Gulf of Mexico |
| Pacific Horizon | USD 30,000,000 | | Gulf of Mexico |
| Pecos Horizon | USD 20,000,000 | | Gulf of Mexico |
| Sea Horizon | USD 25,000,000 | | Indonesia |
| Brazos Horizon | USD 10,000,000 | | Gulf of Mexico |

* On long term charter

ARS-TX 0028

June 28, 2002

ARS-3246

*Aon Risk Services*

**HORIZON OFFSHORE CONTRACTORS, INC.**

*Natural Resources Group*

**VESSEL SCHEDULE**

| | **Total Value** | | **Year Built (Re)** | **GRT** | **SIZE** | **TYPE** |
|---|---|---|---|---|---|---|
| **Horizon Offshore** | | | | | | |
| American Horizon | USD | 10,000,000 | 1960/64/86 | 1,762 | 180 x 85 | Lay/Bury Barge |
| Phoenix Horizon | USD | 15,000,000 | 1977/82/96 | 4,988 | 300 x 90 | Derrick/Lay Barge |
| Cajun Horizon | USD | 7,000,000 | 1980 | 514 | 140 x 46 | Lay Barge |
| Gulf Horizon | USD | 19,000,000 | 1968 | 3,859 | 350 x 72 | Lay Barge |
| Canyon Horizon | USD | 24,000,000 | 1966 | 5,686 | 330 x 90 | Bury Barge |
| Lone Star Horizon | USD | 24,000,000 | 1961/73 | 3,774 | 320 x 90 | Lay Barge |
| Pearl Horizon | USD | 8,000,000 | 1973 | 1,063 | 184 x 45 | Dive Support Vessel |
| Stephaniturm | USD | 19,000,000 | 1978 | 1,954 | 230 x 45 | Dive Support Vessel |
| Horizon MB100 | USD | 3,000,000 | 1982/83/96 | 5,950 | 328 x 100 | Cargo Barge |
| Atlantic Horizon | USD | 21,125,000 | 1982/98 | 6,103 | 420 x 98 | Derrick Barge |
| Pacific Horizon | USD | 30,000,000 | 1972/74/98 | 7,218 | 350 x 100 | Derrick Barge |
| Pecos Horizon | USD | 20,000,000 | 1970 | 2,688 | 256 x 72 | Pipe Bury Barge |
| Sea Horizon | USD | 25,000,000 | 1977 | 6,889 | 361 x 98 | Derrick/Lay Barge |
| Brazos Horizon | USD | 10,000,000 | | 2,225 | 210 x 70 | Derrick Barge |
| | **USD 235,125,000** | | | | | |

**ARS-TX 0029**

\\HSTNWEST1\SYS\CLIENTS\AON\Horizon Offshore\Policies - MRS 2001...

*Aon Risk Services*

*Natural Resources*
*Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
### SECTION 2 - PROPERTY/EQUIPMENT
### To Be Confirmed/Agreed

Section A (Provisional)

| | |
|---|---|
| 2500 City West Boulevard, Houston, Texas | USD  20,000,000 |
| Sabine Pass Facility, Texas | |
| To be advised, Ciudad del Carmen, Mexico | |
| Port Arthur Yard Facility, Port Arthur, Louisiana | |
| 24 Festival Road, Victoria Island, Lagos, Nigeria | |
| Singapore/Jarkata, South East Asia | |

Section B (Provisional)

| | |
|---|---|
| Miscellaneous Equipment | USD  10,000,000 |
| | ——————————— |
| **TOTAL** | **USD  30,000,000** |

War /Terrorism Schedule
USD 27,000,000
USD   3,000,000 (Indonesia)

**ARS-TX 0030**

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources
Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
## SECTION 3 – BUILDERS RISKS

**Subject that all contracts with an Estimated Final Contract Value of greater than USD 2,000,000 are to be declared hereon.**

### PIPELINE PROJECTS

Not exceeding 18" pipe and 500' of water:

| | |
|---|---|
| Estimated Contract Value up to USD 5,000,000 | 2.25% on Final Contract Value. |
| Estimated Contract Value in excess of USD 5,000,000 | 3.00% on Final Contract Value. |

Not exceeding 24" pipe and 500' of water:

| | |
|---|---|
| Estimated Contract Value up to USD 5,000,000 | 2.70% on Final Contract Value. |
| Estimated Contract Value in excess of USD 5,000,000 | 3.60% on Final Contract Value. |

Excess of 24" pipe and/or 500' of water:          To Be Agreed.

