# Attachment 2 (e)

2004-06-10_hull_uw's_response

From: Williams, Colin
Sent: 10 June 2004 15:51
To: 'Jim_Montano@ars.aon.com'; Williams, Colin
Cc: Williams, Colin; Marjorie_Goodall@ars.aon.com;
Mike_Roberts@JLTGROUP.com
Subject: RE: Horizon Offshore Contractors/GULF HORIZON - alleged damage
to power cables in New York - 27 Feb 03 Our Ref : OR03/304718/FO


We shall be interested to see whether h+m u/w's acept that the damage caused by the
Gulf Horizon's anchors should fall on their policy.

Regards.
Colin Williams

DDI : 0207 650 6497
Fax : 0207 377 2912


-----Original Message-----
From: Jim_Montano@ars.aon.com [mailto:Jim_Montano@ars.aon.com]
Sent: 10 June 2004 15:43
To: Williams, Colin
Cc: Williams, Colin; Marjorie_Goodall@ars.aon.com; Mike_Roberts@JLTGROUP.com
Subject: RE: Horizon Offshore Contractors/GULF HORIZON - alleged damage to power
cables in New York - 27 Feb 03 Our Ref : OR03/304718/FO


Mike,
To answer your question, the circumstances of the event led the Assured to believe
the first line of coverage was with its entry with you because the vessel was
conducting specialist operations per Rule 17b and that the vessel had not actually
collided with anything.  The claims arising from the event have, indeed, been
referred to H&M underwriters and we recently sent them a package of correspondence,
pleadings, reports and other documents so that they can become fiamiliar with the
claims.  In addition, we have suggested to the Assured that because of the
complexity of the claims and the various insurance policies that may or may not
apply that a
meeting of all interested parties be held in the near future.   We'll
advise further on this.
Regards,
Jim


|  | "Williams, Colin" | | |
|  | <colin.williams@s | To: | "'Jim_Montano@ars.aon.com'" |
|  | imsl.com> | | <Jim_Montano@ars.aon.com>, |
| "Williams, Colin" | | | <colin.williams@simsl.com> |
| <colin.williams@simsl.com>, | 06/09/2004 04:56 | cc: | "Williams, Colin" |
| Mike_Roberts@JLTGROUP.com | AM | | Marjorie_Goodall@ars.aon.com, |
| Contractors/GULF HORIZON - | | Subject: | RE: Horizon Offshore |
|  | | | alleged damage to |

Page 1



EXHIBIT
25
8|4|05  NH

A 0081

power cables in New York        2004-06-10_hull_uw's_response
                                         - 27 Feb 03  Our Ref :
OR03/304718/FO


Dear Jim,

Many thanks for your recent response.

However, when I referred to the "first claim", I was not referring to the Mr Sonny case. I was referring to the claim for damage to the power cables by the Gulf Horizon on 27th February 2003 and was differentiating it from the subsequent claims against the Mr Sonny relatng to the same contract but which appear to be of a non-P&I nature.

My question was the damage to the power cable alleged caused by the anchors of the Gulf Horizon on 27th February 2003 would seem to be an FFO matter. You confirm that Member's H+M policy covers colision and FFO liabilities. Acc, please advise why this claim has been directed against us rather than against H+M u/w's.

Regards.
Colin williams

DDI : 0207 650 6497
Fax : 0207 377 2912


-----Original Message-----
From: Jim_Montano@ars.aon.com [mailto:Jim_Montano@ars.aon.com]
Sent: 07 June 2004 21:16
To: Williams, Colin
Cc: Williams, Colin; Marjorie_Goodall@ars.aon.com; Mike_Roberts@JLTGROUP.com
Subject: RE: Horizon Offshore Contractors/GULF HORIZON – alleged damage to power cables in New York - 27 Feb 03 Our Ref : OR03/304718/FO


Colin,
Sorry for belated reply, but, as you know, the account has been active lately.   Your reference to the "first claim" I take to mean the alleged damage to the LIPA power cable in November 2003. That claim arises from damage to the cable allegedly by the M/V MR SONNY which is owned and operated by Cal Dive International.  Nothng associated with the D/B GULF HORIZON is alleged to have caused the damage to the cable.  Thus, the collision liability cover (including FFO) in the H&M policy is not involved as that cover is limited to damage caused by the insured vessel. Regards, Jim


                    "williams, colin"

                    <colin.williams@s      To:
"'Jim_Montano@ars.aon.com'"
                    imsl.com>                   <Jim_Montano@ars.aon.com>,
"williams, colin"
                                                <colin.williams@simsl.com>
                                Page 2

2004-06-10_hull_uw's_response

05/18/2004 05:00                    CC:        "Williams, Colin"
<colin.williams@simsl.com>,
                        AM                       Mike_Roberts@JLTGROUP.com,
Marjorie_Goodall@aon.com
                                               Subject:  RE: Horizon Offshore
Contractors/GULF HORIZON -
                                               alleged damage to power cables in
New York   - 27
                                               Feb 03  Our Ref : OR03/304718/FO


Jim,

I note that Members confirm that their H+M policy covers colision and FFO
liabiliites.  As such, please advise why H+M u/w's are not involved in the first
claim, i.e. the claim for damage to the power cables b the Gulf Horizon. This would
seem to be an FFO matter and, if it is covered by the
H+M policy, it does not fall within P&I cover.

Regards.
Colin Williams

DDI : 0207 650 6497
Fax : 0207 377 2912


-----Original Message-----
From: Jim_Montano@ars.aon.com [mailto:Jim_Montano@ars.aon.com]
Sent: 17 May 2004 17:17
To: Williams, Colin
CC: Williams, Colin; Mike_Roberts@JLTGROUP.com; Marjorie_Goodall@ars.aon.com
Subject: RE: Horizon Offshore Contractors/GULF HORIZON - alleged damage to power
cables in New York - 27 Feb 03 Our Ref : OR03/304718/FO


Colin,
We have conferred with the Assured regarding coverage, claims and counter-claims
arising from the subject casualty and respond to your queries as follows:
) With respect to coverage under the Assured's H&M policy on the GULF HORIZON, such
cover does, indeed, apply to collision and/or contact with fixed and floating
objects.
) Horizon's CGL insurers are aware of all claims and counterclaims so far asserted.
) No additional information regarding claims for damage and/or fines and penalties
regarding archeological sites has been forthcoming. Regards, Jim


                    "Williams, Colin"

                    <colin.williams@s      To:
"'Jim_Montano@ars.aon.com'"
                    imsl.com>                 <Jim_Montano@ars.aon.com>,
Mike_Roberts@JLTGROUP.com,
                                   Page 3

A 0083

2004-06-10_hull_uw's_response
                                          "Williams, Colin"
<colin.williams@simsl.com>
                 05/14/2004 10:54            cc:

                 AM                          Subject:  RE: Horizon
Offshore Contractors/GULF HORIZON -
                                             alleged damage to      power
cables in New York  - 27 Feb
                                             03  Our Ref : OR03/304718/FO


Jim,

Many thanks for your recent e-mail, the contents of which are duly noted.

The second third and fourth set of attachments are all related to the initial
incident and would seem to contain nothing new.

With regard to the first attachment, i.e. the answers and counterclaims by Iroquois,
this deals with 4 different issues, iro which we would make the following comments:

1).
Firstly, it includes claims for the damages directly flowing from the contacts with
the power cables on 27th February 2003. The only outstanding point iro this aspect
of the matter (apart from a lawyer's report on the merits of the case generally) is
the question of why this is not covered under Member's hull policy (see the 4th
paragraph of our e-mail message of 16th April).  We await your further news in this
regard.

