# Attachment 5

HEALY & BAILLIE, LLP
Attorneys for Plaintiff
61 Broadway
New York, NY 10006
(212) 943-3980
Richard V. Singleton (RS-9489)
John C. Koster (JK-4086)
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., <br><br>                                    Plaintiff, <br> -against- <br><br> ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda; CERTAIN UNDERWRITERS AT LLOYD'S; AON RISK SERVICES OF TEXAS, INC.; and AMERICAN HOME ASSURANCE CO., <br><br>                                    Defendants. | (ECF Case) <br><br> 05 Civ. 2149 (JSR) <br><br> **AFFIDAVIT OF MICHELLE L. WIELER** |

Michelle L. Wieler, being duly sworn, deposes and says:

1.      I am employed by Iroquois Gas Transmission System L.P. ( "Iroquois") as an accountant. My duties have included maintaining insurance policies carried by Iroquois and providing input as to insurance required to be carried by its contractors and subcontractors.

2.      I was involved to a limited extent in some of the negotiations that took place between Iroquois and Horizon Offshore Contractors, Inc. ("Horizon"), insofar as they pertained to insurance, prior to finalizing the April 12, 2002 contract that called for

the construction of an undersea natural gas pipeline extension from Northport, Long Island, New York to Hunts Point, New York.

3.  I specifically recall that a prior version of the contract required Horizon to maintain every line of insurance, including "builders' risk" insurance applicable to the pipeline project itself.

4.  Horizon objected that Iroquois could obtain "builders' risk" insurance more readily than Horizon. As a result, the contract was changed to make Iroquois responsible for procuring the builders' risk coverage.

5.  Iroquois and Horizon allocated the duty to maintain insurance against various risks in the Construction Contract. The policies that were purchased were intended to protect all parties in the undertakings set out in the Construction Contract.

_____
Michelle L. Wieler

Sworn to before me this 16th day of August 2005

_____
Notary Public

SUSAN M. DELEON
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2010