# Attachment 9



*Aon Risk Services*

*Natural Resources Group*

May 17, 2002

Mr. William L. Arnold, II
Horizon Offshore Contractors, Inc.
2500 City West Blvd., Suite 2200
Houston, Texas 77042

Re:  **Certificate of Insurance**
     **Iroquois Gas Transmission System, L.P.**

Dear Bill:

Further to our fax of today and as requested, enclosed please find three original certificates of insurance issued in favor of Iroquois Gas Transmission System, L.P.

We trust you will find the enclosed in good order. If you have any questions or concerns regarding this matter, please do not hesitate to contact our office.

Very truly yours,


Bernice A. Chaloupka
Senior Client Specialist

/bac

Enclosure

cc:    Peter Mortlock, ARS
       Marjorie Goodall, ARS
       Jeff Kaufmann, Brockbank Internati
       John Kirchhofer, Liberty Marine
       Ann Chapman, AIMA
       Walt Caskey, Navigators

ARS-TX 0001

*Aon Risk Services of Texas, Inc.*
2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590
F:\CLIENTS\AON\Horizon Offshore\Correspondence\2002\May\05-17 ltr to BA - Iroquois.doc

**AON**

*Aon Risk Services*

*Natural Resources Group*

CERTIFICATE OF INSURANCE

DATE: May 17, 2002

CERTIFICATE ISSUED TO:	Iroquois Gas Transmission System, L.P.
	Suite 600
	One Corporate Drive
	Shelton, CT 06484
	Attn: Robert Yetton

This is to certify that the policies of insurance listed below have been effected for the insured named below for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of such policies. Limits shown may have been reduced by paid claims.

NAME OF ASSURED:	Horizon Offshore Contractors Inc. and/or
	associated and/or affiliated and/or subsidiary companies

REFERENCE:	N/A

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| A) | Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited as modified by ORIGIN/AEGIS including other Marine Liabilities (including Maritime Employers Liability). | ARS-3175 | 20 FEB 2002 1 MAY 2003 | US$950,000 any one accident or occurrence excess of US$50,000 any one accident or occurrence; subject to a general aggregate limit of US$15,000,000. |

Insured with: Associated Electric & Gas Insurance Services Limited (AEGIS)

| | | | | |
|---|---|---|---|---|
| B) | Protection & Indemnity including Pollution as per Rules and Statutes for P&I of The Steamship Mutual Underwriting Association (Bermuda) Limited. | ARS-3176 | 20 FEB 2002 1 MAY 2003 | As per the Rules and Statutes of The Steamship Mutual Underwriting Association (Bermuda) Limited excess of A) above. |

Insured with: The Steamship Mutual Underwriting Association (Bermuda) Limited

| | | | | |
|---|---|---|---|---|
| C) | General Liabilities | ARS-3177 | 09 APR 2002 01 MAY 2003 | US$1,000,000 each occurrence US$2,000,000 general aggregate US$2,000,000 Prod/Comp Ops aggregate limit excess of US$50,000 each occurrence. |

Includes Comprehensive Form; Premises/Operations; Explosion, Collapse and Underground Hazard; Contractual Liability, Broad Form Property Damage; Personal Injury; Cross Liability Clause.

Insured with: American Home Assurance Company

ARS-TX 0002

*Aon Risk Services of Texas, Inc.*
2000 Bering Drive, Suite 900 • Houston, Texas 77057-3790 • tel: (713) 430-6000 • fax: (713) 430-6590

