# Attachment 12

<u>VIA FAX</u>



# *Aon Natural Resources*
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6590**

**REPORT OF LOSS ON:**   Protection & Indemnity          **DATE:**   March 4, 2003

To:   <u>**COMPANY**</u>                              <u>**POLICY NO.**</u>                    <u>**INTEREST**</u>
Associated Electric & Gas Insurance
Services Limited (AEGIS), Hamilton,       ARS-3175                         100%
Bermuda per Origin Limited, London, U.K.
c/o JLT Risk Solutions Limited
   London, England, U.K.
Attn: Mr. Simon Dawes

Please accept notice of the following casualty which may result in a claim for:   Damage to Property

Name of the Assured:   Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception: 2/20/02      Date of Casualty: 2/27/03      Policy Expiration: 5/1/03

Insured Vessel:   GULF HORIZON                    Limit of Liability $   950,000 O. A. O.

Excess of: $ 50,000      Deductible: $ N/A      AAD: $ N/A      Stop Loss: $ N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss $   (unknown)                    Excess $   N/A

_____   Instructed:

Remarks:   Details of casualty and developments will be reported in due course.

Claim #: 03-M5058            Producer: BJ            Claims Made: No

Client's Claim #:

                                                by:   _James I. Montano_

*If you have any instructions to give, please advise us promptly.*

### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:

\\ustxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\03-M5058.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

ARS-TX 0036

6
1

<u>VIA FAX</u>



**Aon Natural Resources**
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6582**

**REPORT OF LOSS ON:**   Excess P & I                          **DATE:**   April 18, 2003

To:    <u>COMPANY</u>                                    <u>POLICY NO.</u>          <u>INTEREST</u>
       The Steamship Mutual
         Underwriting Association (Bermuda) Ltd.      ARS-3176           100.0%
       c/o JLT Risk Solutions Limited
       Attn: Terry Cornick

Please accept notice of the following casualty which may result in a claim for:    Damage to Property

Name of the Assured:    Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:   02/20/02    Date of Casualty:   2/27/03    Policy Expiration:   5/1/03

Insured Vessel:    GULF HORIZON                          Limit of Liability $    Per Rules

Excess of: $   1,000,000    Deductible: $   50,000    AAD: $    15,000,000    Stop Loss: $   N/A

Place where casualty occurred:    Long Island Sound, NY

Nature of Casualty:    Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

   damaged a sub-sea power cable owned by the New York Power Authority.


Estimated amount of entire loss    $   1,000,000                          Excess   $   1,000,000

   Assured have    Instructed    Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.


Remarks:    Our email message of 16 April 2003 refers.

Claim #:   03-M5058-X                Producer:   BJ              Claims Made:   No

Client's Claim #: _____

                                        by:    _____
                                               James I. Montano
*If you have any instructions to give, please advise us promptly.*

        PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature: _____

Claim Number: _____

*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

**ARS-TX 0040**

<u>VIA FAX</u>



### *Aon Natural Resources*
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6582**

REPORT OF LOSS ON:    Excess Liabilities                          DATE:    May 21, 2003

To:    <u>COMPANY</u>                              <u>POLICY NO.</u>                    <u>INTEREST</u>
       American Home Assurance Company
       via American International Marine Agency        ARS-3177                100.0%
       Attn: Jack Molkentin

Please accept notice of the following casualty which may result in a claim for:    `Damage to Property

Name of the Assured:    Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:    02/20/02       Date of Casualty:    2/27/03       Policy Expiration:    5/1/03

Insured Vessel:    GULF HORIZON                          Limit of Liability $    10,000,000

Excess of: $    1,000,000    Deductible: $    N/A    AAD: $    N/A    Stop Loss: $    N/A

Place where casualty occurred:    Long Island Sound, NY

Nature of Casualty:    Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.


Estimated amount of entire loss $        (unknown)

Assured have    Instructed    Lyons, Skoufalos, Proios & Flood, LLP to represent their interests.


Remarks:    Primary carrier AEGIS have posted policy limit reserve. Additional information to follow.


Claim #:    03-M5058-X                    Producer:    BJ                    Claims Made:    No

Client's Claim #:    _____

                                                    by:    _____
                                                           James I. Montano

*If you have any instructions to give, please advise us promptly.*

### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:    _____

Claim Number:    _____

**ARS-TX 0041**

\\ust\xhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-X.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*



## *Aon Natural Resources*
**1330 Post Oak Boulevard, Suite 900**
**Houston, Texas 77056**
**Telephone: (832) 476-6000; Telefax: (832) 476-6582**

**REPORT OF LOSS ON:** Excess Liabilities          **DATE:** July 16, 2003

To:   **COMPANY**                                    **POLICY NO.**          **INTEREST**
      XL Specialty Insurance Company (PMÉX857027)
          via Brockbank Insurance Services, Inc.    ARS-3215                 20.00%
      Liberty Insurance Underwriters (NY039204002)                          25.00%
      American Home Assurance Company (C1769)                               26.43%
          via American International Marine Agency, Inc.
      Navigators Insurance Company (02L1799-01)                             28.57%
          via Navigators Insurance Services of Texas, Inc.                  100.00%

Please accept notice of the following casualty which may result in a claim for:   Property Damage

Name of the Assured:   Horizon Offshore, Inc. and Horizon Offshore Contractors, et al.

Policy Inception:  04/09/02     Date of Casualty:  2/27/03        Policy Expiration:  5/1/03

Insured Vessel:  GULF HORIZON                      Limit of Liability $   140,000,000

Excess of: $  10,000,000    Deductible: $  N/A     AAD: $  N/A     Stop Loss: $  N/A

Place where casualty occurred:   Long Island Sound, NY

Nature of Casualty:   Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly

damaged a sub-sea power cable owned by the New York Power Authority.

Estimated amount of entire loss   $  (Unknown)                    Excess  $

The Assured     Instructed   attorneys Lyons, Skoufalos, Proios & Flood, to investigate.  Additional information to follow.

Remarks:

Claim #:  03-M5058-XA          Producer:  BJ          Claims Made:  No

Client's Claim #:

                                          by:   James I. Montano

*If you have any instructions to give, please advise us promptly.*

### PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature:

Claim Number:

\\ustxhou2k1\shared\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\Amended 03-M5058-XA.doc-1
*The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.*

ARS-TX 0042