# Attachment 14



**Iroquois**
**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY,
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

_Via Certified Mail_

AEGIS
10 Exchange Place
Jersey City, NJ 07302

RE:    **Protection and Indemnity**
       **Policy Number ARS-3175**

<u>Your Insured:</u>    Horizon Offshore Contractors Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper

IRO/AE 00584



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AEGIS
10 Exchage Place
Jersey City, NJ
          07302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service)   7002 0460 0000 9136 0958

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To   AEGIS
Street, Apt. No.; or PO Box No.   10 Exchange Place
City, State, ZIP+4   Jersey City NJ 07302

PS Form 3600, January 2001    See Reverse for Instructions

7002 0460 0000 9136 0958

IRO/AE 00585



**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY,
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

*Via Certified Mail*

Allianz of America
55 Greens Farm Road
P.O. Box 5160
Westport, CT 06881

RE:    **All Risk Physical Damage to Property**
       **Policy Number CLP 1034909**

Your Insured:    Thales GeoSolutions, Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc:  Jeffrey Bruner - Iroquois Legal

recycled paper

**IRO/AE 00586**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alliance of America
55 Green Ferm Rd
Westport, CT
06881

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Philip E Benedict_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

PHILIP E Benedict   3-20-0

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0460 0000 9136 1016

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL   USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   Allianz of America

Street, Apt. No.; or PO Box No.   55 Green Ferm Rd.

City, State, ZIP+4   Westport, CT 06881

PS Form 3800, January 2001     See Reverse for Instructions

IRO/AE 00587

 **Iroquois**

**GAS TRANSMISSION SYSTEM**

IROQUOIS PIPELINE OPERATING COMPANY,
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 18, 2003

*Via Certified Mail*

American Home Assurance Company
c/o American International Marine Agency, Inc.
675 Bering Drive, Suite 600
Houston, TX 77057

RE:   **Excess Liabilities
Policy Number C-1727
(ARS-3177)**

Your Insured:   Horizon Offshore Contractors Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Joe Nino_ ☐ Agent ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery 5/403 |
| 1. Article Addressed to: American Home Assurance 675 Bering Drive Suite 600 Houston TX 77057 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (Transfer from service | 7002 0460 0000 9136 0934 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To American Home Assurance
Street, Apt. No.; or PO Box No. 675 Bering Drive
City, State, ZIP+4 Houston TX 77057

PS Form 3800, January 2001          See Reverse for Instructions

7002 0460 0000 9136 0934

IRO/AE 00589



**Iroquois**

**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 18, 2003

<u>*Via Certified Mail*</u>

American Home Assurance Company
c/o American International Marine Agency, Inc.
675 Bering Drive, Suite 600
Houston, TX 77057

RE:   **General Liabilities**
      **Policy Number C-1727**
      **(ARS³3177)**

<u>Your Insured:</u>    Horizon Offshore Contractors Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper

IRO/AE 00590

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Barnett*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>American Home Assurance Co.<br>675 Bearing Drive<br>Suite 600<br>Houston, TX 77057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2410 0001 2474 3016 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

IRO/AE 00591



**Iroquois**

**GAS TRANSMISSION SYSTEM**

IROQUOIS PIPELINE OPERATING COMPANY, OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 20, 2003

*<u>Via Certified Mail</u>*

Atlantic Insurance Company
4600 Fuller Drive
Irving, TX 75038-6506

RE:    **Excess Liability**
       **Policy Number: AT2827328**
       **Policy Period: 12/31/02-12/31/03**

<u>Your Insured:</u>    Pegasus International Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc:  Jeffrey Bruner - Iroquois Legal

recycled paper

**IRO/AE 00592**

# Iroquois
**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 20, 2003

*Via Certified Mail*

Atlantic Insurance Company
4600 Fuller Drive
Irving, TX 75038-6506

RE:    **General Liability**
       **Policy Number: AT0692996**
       **Policy Period: 12/31/01-12/31/03**

Your Insured:    Pegasus International Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper



**Iroquois**

**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 20, 2003

*Via Certified Mail*

Atlantic Insurance Company
4600 Fuller Drive
Irving, TX  75038-6506

RE:   **Excess Liability**
      **Policy Number: AT2827328**
      **Policy Period:  12/31/02-12/31/03**

<u>Your Insured:</u>    Pegasus International Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged.  NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

*Michelle L Wieler*

Michelle L. Wieler
Risk Management

cc:  Jeffrey Bruner - Iroquois Legal

recycled paper

IRO/AE 00594

| SENER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Al Johnson_   ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery <br> 3/25/03 |
| 1. Article Addressed to: <br><br> Atlantic Insurance <br> 4600 Fuller Drive <br> Irving, TX <br> 75038- 6508 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service l | 7002 2410 0001 2474 2996 |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