### NON PIPELINE PROJECTS          1.875% on Final Contract Value

### DEDUCTIBLES (ACROSS ALL PROJECTS)

USD 2,500,000 any one accident or occurrence.

ARS-TX 0031

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources Group*

## HORIZON OFFSHORE CONTRACTORS, INC.
### NAMED ASSUREDS

Horizon Offshore, Inc.

Horizon Offshore Contractors, Inc.

Horizon Vessels, Inc.

Horizon Offshore Contractors Ltd

Horizon Offshore International Ltd

Horizon Offshore (Nigeria) Ltd

Horizon Group LDC

Elliot Associates, LP or Affiliates

Westgate International, L.P. and Affiliates

Horizon/Cal Dive Joint Venture (to be agreed)

ECH Offshore S.A. de R.L. de C.V.

HOC Offshore S.A. de R.L. de C.V.

HorizEn L.L.C.

Tiburon S.A. de R.L. de C.V.

Horizon Vessels International Ltd.

PT Horizon Marine Construction Indonesia


Inactive or Former Entities:

Horizon Marine International, Inc.

Horizon Offshore L.L.C.

HLS Offshore L.L.C. doing business as HLS International Companies

Highwood Associates, Inc.

HLS Offshore Inc.

Horizon Subsea Services, Inc.

DSND Horizon L.L.C.


or as their interests may appear and their affiliated, subsidiary and interrelated companies, and/or co-venturers and/or operators as charterer as may now, heretofore or hereafter exist and having an interest hereunder at the time of happening of any loss, as their respective rights and interests do appear and/or any executive officer, employee, director or stockholder thereof while acting within the scope and/or course of their duties as such and/or as expiring and/or as may be agreed.

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources*
*Group*

CIT Group/Equipment Financing, Inc. as Mortgagees are named hereon as additional insureds and loss payees as their interests may appear, subject to Loss Payable Clause as expiring.

GMAC Business Credit, LLC its successors and/or assigns are added as loss payees hereon in respect of vessel "Sea Horizon".

General Electric Capital Corp. are added as loss payees hereon in respect of vessel "Pecos Horizon".

## HORIZON OFFSHORE CONTRACTORS, INC.
### CHEVRON INDEMNITY CLAUSE

It is hereby noted and agreed that in respect of Assured's operations with Chevron USA Inc. the deductible(s) are amended to USD 25,000 any one accident or occurrence subject Assured indemnifying Underwriters hereon at the time of settlement, for the difference between the above amount and the previously agreed deductibles hereon in the event of a claim.

**ARS-TX 0033**

June 28, 2002

ARS-3246

*Aon Risk Services*

*Natural Resources Group*

### SECTION 3 – Scope of Work

As follows each declaration or as may be agreed by Leading Underwriters:

The scope of Marine Warranty Survey work will require the Warranty Surveyor to assess the following items for a pipeline installation or to be agreed:

1.    **Transportation of Pipe**
    **Review and approve and/or attend:**
    Barge and Tug suitability survey (sometime "waived", or nominally surveyed when the particular barge is known to the Warranty Surveyor)
    Barge stability and bollard pull requirement
    Barge ballast arrangement and longitudinal strength (waived when adequacy of barge strength is obvious).
    Sea-fastening design
    Pipe loading and uploading
    Pipe barge sailaway