2).
This relates to Iroquois' claim against Horizon for delay generally and for the cost
of a DP vessel to complete the project.  As advised in our e-mail message of 16th
April, this aspect does not fall within Aegis' P&I cover and we would appreciate
your confirmation that it is being dealt with by whichever insurers cover Horizon's
CGL liabilities.

3).
This relates to a potential indemnity claim by Iroquois in the event claims are
raised against them for damage to archaeological sites by the "Gulf Horizon" during
the project (this was first raised with you by us on 13th November 2003).  We have
no further details of this aspect and no actual claims appear to have been raised n
connection with this aspect to date. However, please ascertain from Horizon whether
they know anything further about it.

4).
This relates to Iroquois' claim against Horizon for lack of performance/poor work
product.  Again, as advised in our e-mail message of 16th April, this aspect does
not fall within Aegis' P&I cover and we would appreciate your confirmation that it
is being dealt with by whichever insurers cover Horizon's CGL liabilities.

Regards.
Colin Williams

DDI : 0207 650 6497
Fax : 0207 377 2912

                            Page 4

                                                              A 0084

2004-06-10_hull_uw's_response

-----Original Message-----
From: Jim_Montano@ars.aon.com [mailto:Jim_Montano@ars.aon.com]
Sent: 13 May 2004 14:20
To: Molkentin, John; Liz.monroe@xlinsurance.com; Mike Ticheli;
Anthony.Schiavone@libertyiu.com; Mike_Roberts@JLTGROUP.com; Williams, Colin; Ron
White
Subject: Horizon Offshore Contractors/GULF HORIZON/Alleged damage to Power Cable/27
Feb 03 [Virus Checked]


Pls see msg and attachments below and advise if any questions, comments, advice or
instructions regarding this matter. Regards, Jim Montano Aon Natural Resources
(832-476-6884)
----- Forwarded by Jim Montano/TX/ARS/US/AON on 05/13/2004 08:14 AM -----


                    "Charlie Cerise"

                         <Charles.Cerise@a      To:
<jim_montano@ars.aon.com>
                         rlaw.com>              cc:
<BGibbens@horizonoffshore.com>
                                                Subject:   GULF HORIZON 02/27/03
[Virus Checked]

                         05/13/2004 08:10

                         AM




Good morning Jim,

Bill Gibbens asked me to forward to you copies of the claims filed in the
exoneration/limitation proceeding involving the GULF HORIZON.  You will find those
copies, as well as the counterclaim against Thales, attached. Please let me know if
there is anything else you need.

Best regards,
  <<Iroquois ans and claim.pdf>>  <<NYPA ans and claim.pdf>>  <<Thales ans claim and
counterclaim.pdf>>  <<Counterclaim vs. Thales.pdf>> Charlie Cerise Adams and Reese,
LLP 4500 One Shell Square New Orleans, LA  70139 504-585-0418 504-584-9504 (fax)
(See attached file: Iroquois ans and claim.pdf)(See attached file: NYPA ans and
claim.pdf)(See attached file: Thales ans claim and counterclaim.pdf) (See attached
file: Counterclaim vs.
Thales.pdf)


*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
                              Page 5

A 0085

2004-06-10_hull_uw's_response
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

*********************************************************************
This message has been checked for all known viruses by the Cable & Wireless Email
protection service, powered by Message Labs.
*********************************************************************

A 0086





The option to renew licenses on-line will be made available at least 90 days prior to a license renewal date.
Paper license renewals will be mailed at least 90 days prior to a license renewal date also.

| Agent Profile | | | | | |
|---|---|---|---|---|---|
| JAMES ISIDRO MONTANO | Address: | 1330 POST OAK BLVD STE 900 HOUSTON, TX 77056 | Appointments | | |
| License ID | License Type | Qualification | Issue Date | Exp Date | Status |
| 1122854 | Surplus Lines Agent | | 09/01/2001 | 09/01/2007 | Active |
| 278111 | Adjuster | Adjuster - Property and Casualty | 09/20/1978 | 08/20/2006 | Active |
| 838635 | General Lines Agent | Property and Casualty | 07/09/1982 | 08/20/2006 | Active |

To return to the previous screen, use the 'Back' feature of the browser.

Otherwise use     < Back to Beginning

Disclaimer link  |  Security and Privacy Policy link
For technical assistance, you can contact us 24 hours a day, 7 days a week toll free at 1-877-452-9060.

© 2000 TexasOnline; ALL RIGHTS RESERVED









| Agency Profile | | | | | |
|---|---|---|---|---|---|
| **AON RISK SERVICES OF TEXAS INC** | Address: | 1330 POST OAK BLVD STE 900 HOUSTON, TX 77056 | | | Appointments  Officers/Directors |
| **License** | **License Type** | **Qualification** | **Issue Date** | **Exp Date** | **Status** |
| 9266 | General Lines Agency | Property and Casualty | 04/17/1970 | 04/17/2006 | Active |
| 9267 | Surplus Lines Agency | | 01/01/1975 | 04/17/2006 | Active |
| 9268 | Reinsurance Broker | | 11/06/1998 | 04/17/2006 | Active |

To return to the previous screen, use the 'Back' feature of the browser.

Otherwise use        << Back to Beginning

Disclaimer link  |  Security and Privacy Policy link

For technical assistance, you can contact us 24 hours a day, 7 days a week toll free at 1-877-452-9060.

© 2000 TexasOnline; ALL RIGHTS RESERVED



 

**TexasDepartmentofInsurance**

| Appointments | |
|---|---|
| **JAMES ISIDRO MONTANO** | |
| **Company** | **Active** |
| CITADEL INSURANCE COMPANY | 07/09/1982 |

To return to the previous screen, use the 'Back' feature of the browser.

Otherwise use **< Back to Beginning**

Disclaimer link | Security and Privacy Policy link
For technical assistance, you can contact us 24 hours a day, 7 days a week toll free at 1-877-452-9060.

© 2000 TexasOnline; ALL RIGHTS RESERVED

③



*Aon Risk Services*

*Natural Resources Group*

May 17, 2002

Mr. William L. Arnold, II
Horizon Offshore Contractors, Inc.
2500 City West Blvd., Suite 2200
Houston, Texas 77042

Re:    Certificate of Insurance
       Iroquois Gas Transmission System, L.P.

Dear Bill:

Further to our fax of today and as requested, enclosed please find three original certificates of insurance issued in favor of Iroquois Gas Transmission System, L.P.

We trust you will find the enclosed in good order. If you have any questions or concerns regarding this matter, please do not hesitate to contact our office.

Very truly yours,

Bernice A. Chaloupka
Senior Client Specialist

/bac

Enclosure

cc:    Peter Mortlock, ARS
       Marjorie Goodall, ARS
       Jeff Kaufmann, Brockbank Internatl
       John Kirchhofer, Liberty Marine
       Ann Chapman, AIMA
       Walt Caskey, Navigators



*Aon Risk Services of Texas, Inc.*

2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590
F:\CLIENTS\AON\Horizon Offshore\Correspondence\2002\May\05-17 ltr to BA - Iroquois.doc

IRO/AE 00294



*Aon Risk Services*

*Natural Resources Group*

**CERTIFICATE OF INSURANCE**

DATE: May 17, 2002

CERTIFICATE ISSUED TO:    Iroquois Gas Transmission System, L.P.
                          Suite 600
                          One Corporate Drive
                          Shelton, CT 06484
                          Attn: Robert Yetton

This is to certify that the policies of insurance listed below have been effected for the insured named below for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of such policies. Limits shown may have been reduced by paid claims.