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 2

*Natural Resources Group*

| | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| D) | U.S. Worker's Compensation/ Employers' Liability<br><br>Includes USL&H. | WC 9303611-00 | 09 APR 2002<br>01 MAY 2003 | Workers' Compensation – Statutory<br>Employers' Liability –<br>US$1,000,000 each accident<br>US$1,000,000 each employee<br>US$1,000,000 policy aggregate |
| | Insured with: Zurich American Insurance Company | | | |
| E) | Automobile Liability (US/Canada)<br><br>Includes all Owned/Non-Owned/Hired automobiles. | TAP 9303610-00 | 09 APR 2002<br>01 MAY 2003 | US$1,000,000 Bodily Injury and Property Damage Combined Single Limit |
| | Insured with: Zurich American Insurance Company | | | |
| F) | Automobile Physical Damage<br><br>Includes all Owned/Non-Owned/Hired automobiles. | TAP 9303610-00 | 09 APR 2002<br>01 MAY 2003 | $500 Deductible Comprehensive<br>$500 Deductible Collision<br>any one accident or occurrence. |
| | Insured with: Zurich American Insurance Company | | | |
| G) | Excess Liabilities (including Excess Protection & Indemnity - Difference in Conditions with B) above | ARS-3177 | 09 APR 2002<br>1 MAY 2003 | US$10,000,000 any one accident or occurrence excess of scheduled underlying. |
| | Insured with: American Home Assurance Company | | | |
| H) | Excess Liabilities | ARS-3215 | 09 APR 2002<br>01 MAY 2003 | US$90,000,000 each occurrence excess of scheduled underlyings. |
| | Insured with:<br>20.00%  XL Specialty Insurance Company<br>25.00%  Liberty Insurance Underwriters<br>26.43%  American Home Assurance Company<br>28.57%  Navigators Insurance Company | | | |
| I) | Contractors Equipment | ARS-3246 | 01 MAY 2002<br>01 MAY 2003 | US$2,000,000 any one item in respect of Equipment and Property rented, purchased, leased, hired or operated by the Assured. |
| | Insured with: Underwriters at Lloyd's and certain insurance companies | | | |

ARS-TX 0003

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 3

*Natural Resources Group*

|   | TYPE OF INSURANCE | POLICY NO. | POLICY PERIOD | AGREED VALUE OR LIMITS OF LIABILITY |
|---|---|---|---|---|
| J) | Hull & Machinery | ARS-3246 | 01 MAY 2002<br>01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

|   |   |   |   |   |
|---|---|---|---|---|
| K) | Increased Value | ARS-3246 | 01 MAY 2002<br>01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

|   |   |   |   |   |
|---|---|---|---|---|
| L) | War Risks and War P&I Risks | ARS-3246 | 01 MAY 2002<br>01 MAY 2003 | US$ Per Schedule Attached |

Insured with: Underwriters at Lloyd's and certain insurance companies

Subject always to policy terms, conditions and exclusions, Certificate Holder and its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof are named as Additional Assured but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Waiver of Subrogation is granted in favor of Certificate Holder or its parental, partner, divisional, affiliate, or subsidiary companies and all employees thereof but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Subject always to policy terms, conditions and exclusions, Certificate Holder is named as Loss Payee but only insofar as required by signed written contract and only insofar as liability is assumed by the Assured under signed written contract.

Should any of the above described policies be canceled before the expiration date thereof, this agency on behalf of the issuing company(ies) will endeavor to mail 30* days' written notice to the above named certificate holder, but failure to mail such notice shall impose no obligation or liability of any kind upon the company(ies) or this agency.

* 7 days' notice in respect of War Risks and 10 days notice in respect of non-payment of premium.

The policies certified hereon are primary only insofar as liability is assumed by the Assured under signed written contract and subject always to policy terms, conditions and exclusions.

Several Liability Notice: The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

ARS-TX 0004

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 4

*Natural Resources
Group*

This Certificate of Insurance is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate of Insurance does not amend, extend or alter the coverage afforded by the policy(ies) shown hereon.

Aon Risk Services of Texas, Inc. are not insurers hereunder, and Aon Risk Services of Texas, Inc. are not nor shall be in any way or to any extent liable for loss or claim whatsoever in connection with the policies evidenced hereon.

AON RISK SERVICES OF TEXAS, INC.