IRO/AE 00595



**Iroquois**

**GAS TRANSMISSION SYSTEM**

<u>IROQUOIS PIPELINE OPERATING COMPANY</u>
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

<u>*Via Certified Mail*</u>

Liberty Insurance Underwriters
61 Broadway, 32nd Floor
New York, NY  10006

RE:   **Excess Liabilities**
      **Policy Number ARS-3215**

<u>Your Insured:</u>   Horizon Offshore Contractors Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged.  NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

*Michelle L Wieler*

Michelle L. Wieler
Risk Management

cc:  Jeffrey Bruner - Iroquois Legal

recycled paper

IRO/AE 00596

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Insurance Underwriters
61 Broadway 32 Floor
New York, NY
        10006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
[signature]                        3-2.0

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Arti
   (Tra

PS Fo                                  102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   Liberty Insurance Underwriter
Street, Apt. No.; or PO Box No.   101 Broadway  32 Floor
City, State, ZIP+4   New York  NY  10006

PS Form 3800, January 2001          See Reverse for Instructions

IRO/AE 00597

**Iroquois**
**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

_Via Certified Mail_

National Union Fire Insurance Co. of
Pittsburgh, Pennsylvania
175 Water Street
New York, NY 10038

RE:    **Excess Liability**
         **Policy Number BE 139 7353**

Your Insured:    Thales GeoSolutions, Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper

**IRO/AE 00598**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name) RECEIVED    C. Date of Delivery |
| 1. Article Addressed to:<br><br>National Union Fire<br>175 Water Street<br>New york, NY<br><br>10038 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>MAR 2 0 2003<br><br>*Ike Juoyer* |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number | |
| PS | 102595-02-M-1540 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
*National union Fire*
Street, Apt. No.; or PO Box No. *175 Water Street*
City, State, ZIP+4 *New york NY  10038*

PS Form 3800, January 2001    See Reverse for Instructions

IRO/AE 00599



**Iroquois**

**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY,
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

<u>*Via Certified Mail*</u>

Navigators Insurance Co.
~~One Penn Plaza, 55th Floor~~    *2121 Sage Suite 145*
New York, NY  10119    *Houston, TX 77056*

RE:    **Excess Liability**
       **Policy Number ARS 3215**

<u>Your Insured:</u>    Horizon Offshore Contractors, Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged.  NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

*Michelle L Wieler*

Michelle L. Wieler
Risk Management

cc:  Jeffrey Bruner – Iroquois Legal

recycled paper

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navigatos Insurance
One Penn Plaza
55Th Floor
New York, NY
　　　　　10119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
　　　　　　　　　 ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
　　　　　　　　　　　　　　3-2003

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article ____
(Tr____

PS F____   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   Navigtces Insurance
Street, Apt. No.; or PO Box No.   One Penn Plaza
City, State, ZIP+4   New York NY 10119

PS Form 3800, January 2001   See Reverse for Instructions

IRO/AE 00601



**GAS TRANSMISSION SYSTEM**
IROQUOIS PIPELINE OPERATING COMPANY
OPERATOR

ONE CORPORATE DRIVE, SUITE 600
SHELTON, CT 06484-6211

TEL: (203) 925-7200
FAX: (203) 929-9501

March 17, 2003

<u>*Via Certified Mail*</u>

XL Specialty Insurance Co.
1540 E. American Lane, 20th Floor
Schaumburg, IL 60173

RE:   **Excess Liabilities**
      **Policy Number ARS-3215**

<u>Your Insured:</u>    Horizon Offshore Contractors Inc.

Dear Ladies and Gentlemen:

On February 27, 2003 the New York Power Authority's (NYPA) Y49 cable was struck and damaged. NYPA has informed us that the costs associated with the temporary as well as permanent repairs will be extensive.

Although one would assume that your named insured has notified you concerning this loss, we as additional insured are nonetheless alerting you of NYPA's loss and Iroquois' potential claim against the policy of insurance written by your company.

Kindly acknowledge receipt of same.

Very truly yours,

Michelle L. Wieler
Risk Management

cc: Jeffrey Bruner - Iroquois Legal

recycled paper

**IRO/AE 00602**



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

X _David Peatt_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
_David Peatt_  MAR 11 2003

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

XL Specialty Insrace co
1540 E. Ameicon Lane
20TH Floor
Shaumberg, IL
        L00173

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7002 0460 0000 9136 0989
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L    U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
XL Specialty Ins. Co.
Street, Apt. No.; or PO Box No.
1540 E. American Lan
City, State, ZIP+4
Shaumberg IL 60173

PS Form 3800, January 2001.    See Reverse for Instructions

IRO/AE 00603