2.    **Pipelaying procedures**
    **Review and approve:**
    Weather monitoring
    Pipe coat specification
    Mooring of barge
    Pipe tension versus water depth for a specific diameter of pipe
    Shut down based on limiting sea state

3.    **Pipe Laying**
    **Attendance:**
    Warranty Surveyor mariners may attend a few of the following operations (depending on size and scope of job):
    a)    Shore Pull
    b)    Normal pipe lay
    c)    Tie-in
    d)    Trenching
    e)    Pipeline crossing
    f)    Other critical operations

To be agreed James Miller (Zurich Specialties London Limited)

\\HSTNWFS1\SYS\CLIENTS\AON\Horizon Offshore\Policies\ARS-3246...

**ARS-TX 0034**



**"Bill Arnold"**
**<Barnold@horizonoffs**
**hore.com>**

02/28/2003 04:19 PM

To: <Jim_Montano@ars.aon.com>
cc: <Bruce_Jefferis@ars.aon.com>, <Marjorie_Goodall@ars.aon.com>,
    "Bill Gibbens" <Bgibbens@horizonoffshore.com>
Subject: Claim notice

Jim,

Please inform our P&I underwriters that on 2/27/03 at approximately 20:15 EST
the Gulf Horizon was performing pipe burial operations as part of a pipe lay
project when an anchor cable parted and allegedly damaged a sub-sea power
cable owned by the New York Power Authority.  The specifics of the incident
are still being gathered.

Thanks and regards,

Bill

ARS-TX 0035

VIA FAX



# Aon Natural Resources
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6590**

**REPORT OF LOSS ON:** Protection & Indemnity          **DATE:** March 4, 2003

To:   **COMPANY**                          **POLICY NO.**                          **INTEREST**
      Associated Electric & Gas Insurance
      Services Limited (AEGIS), Hamilton,        ARS-3175                               100%
      Bermuda per Origin Limited, London, U.K.
      c/o JLT Risk Solutions Limited
          London, England, U.K.
      Attn: Mr. Simon Dawes

Please accept notice of the following casualty which may result in a claim for:   Damage to Property

Name of the Assured:   Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception: 2/20/02    Date of Casualty: 2/27/03    Policy Expiration: 5/1/03

Insured Vessel:   GULF HORIZON                    Limit of Liability $   950,000 O. A. O.

Excess of: $ 50,000    Deductible: $ N/A    AAD: $ N/A    Stop Loss: $ N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss $   (unknown)                    Excess $   N/A

_____    Instructed:   _____

Remarks:   Details of casualty and developments will be reported in due course.

Claim #:   03-M5058          Producer:   BJ          Claims Made:   No

Client's Claim #:

                                              by:   _James I. Montano_

*If you have any instructions to give, please advise us promptly.*

### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:   _____

\\ustxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\03-M5058.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

ARS-TX 0036

08:21 MAR 06, 2003 ID: AON RISK SERVICES    TEL NO: 832-476-6510    #85913 PAGE: 1/1
6. MAR. 2003   7:14   J' RISK SOLUTIONS                NO. 5086   P. 1/1



# JLT RISK SOLUTIONS
Limited

| | | | |
|---|---|---|---|
| To | Karen Cooper | | 6 Crutched Friars |
| | | | London EC3N 2PH |
| Company | Aon Risk Services of Texas Inc | | Telephone 020 7528 4000 |
| | | | Direct Line 020 7558 3641 |
| | | | Facsimile 020 7558 3734 |
| Fax No | 0018324796510 | | |
| Date | 5 March 2003 | | |
| From | Terry Cornick | | |
| | Claims Unit | | Init. |
| | | | Ref. 18048 |
| No. of Pages inc. front sheet | 1 | **Facsimile** | |

**Assured : HORIZON OFFSHORE INC.**

**"GULF HORIZON" anchor cable damaged sub-sea cable owned by New York Power Authority – 27th February 2003.**

Our ref : LG0280741 / 002

Referring to the above matter thank you for your fax of the 4th March 2003.