NAME OF ASSURED:    Horizon Offshore Contractors Inc. and/or
                    associated and/or affiliated and/or subsidiary companies

REFERENCE:    N/A

| TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|
| A) Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited as modified by ORIGIN/AEGIS including other Marine Liabilities (including Maritime Employers Liability). | ARS-3175 | 20 FEB 2002 1 MAY 2003 | US$950,000 any one accident or occurrence excess of US$50,000 any one accident or occurrence; subject to a general aggregate limit of US$15,000,000. |

Insured with:   Associated Electric & Gas Insurance Services Limited (AEGIS)

| | | | |
|---|---|---|---|
| B) Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited. | ARS-3176 | 20 FEB 2002 1 MAY 2003 | As per the Rules and Statutes of The Steamship Mutual Underwriting Association (Bermuda) Limited excess of A) above. |

Insured with:   The Steamship Mutual Underwriting Association (Bermuda) Limited

| | | | |
|---|---|---|---|
| C) General Liabilities | ARS-3177 | 09 APR 2002 01 MAY 2003 | US$1,000,000 each occurrence US$2,000,000 general aggregate US$2,000,000 Prod/Comp Ops aggregate limit excess of US$50,000 each occurrence. |

Includes Comprehensive Form; Premises/Operations; Explosion, Collapse and Underground Hazard; Contractual Liability, Broad Form Property Damage; Personal Injury; Cross Liability Clause.

Insured with:  American Home Assurance Company

*Aon Risk Services of Texas, Inc.*
2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590

**IRO/AE 00295**

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 2

*Natural Resources*
*Group*

| TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|
| D) U.S. Worker's Compensation/ Employers' Liability<br><br>Includes USL&H. | WC 9303611-00 | 09 APR 2002<br>01 MAY 2003 | Workers' Compensation – Statutory Employers' Liability –<br>US$1,000,000 each accident<br>US$1,000,000 each employee<br>US$1,000,000 policy aggregate |
| Insured with:  Zurich American Insurance Company | | | |
| E) Automobile Liability (US/Canada)<br><br>Includes all Owned/Non-Owned/Hired automobiles. | TAP 9303610-00 | 09 APR 2002<br>01 MAY 2003 | US$1,000,000 Bodily Injury and Property Damage Combined Single Limit |
| Insured with:  Zurich American Insurance Company | | | |
| F) Automobile Physical Damage<br><br>Includes all Owned/Non-Owned/Hired automobiles. | TAP 9303610-00 | 09 APR 2002<br>01 MAY 2003 | $500 Deductible Comprehensive<br>$500 Deductible Collision<br>any one accident or occurrence. |
| Insured with: Zurich American Insurance Company | | | |
| G) Excess Liabilities (including Excess Protection & Indemnity - Difference in Conditions with B) above | ARS-3177 | 09 APR 2002<br>1 MAY 2003 | US$10,000,000 any one accident or occurrence excess of scheduled underlying. |
| Insured with:   American Home Assurance Company | | | |
| H) Excess Liabilities | ARS-3215 | 09 APR 2002<br>01 MAY 2003 | US$90,000,000 each occurrence excess of scheduled underlyings. |
| Insured with:<br>20.00%    XL Specialty Insurance Company<br>25.00%    Liberty Insurance Underwriters<br>26.43%    American Home Assurance Company<br>28.57%    Navigators Insurance Company | | | |
| I) Contractors Equipment | ARS-3246 | 01 MAY 2002<br>01 MAY 2003 | US$2,000,000 any one item in respect of Equipment and Property rented, purchased, leased, hired or operated by the Assured. |
| Insured with:  Underwriters at Lloyd's and certain insurance companies | | | |

IRO/AE 00296

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 3

*Natural Resources*
*Group*

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| J) | Hull & Machinery | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

| | | | | |
|---|---|---|---|---|
| K) | Increased Value | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

| | | | | |
|---|---|---|---|---|
| L) | War Risks and War P&I Risks | ARS-3246 | 01 MAY 2002 01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

Subject always to policy terms, conditions and exclusions, Certificate Holder and its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof are named as Additional Assured but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Waiver of Subrogation is granted in favor of Certificate Holder or its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Certificate Holder is named as Loss Payee but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Should any of the above described policies be canceled before the expiration date thereof, this agency on behalf of the issuing company(ies) will endeavor to mail 30* days' written notice to the above named certificate holder, but failure to mail such notice shall impose no obligation or liability of any kind upon the company(ies) or this agency.

* 7 days' notice in respect of War Risks and 10 days notice in respect of non-payment of premium.

The policies certified hereon are primary only insofar as liability is assumed by the Assured under signed written contract and subject always to policy terms, conditions and exclusions.

<u>Several Liability Notice:</u>  The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions.  The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

IRO/AE 00297

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 4

*Natural Resources*
*Group*

This Certificate of Insurance is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate of Insurance does not amend, extend or alter the coverage afforded by the policy(ies) shown hereon.

Aon Risk Services of Texas, Inc. are not insurers hereunder, and Aon Risk Services of Texas, Inc. are not nor shall be in any way or to any extent liable for loss or claim whatsoever in connection with the policies evidenced hereon.

AON RISK SERVICES OF TEXAS, INC.

BY: _____

IRO/AE 00298

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 5

*Natural Resources*
*Group*

### VESSEL SCHEDULE

| | Vessel | Hull & Machinery Agreed Value | Increased Value Agreed Value | War Risk Agreed Value |
|---|---|---|---|---|
| 1. | American Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 2. | Atlantic Horizon | $17,000,000 | $4,125,000 | $21,125,000 |
| 3. | Brazos Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 4. | Cajun Horizon | $5,600,000 | $1,400,000 | $7,000,000 |
| 5. | Canyon Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 6. | Gulf Horizon | $15,200,000 | $3,800,000 | $19,000,000 |
| 7. | Horizon MB100 | $2,400,000 | $600,000 | $3,000,000 |
| 8. | Lone Star Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 9. | Pacific Horizon | $24,000,000 | $6,000,000 | $30,000,000 |
| 10. | Pearl Horizon | $6,400,000 | $1,600,000 | $8,000,000 |
| 11. | Pecos Horizon | $16,000,000 | $4,000,000 | $20,000,000 |
| 12. | Phoenix Horizon | $12,000,000 | $3,000,000 | $15,000,000 |
| 13. | Sea Horizon | $20,000,000 | $5,000,000 | $25,000,000 |
| 14. | Stephaniturm* | $0 | $0 | $0 |

*on long term charter to others

IRO/AE 00299

08/22/2003 08:29 FAX 203 926 88.9    IROQUOIS LEGAL FAX    → HEALY SINGLETON    ☑002
AUG. -21'03(THU) 15:18                                                        P. 002

HORIZON OFFSHORE CONTRACTORS, INC.

August 21, 2003

William B. Gibbens, III
Executive Vice President and
General Counsel

**By Facsimile: 203-926-8829**

Mr. Jeffrey A. Bruner
Vice President
Iroquois Gas Transmission System, L.P.
One Corporate Drive, Suite 600
Shelton, Connecticut 06484-6211

Re:    **Eastchester Extension Project
Construction Contract No. 02-12
HOR-IROQ-L-1343**

Dear Mr. Bruner:

    Attached is a letter from our insurance broker explaining the status of our coverage concerning the LIPA and NYPA incidents.

    I trust this answers your question.