BY: _____

ARS-TX 0005

*Aon Risk Services*

Certificate of Insurance
May 17, 2002
Page 5

*Natural Resources Group*

VESSEL SCHEDULE

| | Vessel | Hull & Machinery Agreed Value | Increased Value Agreed Value | War Risk Agreed Value |
|---|---|---|---|---|
| 1. | American Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 2. | Atlantic Horizon | $17,000,000 | $4,125,000 | $21,125,000 |
| 3. | Brazos Horizon | $8,000,000 | $2,000,000 | $10,000,000 |
| 4. | Cajun Horizon | $5,600,000 | $1,400,000 | $7,000,000 |
| 5. | Canyon Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 6. | Gulf Horizon | $15,200,000 | $3,800,000 | $19,000,000 |
| 7. | Horizon MB100 | $2,400,000 | $600,000 | $3,000,000 |
| 8. | Lone Star Horizon | $19,200,000 | $4,800,000 | $24,000,000 |
| 9. | Pacific Horizon | $24,000,000 | $6,000,000 | $30,000,000 |
| 10. | Pearl Horizon | $6,400,000 | $1,600,000 | $8,000,000 |
| 11. | Pecos Horizon | $16,000,000 | $4,000,000 | $20,000,000 |
| 12. | Phoenix Horizon | $12,000,000 | $3,000,000 | $15,000,000 |
| 13. | Sea Horizon | $20,000,000 | $5,000,000 | $25,000,000 |
| 14. | Stephaniturm* | $0 | $0 | $0 |

*on long term charter to others

ARS-TX 0006

| CONVERSATION RECORD FOR FILE | *Aon Risk Services* | DATE 1-23-03 | TIME 10:30 | ☒ AM ☐ PM |
|---|---|---|---|---|

TALKED WITH: Bill Arnold
OF:
☐ I PLACED CALL  ☐ VOICE MAIL
☒ PARTY CALLED  ☒ IN PERSON
PREPARED BY: B Chalough
PHONE NUMBER:

**RE:**

**CONVERSATION**

telecon @ Margie

needs certified copies of policies certified to Iroquois on COI

need to white out prem + rates

stamp certified on each copy

maintain a copy for our file.

send to Bill

**REPLY OR ACTION REQUIRED/TAKEN**

| COVERAGE BOUND | EFFECTIVE DATES | | ACTION COMPLETED | DATE | ☐ SUSPENSE DATE |
| ☐ YES  ☐ NO | FROM: | TO: | ☐ YES  ☐ NO  SIGNED | | ☐ FILE |

CC:

ARS-TX 0006-A



*Aon Risk Services*

*Natural Resources Group*

**VIA HAND DELIVERY**

January 24, 2003

Mr. Bill Arnold
Horizon Offshore Contractors, Inc.
2500 City West Blvd., Suite 2200
Houston, Texas 77042

Re:   Certificate of Insurance
      Iroquois Gas Transmission System, L.P.
      Certified Copies of Policies/Cover Notes

Dear Bill:

Further to your telephone conversation with Marjorie Goodall on yesterday regarding the above, attached please find certified copies of the following policies/cover notes:

- P&I Aegis – ARS-3175
- P&I SSM – ARS-3176
- Excess Liabilities ($140m xs $10m) – ARS-3215
- Liabilities Package – ARS-3177
- Automobile – TAP9303610-00
- Workers' Compensation – WC9303611-00
- Marine Package – ARS-3246*

* Note that we have enclosed our Confirmation of Coverage as the policy is in the process of being issued.

For your convenience, we have also included a copy of the certificate of insurance for Iroquois Gas Transmission System, L.P.

We trust you will find the enclosed in good order. If you have any questions or concerns regarding this matter, please do not hesitate to contact our office.

Very truly yours,

Pamela Smith
Associate Client Specialist

Enclosure(s)

ARS-TX 0007

*Aon Risk Services of Texas, Inc.*
1330 Post Oak Blvd., Suite 900 • Houston, Texas 77056 • tel: (832) 476-6000 • fax: (832) 476-6590
\\ustxhou2k1\shared\CLIENTS\ANR\Horizon Offshore\Correspondence\2003\Jan 03\1-24 Ltr to BA - Iroquois COI - Certified Policy Copies.doc