This information has been forwarded to the Club and we await further developments in due course.

Kind regards

Terry Cornick

## CONFIDENTIALITY NOTICE
The information contained in this facsimile message is confidential and JLT Risk Solutions Limited reserves any and all possible rights to privilege in respect thereof. It is intended only for the use of the addressee designated above. Any reader of this message, who is not the addressee, is hereby expressly forbidden to copy, disseminate, distribute or in any other way use any of the information contained in this facsimile message.

If you have received this facsimile transmission in error, please immediately notify the sender by telephone so that we can arrange for its return.

TC3/FAX390A

This facsimile copy is for information only and we do not accept any responsibility for differences between the original and the transmission copy. If all pages not received clearly please contact us on the above number.

Lloyd's Broker. A member of the Jardine Lloyd Thompson Group.
A company incorporated with liability limited by shares. Regulated by the General Insurance Standards Council
Registered Office: 6 Crutched Friars, London EC3N 2PH. Registered in England No. 1536540. VAT No. 244 2321 95

ARS-TX 0037

 **Simon_Dawes@JLTGr**
**oup.Com**

03/11/2003 04:31 AM

To: Jim_Montano@ars.aon.com
cc: Mike_Roberts@JLTGROUP.COM
Subject: RE: Horizon/GULF HORIZON/Dmg to Power Cable/27 Feb 03

Jim,

Please note that this loss was passed to Mike Roberts in our P&I area for
handling. By copy of this message I am requesting he respond to your
inquiry.

Best regards
Simon


-----Original Message-----
From: Jim_Montano@ars.aon.com [mailto:Jim_Montano@ars.aon.com]
Sent: 10 March 2003 23:08
To: Simon_Dawes@JLTGroup.Com
Subject: Horizon/GULF HORIZON/Dmg to Power Cable/27 Feb 03


Simon,
Our ROL of March 4 refers.  Pls be advised owner of damaged power cable has
invited Assured to attend repairs.  Pls notify underwriters to determine if
they wish to appoint someone on their/assured's behalf.
Regards,
Jim



*********************************************************
JLT Risk Solutions Ltd
6 Crutched Friars, London EC3N 2PH. Co Reg No 1536540
Tel: (44) (0)20 7528 4000   Fax: (44) (0)20 7528 4500
http://www.jltgroup.com
Lloyd's Broker.  Regulated by the General Insurance
Standards Council
------------------------------------------------------------
The content of this e-mail (including any attachments) as
received may not be the same as sent. If you consider that
the content is material to the formation or performance of
a contract or you are otherwise relying upon its accuracy,
you should consider requesting a copy be sent by facsimile
or normal mail.  The information in this e-mail is
confidential and may be legally privileged. If you are not
the intended recipient, please notify the sender immediately
and then delete this e-mail entirely - you must not retain,
copy, distribute or use this e-mail for any purpose or
disclose any of its content to others.

Opinions, conclusions and other information in this e-mail
that do not relate to the official business of JLT Risk
Solutions Ltd shall be understood as neither given nor
endorsed by it.  Please note we intercept and monitor
incoming / outgoing e-mail and therefore you should neither
expect nor intend any e-mail to be private in nature.

We have checked this e-mail for viruses and other harmful

ARS-TX 0038



Jim Montano

03/13/2003 04:36 PM

To:  Mike_Roberts@JLTGroup.Com
cc:  Simon_Dawes@JLTGroup.Com, Karen
      Cooper/TX/ARS/US/AON@AONNA
Subject:  Horizon Offshore/Damage to Power Cables/ 6 Nov 02 and 27 Feb 03

Mike,
Pls be advised that I will be your contact with respect to both of the claims noted above.  Our Karen
Cooper will continue to handle the file relative to the g.l. coverage on the first incident and we will
coordinate our activties.  The g.l. is not involved in the latter incident.

With respect to the first incident and the club's queries, let's discuss.  I will call you tomorrow (14 March).