Very truly yours,

William B. Gibbens, III, Esq.
Executive Vice President and General Counsel

EXHIBIT
38



*Aon Risk Services*

August 21, 2003

*Natural Resources
Group*

Mr. Jeffery A. Bruner
Iroquois Gas Transmission System
One Corporate Drive, Suite 500
Shelton, CT 06484-6211

Re:     Claims by Long Island Power Authority
        (November 16, 2002) and New York
        Power Authority (February 27, 2003)
        Insurance Information

Dear Mr. Bruner:

Further to our letter of July 17, 2003 it is our understanding your remaining concern is
with respect to contractual indemnity coverage for Horizon Offshore Contractors.
Specifically, such coverage is found in Policy No. AKS-3177 placed with American
Home Assurance Company through American International Marine Agency. Such policy
is a standard ISO Commercial General Liability Insurance policy modified as necessary
to meet Horizon's needs. However, as regards contractual liability, no modifications were
necessary. As you may know, contractual liability coverage is granted by an exception to
an exclusion, thus:

> "2. Exclusions.
>     This insurance does not apply to:
>
>     b.  Contractual Liability
>         'Bodily injury' or 'property damage' for which
>             the insured is obligated to pay damages by reason
>             of the assumption of liability in a contract or
>             agreement. This exclusion does not apply for
>             damages:
>         (1) Assured in a contract or agreement that is an
>             'insured contract', provided the 'bodily injury
>             'or 'property damage' occurs subsequent to the
>             execution of the contract or agreement; or . . ."

Under Section V – Definitions, "Insured Contract" is defined as:

> "f.  That part of any other contract or agreement pertaining
>      to your business . . . under which you assume the tort
>      liability of another party to pay for "bodily injury' or '
>      property damage' to a third person or organization.
>      Tort liability means a liability that would be imposed
>      by law in the absence of any contract or agreement."

*Aon Risk Services of Texas, Inc.*

1330 Post Oak Blvd., Suite 900 • Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590

08/22/2003 08:29 FAX 203 926 88_e    IROQUOIS LEGAL FAX    — HEALY SINGLETON    ☒004
AUG. -21' 03 (THU) 15:18                                                              P. 004



*Aon Risk Services*

*Natural Resources
Group*

In addition to the foregoing, the so-called "Watercraft Exclusion" (exclusion g.) has been deleted per endorsement entitled *Amendatory Endorsement to Form CG 00 01 10 93, Marine Liability Insurance, etc.*

You should also be aware that Horizon's entry in the The Steamship Mutual Underwriting Association does not apply in this instance because of the Mutual's Rule 17 b, Specialist Operations, which reads (in pertinent part), "... the Club shall not insure any Member to any extent whatsoever, against the following risks: ...liabilities, costs or expenses incurred by a Member who contracts to perform specialist operations including but not limited to dredging ... cable or pipelaying, ... ". Thus, because Horizon *does* engage in pipelaying operations as a fundamental part of their operations, it was necessary to have those operations covered elsewhere. Such coverage is provided in the Commercial General Liability policy as fully explained above on an excess basis. With regard to Specialist Operations at the primary level, the P&I policy provided by Aegis using the Steamship's Rules covers that exposure as well as contractual liability since it was modified to delete Rule 25xx.

When Aon became Horizon's insurance broker in December 2001, we undertook an analysis of Horizon's coverages. At renewal on February 20, 2002 Horizon's insurance was placed to ensure no gaps, especially with regard to specialist operations and contractual liability because we recognized the core of Horizon's business was pipelaying as a contractor. Thus, per the previous paragraph, primary P&I was placed with Aegis under the Steamship rules to include contractual liability. Full P&I (without specialist operations or contractual liability) was covered with an entry in the Steamship Mutual. The American Home Commercial General Liability policy through AIMA was placed to cover certain risks as primary insurance and, again, as noted above, contractual and specialist operations as excess.

Thus, we would concur with Horizon as stated in their letter to you of July 23 that there should be no issue of coverage for Horizon's direct liability, if any, or for Horizon's contractual indemnity liability to Iroquois, if any, with regard to either the LIPA or NYPA claims. There may be a question of which policy or policies apply and how they apply. However, we believe there is adequate insurance for both claims.

Very truly yours,

Aon Natural Resources

James I. Montano

*Aon Risk Services of Texas, Inc.*

1330 Post Oak Blvd., Suite 900 - Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590

                                                  *Aon Risk Services*

*Natural Resources*
*Group*

July 17, 2003

Mr. Jeffery A. Bruner
Iroquois Gas Transmission System
One Corporate Drive, Suite 500
Shelton, CT 06484-6211

Re.:    Claims by Long Island Power Authority
(November 16, 2002) and New York Power
Authority (February 27, 2003)
Insurance Information

Dear Mr. Bruner:

We refer to your letter of June 9, 2003 to Horizon Offshore Contractors and enclose the
following:

1)  Aon Risk Services, fax message of November 27, 2002 to American
International Marine Adjusters.

2)  Aon Risk Services, "Accord" General Liability Notice of
Occurrence/Claim" of November 27, 2002 to American Home
Assurance Co.

3)  Aon Natural Resources, "Report of Loss", dated 5 December 2002 to
Aegis.

4)  Aon Risk Services, fax message of January 17, 2003 (without
enclosures) to A. I. Marine Adjusters and JLT Risk Solutions, with
copy addressees as noted therein.

5)  Aon Risk Services, fax message of December 12, 2002 to A. I. Marine
Adjusters, Navigators Insurance Company, Liberty Insurance
Underwriters and XL Specialty.

6)  Aon Natural Resources, "Report of Loss" dated March 4, 2003 to
Aegis.

7)  Aon Natural Resources, "Report of Loss" dated April 18, 2003 to The
Steamship Mutual Underwriting Association (Bermuda) Ltd.

8)  Aon Natural Resources, "Report of Loss" dated May 21, 2003 to
American Home Assurance Company.

9)  Aon Natural Resources, "Report of Loss" dated July 16, 2003 to
Various excess liability underwriters:

*Aon Risk Services of Texas, Inc.*
1330 Post Oak Blvd., Suite 900 • Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590

07/17/2003 16:09 FAX 203 926 8829          IROQUOIS LEGAL FAX          → HEALY SINGLETON     ☒005

JUL. -17'03(THU) 13:41                                                                        P. 004



*Aon Risk Services*

*Natural Resources*
*Group*

We believe the enclosures clearly evidence notice to all appropriate insurers with respect to the subject casualties. Moreover, the "Reports of Loss" enclosed herein indicate the limits of liability of each policy noticed as well as other relevant information.

Regarding the issue of "specialist operations", please note that the exclusion regarding such in the Steamship rules was deleted from the AEGIS policy (ARS-3175) as evidenced in the attached portions of such policy. What may have led to some confusion on this issue is that AEGIS uses the Steamship Mutual rules and modifies same to meet the needs of its insureds, including Horizon. In this case Horizon required that the exclusion be removed and AEGIS complied.

As to excess liability coverage, the two incidents are distinct in their facts and, as you will note, in an abundance of caution, all appropriate excess liability underwriters have been advised of the occurrences. How the policies apply to each incident will be determined by what the investigations relative to each clearly establish. To assist you in your understanding of the structure of Horizon's insurance program, attached is a bar chart which graphically depicts the casualty portion of such program. Please note that certain coverages depicted on such chart are not relevant to the claims at hand and all information shown is proprietary and confidential to Horizon.