With respect to the second incident, I have sent you information regarding the retention of a cable repair
expert and await the Club's advices on doing so.  Also, I have your email to Karen dated today with
questions posed by the Club.  First, yes, this incident occurred on the same project as the incident
involving the MR. SONNY.  The incident has been investigated and I will, by separate correspondence,
be sending you something on that.  I also see that the Club has been notified directly by NYPA, the
owner of the damaged cable.  As to Thales' involvement in this incident, I don't think that they should be
since this is a direct vessel liability.  In addition, as noted above, Horizon does not believe its g.l. cover
applies to this incident.  If any questions, we'll discuss when I call.

Regards,
Jim

ARS-TX 0039

6
7

<u>VIA FAX</u>

# AON

## *Aon Natural Resources*
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6582**

| REPORT OF LOSS ON: | Excess P & I | | DATE: | April 18, 2003 |
|---|---|---|---|---|

To:    **COMPANY**                                              **POLICY NO.**                    **INTEREST**
The Steamship Mutual
    Underwriting Association (Bermuda) Ltd.          ARS-3176                              100.0%
    c/o JLT Risk Solutions Limited
    Attn: Terry Cornick

Please accept notice of the following casualty which may result in a claim for:      Damage to Property

Name of the Assured:    Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:    02/20/02      Date of Casualty:    2/27/03        Policy Expiration:    5/1/03

Insured Vessel:      GULF HORIZON                            Limit of Liability $      Per Rules

Excess of: $    1,000,000      Deductible: $    50,000      AAD: $      15,000,000      Stop Loss: $    N/A

Place where casualty occurred:      Long Island Sound, NY

Nature of Casualty:      Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

    damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss    $    1,000,000                                Excess   $    1,000,000

    Assured have      Instructed      Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.

Remarks:    Our email message of 16 April 2003 refers.

Claim #:    03-M5058-X                    Producer:    BJ                    Claims Made:    No

Client's Claim #:    _____

                                                    by:    _____
                                                            James I. Montano

*If you have any instructions to give, please advise us promptly.*

#### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:    _____

Claim Number:    _____

X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\Amended 03-M5058-X.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the
intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have
received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

**ARS-TX 0040**

VIA FAX



**Aon Natural Resources**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6582

## REPORT OF LOSS ON: Excess Liabilities          DATE: May 21, 2003

To:  **COMPANY**                                    **POLICY NO.**          **INTEREST**
American Home Assurance Company
   via American International Marine Agency        ARS-3177                100.0%
Attn: Jack Molkentin

Please accept notice of the following casualty which may result in a claim for:   `Damage to Property

Name of the Assured:  Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:  02/20/02   Date of Casualty:  2/27/03      Policy Expiration:  5/1/03

Insured Vessel:  GULF HORIZON                      Limit of Liability $   10,000,000

Excess of: $  1,000,000   Deductible: $  N/A   AAD: $  N/A   Stop Loss: $  N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

 damaged a sub-sea power cable owned by the New York Power Authority.


Estimated amount of entire loss $    (unknown)

 Assured have    Instructed   Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.


Remarks:   Primary carrier AEGIS have posted policy limit reserve.  Additional information to follow.



Claim #:  03-M5058-X          Producer:  BJ          Claims Made:  No

Client's Claim #: _____

                                         by:  _J̲a̲m̲e̲s̲ ̲I̲.̲ ̲M̲o̲n̲t̲a̲n̲o̲___

*If you have any instructions to give, please advise us promptly.*

### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature: _____

Claim Number: _____

**ARS-TX 0041**

\\ustxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-X.doc-1
*The information contained in this fax is confidential and/or privileged.  This fax is intended to be reviewed initially by only the individual named above.  If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited.  If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*