With respect to your inquiries regarding the M/V MR SONNY, please note inasmuch as Horizon was not the owner of such vessel, Horizon did not undertake to insure it. However, we believe Horizon, as charterer, is protected for any liability as charterer by its primary general liability policy provided by American Home per "Amendatory Endorsement to Form CG 00 01 10 93 Marine Liability Insurance, Etc.", a copy of which is also attached hereto for your review.

Regarding the issue of contractual indemnities, the AEGIS policy (ARS-3175) refers to the Steamship rules and with respect to Rule 25, provides ". . . Including coverage for liabilities as provided under Rule 25 xx (Contract and Indemnities) and its subparagraphs *and it is agreed to waive the requirement for approval of the terms of any such contracts.*" (emphasis supplied.) The Steamship Mutual policy on an excess basis does not evidence the waiver noted. However, these underwriters are aware of the contractual necessity of "naming and waiving" Horizon's principles as a general matter and with respect to the project at issue in particular.

07/17/2003 THU 15:56   [TX/RX NO 8207] ☒004

07/17/2003 16:09 FAX 203 926 8829      IROQUOIS LEGAL FAX      → HEALY SINGLETON    ☑006
JUL. -17'03(THU) 13:41                                                                P. 005

**AON**

*Aon Risk Services*

*Natural Resources*
*Group*

We understand that Iroquois has been provided policies and certificates of insurance evidencing all required and necessary coverages although same might not have reached your desk. You may wish to review the documents provided with your insurance department and outside insurance brokers to confirm the contents herein. In addition, if you still have questions or remain uncertain of certain issues, we are available to meet and discuss.

Very truly yours,

**Aon Natural Resources**

James I. Montano

*Aon Risk Services of Texas, Inc.*
1350 Post Oak Blvd., Suite 900 • Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590

AON

\*\*\* Transmit Conf. Report \*\*\*

P. 1                                                    Nov 27 2002  14:43

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 97133612693 | NORMAL | 27,14:43 | 0'45" | 2 | \* O K | |



**Aon Risk Services**
*Natural Resources Group*

1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
832-476-6810      Fax 832-476-6510
Karen_Cooper@ars.aon.com

| | |
|---|---|
| Telecopier No.: | 713-268-9680 |
| Date: | November 27, 2002 |
| Company: | American International Marine Adjusters |
| Attention: | John Molkentin |
| Cc: | Bill Arnold, Horizon Offshore (w/att.) 713-361-2693<br>Peter Mortlock, Aon (w/att.)<br>Margie Goodall, Aon (w/att.)<br>Jim Montano, Aon (w/att.) |
| From: | Karen Cooper |
| No. of Pages Sent: | 2          (Including this page) |
| Subject: | Insured:   Horizon Offshore Contractors<br>D/L:       November 16, 2002<br>Policy No: C1727<br>Claimant:  Long Island Power Authority<br>Our Ref:   02-M4842 |

Please accept this as notice of an incident that may give rise to a claim under the captioned policy.
On November 16, 2002 at approximately 5:30 P.M. EST, an anchor of the CalDive DSV "Mr.
Sonny" became entangled in four (4) cables of the Long Island Power Authority.  No injuries were
reported.  The extent of financial damage has not yet been determined.

Please contact Mr. Bill Arnold, Director of Risk Management, Horizon Offshore, 713-243-2740, for
additional information.

Please acknowledge receipt and advise your claim number.

Regards,

*K. Cooper*

# ACORD. GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE 11-2702

| PRODUCER | PHONE (A/C, No, Ext): 832-476-6810 | | |
|---|---|---|---|

AON RISK SERVICES
NATURAL RESOURCES GROUP
1330 POST BLVD SUITE 900
HOUSTON TX 77056

| NOTICE OF OCCURRENCE | DATE OF OCCURRENCE AND TIME | | DATE OF CLAIM | PREVIOUSLY REPORTED |
|---|---|---|---|---|
| NOTICE OF CLAIM | 11/16/02 | 5:30 | | YES X NO |

| EFFECTIVE DATE 02/20/02 | EXPIRATION DATE 05/01/03 | POLICY TYPE OCCURRENCE CLAIMS MADE | RETROACTIVE DATE |
|---|---|---|---|

| COMPANY AMERICAN HOME ASSURANCE CO. | NAIC CODE: | MISCELLANEOUS INFO (Site & location code) |
|---|---|---|

| POLICY NUMBER C1727 (ARS-3177) | REFERENCE NUMBER Aon Claim No: 02-M4842 |
|---|---|

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

| INSURED | CONTACT | CONTACT INSURED | |
|---|---|---|---|

| NAME AND ADDRESS  SOC SEC #: | NAME AND ADDRESS | WHERE TO CONTACT |
|---|---|---|

HORIZON OFFSHORE CONTRACTORS
2500 CITYWEST BLVD, SUITE 2200
HOUSTON TX 77042

BILL ARNOLD

WHEN TO CONTACT

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) 713-243-2740 |
|---|---|---|---|

## OCCURRENCE

| LOCATION OF OCCURRENCE (include city & state) | IROQUOIS PROJECT. | AUTHORITY CONTACTED |
|---|---|---|

DESCRIPTION OF OCCURRENCE (Use separate sheet, if necessary): ON NOVEMBER 16, 2002 AT APPROXIMATELY 5:30 P.M., EST, AN ANCHOR OF THE CalDive DSV "MR SONNY" BECME ENTANGLED IN 4 SUBSEA POWER CALBES OF LONG ISLAND POWER AUTHORITY

## POLICY INFORMATION

| COVERAGE PART OR FORMS (Insert form #s and edition dates) | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD |
| 2,000,000 | 2,000,000 | 1,000,000 | 1,000,000 | Incl. | Incl. | | BI |
| UMBRELLA EXCESS | UMBRELLA | EXCESS | CARRIER: American Home (Part B) | LIMITS: | $10,000,000 AGGR | PER CLAIM/OCC | SIR/ DED |

## TYPE OF LIABILITY

| PREMISES INSURED IS | OWNER | TENANT | OTHER: | | TYPE OF PREMISES |
|---|---|---|---|---|---|

| OWNER'S NAME & ADDRESS (if not insured) | | | | OWNERS PHONE (A/C, No, Ext) |
|---|---|---|---|---|

| PRODUCTS INSURED IS | MANUFACTURER | VENDOR | OTHER: | TYPE OF PRODUCT |
|---|---|---|---|---|

| MANUFACTURER'S NAME & ADDRESS (if not insured) | | | | MANUFACT PHONE (A/C, No, Ext) |
|---|---|---|---|---|

| WHERE CAN PRODUCT BE SEEN? |
|---|

| OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain) |
|---|

## INJURED/PROPERTY DAMAGED

| NAME & ADDRESS (Injured/Owner) | LONG ISLAND POWER AUTHORITY (LIPA) | | PHONE (A/C, No, Ext) |
|---|---|---|---|

| AGE | SEX | OCCUPATION | EMPLOYER'S NAME & ADDRESS | | PHONE (A/C, No, Ext) |
|---|---|---|---|---|---|

| DESCRIBE INJURY | | WHERE TAKEN | WHAT WAS INJURED DOING? | |
|---|---|---|---|---|
| FATALITY | | | | WHEN CAN PROPERTY BE SEEN? |
| DESCRIBE PROPERTY (Type, model, etc) | 4 Subsea Power Cables | ESTIMATE AMOUNT Unknown | WHERE CAN PROPERTY BE SEEN? | |

## WITNESSES

| | NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|---|

| REMARKS |
|---|

| REPORTED BY BILL ARNOLD, INSD. | REPORTED TO | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER  Karen A Cooper |
|---|---|---|---|

ACORD 3 (7/97)        NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE        © ACORD CORPORATION 1986

07/17/2003 16:10 FAX 203 926 8828    IROQUOIS LEGAL    Case 1:05-cv-02149-JSR    Document 36-7    Filed 08/17/2005    Page 25 of 37    P.008

JUL. -17'03(THU) 13:42

CC:    Peter Mortlock, Margia Goodall - Aon



### Aon Natural Resources
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6590

**REPORT OF LOSS ON:**    ENERGY PACKAGE    **DATE:**    5 December 2002

To:    **COMPANY**    **POLICY NO.**    **INTEREST**
Associated Electric & Gas Insurance Services    LE0280741 (ARS-3175)    100%
Ltd. (AEGIS), Hamilton Bermuda Per Origin
Limited, London, UK (via JLT Risk Solutions)

Please accept notice of the following casualty which may result in a claim for:    Property Damage

Name of the Assured:    Horizon Offshore Contractors, Inc.