**Aon Natural Resources**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6582

**REPORT OF LOSS ON:** Excess Liabilities                    **DATE:** July 16, 2003

To:    **COMPANY**                                    **POLICY NO.**        **INTEREST**
XL Specialty Insurance Company (PMEX857027)
    via Brockbank Insurance Services, Inc.    ARS-3215            20.00%
Liberty Insurance Underwriters (NY039204002)                    25.00%
American Home Assurance Company (C1769)                        26.43%
    via American International Marine Agency, Inc.
Navigators Insurance Company (02L1799-01)                        <u>28.57%</u>
    via Navigators Insurance Services of Texas, Inc.            100.00%

Please accept notice of the following casualty which may result in a claim for:    Property Damage

Name of the Assured:    Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:    04/09/02    Date of Casualty:    2/27/03    Policy Expiration:    5/1/03

Insured Vessel:    GULF HORIZON                Limit of Liability $    140,000,000

Excess of: $    10,000,000    Deductible: $    N/A    AAD: $    N/A    Stop Loss: $    N/A

Place where casualty occurred:    Long Island Sound, NY

Nature of Casualty:    Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss    $    (Unknown)                    Excess    $

The Assured    Instructed    attorneys Lyons, Skoufalos, Proios & Flood, to investigate.  Additional information to follow.

Remarks:

Claim #:    03-M5058-XA            Producer:    BJ            Claims Made:    No

Client's Claim #:

                                    by:    _James I. Montano_

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature:

Claim Number:

\\ustxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\Amended 03-M5058-XA.doc-1
*The information contained in this fax is confidential and/or privileged.  This fax is intended to be received initially by the individual named above.  If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited.  If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

ARS-TX 0042



## *Aon Natural Resources Group*
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000;**
**Fax: (800)953-4542 in US / (847)953-4178 outside US**

**REPORT OF LOSS ON:**    Marine Package/Hull & Machinery      **DATE:**   May 17, 2004

| To: | SECURITY | POLICY NO. | INTEREST |
|---|---|---|---|
| | Underwriters at Lloyd's and Insurance Companies | . ARS-3246 | 90.0% |
| | c/o JLT Risk Solutions Limited | Section 1A | |
| | Continental Insurance Company via Marine Office of America/CNA | | 5.0% |
| | American Employers Insurance Company | | 1.5% |
| | Fireman's Fund Insurance Company | | 1.3% |
| | Markel Insurance Company | | 1.7% |
| | Royal Insurance Company via Gulf Coast Marine Inc. | | 0.5% |
| | | | 100.0% |

Please accept notice of the following casualty which may result in a claim for:    Collision Liability

Name of the Assured:    Horizon Offshore Contractors, Inc.

Policy Inception:   05/01/02    Date of Casualty:   02/27/03    Policy Expiration:   05/01/03    Form:   A.I.H.C. (6/2/77)

Insured Vessel:   GULF HORIZON      Insured Value: $   15,200,000

Excess of: $   N/A    Deductible: $   500,000    AAD: $   1,500,000    Stop Loss: $   N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Gross estimated amount of entire loss: $    Unknown      Net to Excess: $   N/A

Assured have      Instructed:   Adams & Reese to defend claims.

Remarks:   Loss initially reported to P & I, C.G.L and Excess insurers. File material to follow. Assured has filed for Limitation of Liability

in Houston.

Aon Claim #:   03-M5058-A      Relationship Manager:   B.J.      Claims Made:   No

Client's Claim #: _____

by: _____
James I. Montano

*If you have any instructions to give, please advise us promptly.*

---

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature: _____

Claim Number: _____

X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-A.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the interested recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

**ARS-TX 0043**

MAY-17-2004  15:20  FROM  AON  SK SERVICES HOUSTON          TO  GULF C    MAR



## *Aon Natural Resources Group*
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000;
Fax: (800)953-4542 in US / (847)953-4178 outside US

DATE: May 17, 2004

REPORT OF LOSS ON:   Marine Package/Hull & Machinery

To:   **SECURITY**
Underwriters at Lloyd's and Insurance
 Companies
 c/o JLT Risk Solutions Limited
Continental Insurance Company via Marine
 Office of America/CNA
American Employers Insurance Company
Fireman's Fund Insurance Company
Markel Insurance Company
Royal Insurance Company via Gulf Coast
 Marine Inc.