Policy Inception:    20 Feb 02    Date of Casualty:    16 Nov 02    Policy Expiration:    01 May 03    Form:

Insured Vessel or Property:    Insured Value/Limit of Liability $    US950,000 any accident/occurrence

Excess of: $    US$50,000    Deductible: $    AAD: $    Stop Loss: $

Place where casualty occurred:    Iriquois Project

Nature of Casualty    On 16 November 2002 at approximately 5:30 PM Eastern Standard Time an anchor of the Cal Dive DSV

"MR SONNY" became entangled in four (4) subsea power cables of Long Island Power Authority (LIPA)

Estimated amount of entire loss Primary $    Unknown    Excess $

Instructed:

Remarks:    Also reported to AI Marine Adjusters, Houston on behalf of Excess (American Home)

Claim #:    02-M4842    Producer:    Peter Mortlock    Claims Made:    No

Client's Claim #:

by:    *Karen Cooper*

If you have any instructions to give, please advise us promptly.

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature:

Claim Number:

\\HSTNWFS2\SYS\Apps\USERS\Claims Shared\Horizon\Karen-Renaclaim 02-M4842Marine Loss Notice.doc-1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.



*Aon Risk Services*
*Natural Resources Group*

1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6840; Telefax: (832) 476-6510
Renee_Glidewell@ars.aon.com

| | |
|---|---|
| **Date:** | January 17, 2003 |
| **Fax Number:** | 713-268-8680<br>011-44-207-247-4488 |
| **Attention:** | Jack Molkentin (ref: 36451)<br>Mike Roberts (ref: LG0260741/001) |
| **Company:** | **A. I. Marine Adjusters**<br>**JLT Risk Solutions Limited** |
| **From:** | Renee Glidewell<br>Sr. Consultant |
| **Copies:** | Julie Bowen, Navigators (ref: LJA115037) 713-960-0870<br>Liberty Insurance Underwriters (ref: unknown) 212-208-4112<br>Liz Monroe, XL Marine & Offshore (ref: EX002266) 212-894-9242<br>William Gibbens, Horizon Offshore (cover only) 713-361-2693<br>Jim Montano, Aon (cover only) |
| **No. of Pages Sent:** | 16   *(Including this page)* |
| **Subject:** | Insured:    Horizon Offshore Contractors, Inc.<br>Claimant:   Long Island Power Authority (LIPA)<br>DOL:       November 16, 2002<br>Our Ref:   02-M4642 |

Attached for your file and review are various documents as received from the insured. Included is a copy of the demand for defense and indemnity from Iroquois Gas Transmission System, LP along with the insured's declination to them. For your reference, a copy of the insurance exhibit from the Iroquois contract is also attached. We also provide a copy of the insured's tender letter to Thales Geosolutions, Inc. requesting their soonest response with regard to defense and indemnity of Horizon.

Also included is correspondence from the claimant's attorney demanding securities for their claims be posted in the amount of $33.75 million by January 21, 2003. After your review, please response accordingly.

Should you have any questions or not receive all of the documents noted, please contact our office.

Regards,

*Renee Glidewell*

NOTE: The information contained in this fax is confidential and/or privileged. This fax is intended *for the sole use* of the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, *distribution*, or copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.



*Aon Risk Services*
*Natural Resources Group*

1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6840; Telefax: (832) 476-6510
Renee_Glidewell@ars.aon.com

| | |
|---|---|
| **Date:** | December 12, 2002 |
| **Attention:** | Excess Claims |
| **Company:** | A. I. Marine Adjusters  713-268-8680 (ref: C1759)<br>Navigators Insurance Co.  713-960-0870 (ref: 02L1799-01)<br>Liberty Insurance Underwriters 212-208-4112 (ref: NY039204002)<br>XL Specialty  212-894-9242  (ref: PMEX847027) |
| **From:** | Renee Glidewell  (for Karen Cooper)<br>Sr. Consultant |
| **Copies:** | Peter Mortlock, Aon  (cover only)<br>Margie Goodall, Aon  (cover only) |
| **No. of Pages Sent:** | 2    (Including this page) |
| **Subject:** | Assured:    Horizon Offshore Contractors<br>Policy:    ARS-3215<br>Effective:   04/09/02 – 05/01/03<br>Claimant:   Long Island Power Authority<br>DOL:     November 16, 2002<br>Our Ref:   02-M4642-C |

Please accept this as notice of an incident that could give rise to a claim under the captioned policy. It is reported that the anchor of the CalDive DSV "Mr. Sonny" became entangled in four (4) cables of the Long Island Power Authority. No injuries were reported. The extent of financial damage has not yet been determined. We shall, of course, forward additional information as it is available.

The incident has also been reported to A. I. Marine Adjusters on behalf of American Home Assurance Company. Jack Molkentin is handling the claim in AIMA's Houston office. The incident has also been reported to JLT Risk Solutions on behalf of AEGIS. Terry Cornick is handling the claim in their London office.

Please acknowledge your receipt of this notice and advise who in your respective offices will be handling this matter, along with your claim numbers. Should you have any questions, please feel free to call or e-mail.

Regards,

Renee Glidewell

NOTE: The information contained in this fax is confidential and/or privileged. This fax is intended for the sole use of the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.

VIA FAX



## Aon Natural Resources
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6590

**REPORT OF LOSS ON:**   Protection & Indemnity                    **DATE:**   March 4, 2003

| | | | |
|---|---|---|---|
| To: | **COMPANY** | **POLICY NO.** | **INTEREST** |
| | Associated Electric & Gas Insurance | | |
| | Services Limited (AEGIS), Hamilton, | ARS-3175 | 100% |
| | Bermuda per Origin Limited, London, U.K. | | |
| | c/o JLT Risk Solutions Limited | | |
| | London, England, U.K. | | |
| | Attn: Mr. Simon Dawes | | |

Please accept notice of the following casualty which may result in a claim for:    Damage to Property

Name of the Assured:    Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:  2/20/02    Date of Casualty:  2/27/03    Policy Expiration:  5/1/03

Insured Vessel:   GULF HORIZON    Limit of Liability $   950,000 O. A. O.

Excess of: $  50,000    Deductible: $  N/A    AAD: $  N/A    Stop Loss: $  N/A

Place where casualty occurred:    Long Island Sound, NY

Nature of Casualty:    Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss $   (unknown)    Excess $   N/A

                    Instructed:

Remarks:   Details of casualty and developments will be reported in due course.

Claim #:  03-M5058    Producer:  BJ    Claims Made:  No

Client's Claim #: _____

                    by: _____
                        James I. Montano

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature: _____

\\uebhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\03-M5058.doc~1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the
intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have
received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.