POLICY NO.
ARS-3246
Section 1A

*Policy Please*

| INTEREST | |
|---|---|
| 90.0% | |
| | |
| 5.0% | |
| | |
| 1.5% | |
| 1.3% | |
| 1.7% | |
| 0.5% | |
| 100.0% | |

Collision Liability

Please accept notice of the following casualty which may result in a claim for:

Name of the Assured:   Horizon Offshore Contractors, Inc.

Date of Casualty:   02/27/03   Policy Expiration:   05/01/03   Form:   A.I.H.C. (6/2/77)

Policy Inception:   05/01/02   Insured Value: $   15,200,000

Insured Vessel:   GULF HORIZON   Deductible: $   500,000   AAD: $   1,500,000   Stop Loss: $   N/A

Excess of: $   N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.   Net to Excess: $   N/A

Gross estimated amount of entire loss: $   Unknown

Assured have   Instructed:   Adams & Reese to defend claims.

Remarks:   Loss initially reported to P & I, C.G.L and Excess Insurers. File material to follow. Assured has filed for Limitation of Liability

in Houston.   Claims Made:   No

Aon Claim #:   03-M5058-A   Relationship Manager:   B.J.

Client's Claim #:   by:   James I. Montano

*If you have any instructions to give, please advise us promptly.*

PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:

Claim Number:

X:\BUSINESS UNITS\AON\Claims\Claims Shared\Horizon\Loss Notice\03-M5058-A.doc-1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this fax or the information contained herein is prohibited. If you have received this fax in error please immediately notify the sender by telephone and return this fax to the sender at the address above

TOTAL P.01

ARS-TX 0044




## Aon Natural Resources Group

1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000;
Fax: (800)953-4542 in US / (847)953-4178 outside US

**REPORT OF LOSS ON:** Marine Package/Hull & Machinery     **DATE:** May 17, 2004

| To: | SECURITY | POLICY NO. | INTEREST |
|---|---|---|---|
| | Underwriters at Lloyd's and Insurance Companies c/o JLT Risk Solutions Limited | ARS-3246 Section 1A | 90.0% |
| | Continental Insurance Company via Marine Office of America/CNA | | 5.0% |
| | American Employers Insurance Company | | 1.5% |
| | Fireman's Fund Insurance Company | | 1.3% |
| | Markel Insurance Company | | 1.7% |
| | Royal Insurance Company via Gulf Coast Marine Inc. | | 0.5% |
| | | | 100.0% |

Please accept notice of the following casualty which may result in a claim for:     Collision Liability

Name of the Assured:     Horizon Offshore Contractors, Inc.

Policy Inception:   05/01/02    Date of Casualty:   02/27/03    Policy Expiration:   05/01/03    Form:   A.I.H.C. (6/2/77)

Insured Vessel:   GULF HORIZON      Insured Value: $   15,200,000

Excess of: $   N/A    Deductible: $   500,000    AAD: $   1,500,000    Stop Loss: $   N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:    Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly damaged a sub-sea power cable owned by the New York Power Authority.

Gross estimated amount of entire loss: $   Unknown      Net to Excess: $   N/A

Assured have    Instructed:   Adams & Reese to defend claims.

Remarks:   Loss initially reported to P & I, C.G.L and Excess insurers. File material to follow. Assured has filed for Limitation of Liability in Houston.

Aon Claim #:   03-M5058-A      Relationship Manager:   B.J.      Claims Made:   No

Client's Claim #: _____

by: _James I. Montano_

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature:   _Brenda Bowman - CNA Marine)_

Claim Number:   _M4005714_

X:\BUSINESS UNITS\ANR\Claims Shared\Horizon\Loss Notices\03-M5058-A.doc-1

*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above*

TOTAL P.01

ARS-TX 0045