6
7

**VIA FAX**



**Aon Natural Resources**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6582

**REPORT OF LOSS ON:**   Excess P & I                                          **DATE:**   April 18, 2003

To:    **COMPANY**                                        **POLICY NO.**              **INTEREST**
       The Steamship Mutual
       Underwriting Association (Bermuda) Ltd.          ARS-3176                     100.0%
       c/o JLT Risk Solutions Limited
       Attn: Terry Cornick

Please accept notice of the following casualty which may result in a claim for:   Damage to Property

Name of the Assured:   Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:  02/20/02   Date of Casualty:  2/27/03          Policy Expiration:  5/1/03

Insured Vessel:   GULF HORIZON                                    Limit of Liability $   Per Rules

Excess of: $  1,000,000   Deductible: $  50,000   AAD; $  15,000,000   Stop Loss: $  N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.


Estimated amount of entire loss   $  1,000,000                          Excess  $  1,000,000

Assured have   Instructed   Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.


Remarks:   Our email message of 16 April 2003 refers.

Claim #:  03-M5058-X                Producer:  BJ              Claims Made:   No

Client's Claim #:

                                             by:
                                                    James H. Montano

If you have any instructions to give, please advise us promptly.

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature:

Claim Number:


X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\Amended 03-M5058-X.doc-1   The information contained in this fax is confidential and/or privileged. This fax is intended to be received initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and i return this fax to the sender at the address above.

**VIA FAX**



*Aon Natural Resources*
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6582

**REPORT OF LOSS ON:** Excess Liabilities

**DATE:** May 21, 2003

To:
**COMPANY**
American Home Assurance Company
via American International Marine Agency
Attn: Jack Melkonian

**POLICY NO.**
ARS-3177

**INTEREST**
100.0%

Please accept notice of the following casualty which may result in a claim for: Damage to Property

Name of the Assured: Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception: 02/20/02    Date of Casualty: 2/27/03    Policy Expiration: 5/1/03

Insured Vessel: GULF HORIZON    Limit of Liability $ 10,000,000

Excess of: $ 1,000,000    Deductible: $ N/A    AAD: $ N/A    Stop Loss: $ N/A

Place where casualty occurred: Long Island Sound, NY

Nature of Casualty: Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss $    (unknown)

Assured have    Instructed    Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.

Remarks: Primary carrier AEGIS have posted policy limit reserve. Additional information to follow.

Claim #: 03-M5058-X    Producer: BJ    Claims Made: No

Client's Claim #: _____

by: _____ James I. Montano

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature: _____

Claim Number: _____

\\utxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\03-M5058-X.doc·1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.



### Aon Natural Resources
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000; Telefax: (832) 476-6582

## REPORT OF LOSS ON:   Excess Liabilities                                    DATE:   July 16, 2003

To:   **COMPANY**                                          **POLICY NO.**              **INTEREST**
XL Specialty Insurance Company (PMEXB57027)            ARS-3215
      via Brockbank Insurance Services, Inc.                                        20.00%
Liberty Insurance Underwriters (NY039204002)                                        25.00%
American Home Assurance Company (C1769)                                             26.43%
      via American International Marine Agency, Inc.
Navigators Insurance Company (02L1799-01)                                           28.57%
      via Navigators Insurance Services of Texas, Inc.                              100.00%

Please accept notice of the following casualty which may result in a claim for;   Property Damage

Name of the Assured:   Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:   04/09/02      Date of Casualty:   2/27/03        Policy Expiration:   5/1/03

Insured Vessel:   GULF HORIZON                              Limit of Liability $   140,000,000

Excess of: $   10,000,000    Deductible: $   N/A      AAD: $   N/A        Stop Loss: $   N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.


Estimated amount of entire loss   $   (Unknown)                              Excess   $

The Assured    Instructed    attorneys Lyons, Skoufalos, Proios & Flood, to investigate.  Additional information to follow.


Remarks:

Claim #:   03-MS058-XA                    Producer:   BJ                  Claims Made:   No

Client's Claim #:

                                                      by:
                                                          James I. Montano

*If you have any instructions to give, please advise us promptly,*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature:

Claim Number:


\\webshou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\Amended 03-MS058-XA doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed oumnily by only the individual named above.  If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited.  If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

ARS-3175

*Aon Risk Services*

*Natural Resources*
*Group*

### CONDITIONS:

The "Class 1 Rules - Protection and Indemnity" of the Steamship Mutual Underwriting Association (Bermuda) Limited (the "Rules") in effect at the attachment date are hereby incorporated into this certificate, insofar as they may be applicable, subject to the following amendments and exceptions. All references in the Rules to "the Club" shall be read as references to "AEGIS" and/or where the context permits, its agent; all references to "the Directors" shall be read as references to AEGIS; all references to "the Member" shall be read as references to the "Assured" or "Insured"; all references to "the Managers" shall be read as references to "ORIGIN"; and references to "entry" and "entered" shall be read as references to "insurance" and "Assured"; and the Rules shall be deemed amended accordingly.

The following Rules are hereby excluded from this Certificate: Rule numbers: 1, 3 to 9, 11 to 13, 15(ii), 16(iii) to (iv); 33, 34 and 36(ii). Any written notice of termination of cover shall only be effective no less than 15 days from receipt by the Assured. Further amendments or exclusions to the Rules are as specified below.

### INSURED:

As declared.

### LIMIT OF LIABILITY:

As declared.

### DEDUCTIBLE:

As declared.

### RISKS COVERED:

1)  Risks covered under "Class 1 Rules - Protection and Indemnity" of the Steamship Mutual Underwriting Association (Bermuda) Limited.

2)  Including risks otherwise excluded under Rule 17b (Specialist Operations), Rule 17c (Drilling Operations), Rule 17d (Diving Operations) and Rule 17e (Salvage Operations).

3)  Notwithstanding the inclusion of risks otherwise excluded by Rule 17d (Diving Operations), the cover afforded hereunder is limited to liabilities, costs and expenses incurred by the Insured arising out of diving operations performed by third party contractors; warranted the Insured shall obtain indemnity and defense indemnities from diving contractors for personal injuries to the diving contractor personnel.

ARS-3175

*Aon Risk Services*

*Natural Resources*
*Group*

4)  Notwithstanding the inclusion of risks otherwise excluded by Rule 17e (Salvage Operations), the cover afforded hereunder shall be limited to liabilities, costs and expenses associated with salvage operations incidental to activities associated with risks described under Rule 17b (Specialist Operations), Rule 17c (Drilling Operations) and Rule 17d (Diving Operations), and this insurance shall not cover liabilities, costs and expenses arising out of salvage operations as a professional salvor.

5)  Including coverage for Contractual Liabilities in respect of seamen for death, injury or illness and it is agreed to waive the requirement for approval of any crew agreements and other contracts of service or employment and contracts for services.

6)  Including coverage for liabilities assumed by the Insured not otherwise provided under Rule 25 xix (Towage) and its subparagraphs and it is agreed to waive the requirement for approval of the terms of any such contracts, but excluding amounts recoverable under Hull Risks Insurance effected by the Insured.

7)  Including coverage for liabilities as provided under Rule 25 xx (Contract and Indemnities) and its subparagraphs and it is agreed to waive the requirement for approval of the terms of any such contracts.

8)  Including liabilities, costs and expenses in respect of wreck and debris removal whether liability be compulsory under law or assumed under contract, or whether voluntarily assumed where it is determined that the wreck or debris interferes with the operation of the Insured, but excluding amounts recoverable under Hull Risks insurance effected by the Insured.

9)  Including 4/4ths Collision Liability and damage to Fixed and Floating Objects, but excluding amounts recoverable under Hull Risks insurance effected by the Insured.

10) Subject otherwise to the terms, conditions and risks covered, including liabilities, costs and expenses for death, injury or illness in respect of any person performing work in connection with any offshore or maritime operation of the Insured, whether such person is an employee of the Insured or is engaged by the Insured under contract of services or for services, whether or not such operations are performed from a entered ship.

11) Subject otherwise to the terms, conditions and risks covered, including liabilities, costs and expenses incurred by the Insured in respect of the short term charter or hire of miscellaneous barges and tugs used in support of the operations of the entered Vessels/Units; including liabilities, costs and expenses for risks otherwise excluded by Rule 17(a) Hull Risks, subject such support craft are not bareboat chartered by the Insured and excepting craft rented or hired where the Insured has assumed a "first party" risk or the obligation to provide Hull Risks insurance.

ARS-3175

*Aon Risk Services*

*Natural Resources*
*Group*

## OTHER TERMS, CLAUSES AND CONDITIONS:

1.  NON GUARANTEE CLAUSE

    a)  This insurance is evidence only of a contract of indemnity insurance between the above named Insured and AEGIS and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of AEGIS to any other party.

    b)  In the event that an Insured tenders this insurance as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this insurance by the Insured is not to be taken as any indication that AEGIS thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. AEGIS does not so consent.

2.  ADDITIONAL INSURED CLAUSE AND OTHER PROVISIONS

    i.)  The Insured has privilege to name others as an additional insured for their respective rights and interests and/or waive any rights of recovery, but only to the extent as may be required under contract or agreement.

    ii.)  In connection with any person, firm or corporation included as an additional insured, the provisions of Rule 14ii and any other reference within the Rules purporting to limit coverage to any "Co-Insured" to that of the "Member" is deleted. It is further noted and agreed any person, firm, or corporation included as an additional insured has no obligation for payment of premium hereunder.

    iii.)  It is agreed that in respect of additional insured(s), the coverage provided hereunder shall be primary in respect of any coverage carried by said additional insured(s) but only to the extent as may be required by contract or agreement.

    iv.)  In the event of an Insured incurring liability to any other Insured, this insurance shall cover the Insured against whom claim is or may be made in the same manner as if separate policies had been issued to each Insured. Nothing contained herein shall operate to increase the limit of liability as set forth in this insurance.

    v.)  Such coverage as is afforded by this insurance shall not be denied solely on the basis that the claim or suit against the insured is based upon an "in Rem" proceeding.

    vi.)  It is agreed that a claim against any person, firm or organization by an employee of the Insured on the "Borrowed Servant Doctrine" will, for the purpose of this insurance, be treated as a claim arising under this insurance, against the Insured

*Aon Risk Services*

**Amendatory Endorsement To Form CG 00 01 10 93**
**Marine Liability Insurance, Etc.**          *Natural Resources Group*

The following amendments to form CG 00 01 10 93 shall apply:

SECTION I COVERAGE A 2. Exclusions are amended as follows:

Exclusion g. is deleted and replaced with the following:

> g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any "aircraft" or "auto" owned or operated by or rented or loaned to any Insured. Use includes operation and "loading" and "unloading".
>
> This exclusion does not apply to:
> i.   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the Insured.
>
> ii.  Liability assumed under "insured contract" for the ownership, maintenance or use of aircraft.

It is a condition of this insurance that the Named Insured shall maintain Protection and Indemnity Insurance on watercraft in excess of 25' that the Named Insured operates or owns.

Exclusion j. Item (4) is deleted. Furthermore, exclusions k., l., and m. shall not apply to "property damage" which arises in connection with operations, activities or the business of the insured in their capacity as an energy or marine construction or service contractor. However, this insurance shall not apply to liability for "property damage" arising out of the failure of "your work" or "your product" to meet any warranty or representation by any Insured as to the level of performance, quality, fitness or durability or to perform their function or serve their purpose, to the extent that such liability is for the diminished value or utility of "your work" or "your product".

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS is amended as follows:

4.   Other Insurance – the following Condition is added:

> f.   Notwithstanding a. and b. above, if the loss arises out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned or chartered by or to the Named Insured, this insurance shall only respond on the basis of difference in conditions with, and not excess of, any other insurance available to the Insured.

The following Condition is added:

> 11.   In Rem
>
> Such coverage as is afforded by this insurance shall not be denied solely on the basis that the claim or suit against the Insured is based upon an "in Rem" proceeding.



## Current Insurance Program Limits Graphic at
## December 5, 2002
### (Not to Scale)

## Horizon Offshore Contractors, Inc.

| | | | | | | | | Non-Owned Aircraft Liability |
|---|---|---|---|---|---|---|---|---|
| | | | | Second Layer Excess $140M | | Excess Protection & Indemnity as per Rules of Steamship Mutual | $15M | |
| | | | | | | | P&I* (and as modified) | $930K |
| Statutory | $1M | $1M | $1M | General Liability (and as modified)** | | | | |
| Workers' Comp | Employer's Liability | Auto Liability | | | | | | |

x:\Gets\WN\Horizon Offshore\Program for Iroquois at 12-5-02.ppt

□ Zurich American Insurance Company

□ AEGIS / ORIGIN

□ XL Specialty Insurance Company

□ XL Specialty, Liberty, American Home & Navigators

■ XL Specialty, Liberty, Continental & NY Marine & General

■ American Home

□ Steamship Mutual

* Including MEL(Charterer's Liability and excess of amounts afforded under Marine Package for War P&I, Collision and ROW Liabilities

** DIC/DIL with P&I



# JLT RISK SOLUTIONS
### Limited

| | | | |
|---|---|---|---|
| To | Jim Montano | | The Gemini Centre |
| | | | 88 New London Road |
| Company | AON Natural Resources | | Chelmsford |
| | | | Essex CM2 0YJ |
| | | | Telephone 01245 705000 |
| Fax No | 0018009534542 | | Direct Line 01245-705154 |
| | | | Facsimile 01245-705123 |
| Date | 20 September 2004 | | |
| From | Paul Bennett | | |
| | Run-Off Management Services | | |

| | | | |
|---|---|---|---|
| No. of Pages inc. front sheet | 1 | **Facsimile** | Init |
| | | | Ref |

**Re: Horizon Offshore Contractors. "Gulf Horizon"**

Your Ref: 03-M5058-A

Jim,

We refer to your loss advice dated 17th May 2004, we would advise we have received a request from leading Underwriters for a update on this loss, also Underwriters request Assured advices to Adams & Reese instruction as we cannot see this firm on the approved attorney listing.

We thank you in advance for your assistance.

Regards.

Paul Bennett



---

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is confidential and JLT Risk Solutions Limited reserves any and all possible rights to privilege in respect thereof. It is intended only for the use of the addressee designated above. Any reader of this message, who is not the addressee, is hereby expressly forbidden to copy, disseminate, distribute or in any other way use any of the information contained in this facsimile message.

If you have received this facsimile transmission in error, please immediately notify the sender by telephone so that we can arrange for its return.

PSB/FAX3F6D

This facsimile copy is for information only and we do not accept any responsibility for differences between the original and the transmission copy. If all pages not received clearly please contact us on the above number.

Lloyd's Broker. A member of the Jardine Lloyd Thompson Group
A company incorporated with liability limited by shares. Regulated by the General Insurance Standards Council
Registered Office: 6 Crutched Friars, London EC3N 2PH. Registered in England No. 1536540. Vat No. 244 2321 96