# Attachment 16



**Aon Natural Resources Group**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000;
Fax: (800)953-4542 in US / (847)953-4178 outside US

| REPORT OF LOSS ON: | Marine Package/Hull & Machinery | DATE: May 17, 2004 |
|---|---|---|

To:
| SECURITY | POLICY NO. | INTEREST |
|---|---|---|
| Underwriters at Lloyd's and Insurance Companies c/o JLT Risk Solutions Limited | ARS-3246 Section 1A | 90.0% |
| Continental Insurance Company via Marine Office of America/CNA | | 5.0% |
| American Employers Insurance Company | | 1.5% |
| Fireman's Fund Insurance Company | | 1.3% |
| Markel Insurance Company | | 1.7% |
| Royal Insurance Company via Gulf Coast Marine Inc. | | 0.5% |
| | | 100.0% |

Please accept notice of the following casualty which may result in a claim for: **Collision Liability**

Name of the Assured: Horizon Offshore Contractors, Inc.

Policy Inception: 05/01/02   Date of Casualty: 02/27/03   Policy Expiration: 05/01/03   Form: A.I.H.C. (6/2/77)

Insured Vessel: GULF HORIZON   Insured Value: $ 15,200,000

Excess of: $ N/A   Deductible: $ 500,000   AAD: $ 1,500,000   Stop Loss: $ N/A

Place where casualty occurred: Long Island Sound, NY

Nature of Casualty: Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly damaged a sub-sea power cable owned by the New York Power Authority.

Gross estimated amount of entire loss: $ Unknown   Net to Excess: $ N/A

Assured have   Instructed: Adams & Reese to defend claims.

Remarks: Loss initially reported to P & I, C.G.L and Excess insurers. File material to follow. Assured has filed for Limitation of Liability in Houston.

Aon Claim #: 03-M5058-A   Relationship Manager: B.J.   Claims Made: No

Client's Claim #: _____

by: *James I. Montano* (signature)

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature: _____

Claim Number: _____

X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-A.doc-1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.

ARS-TX 0043



**Aon Natural Resources Group**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000;
Fax: (800)953-4642 in US / (847)953-4178 outside US

DATE: May 17, 2004

**REPORT OF LOSS ON:** Marine Package/Hull & Machinery

To:
**SECURITY** — Underwriters at Lloyd's and Insurance Companies
   c/o JLT Risk Solutions Limited
Continental Insurance Company via Marine Office of America/CNA
American Employers Insurance Company
Fireman's Fund Insurance Company
Markel Insurance Company
Royal Insurance Company via Gulf Coast Marine Inc.

POLICY NO. ARS-3246 Section 1A

*Policy Please*

INTEREST
90.0%
5.0%
1.5%
1.3%
1.7%
0.5%
100.0%

Please accept notice of the following casualty which may result in a claim for: Collision Liability

Name of the Assured: Horizon Offshore Contractors, Inc.
Policy Inception: 05/01/02   Date of Casualty: 02/27/03   Policy Expiration: 05/01/03   Form: A.I.H.C. (6/2/77)
Insured Vessel: GULF HORIZON   Insured Value: $ 15,200,000
Excess of: $ N/A   Deductible: $ 500,000   AAD: $ 1,500,000   Stop Loss: $ N/A
Place where casualty occurred: Long Island Sound, NY
Nature of Casualty: Whilst performing pipelaying operations (pipe burial) the Insured vessel's anchor cable parted and allegedly damaged a sub-sea power cable owned by the New York Power Authority.
Gross estimated amount of entire loss: $ Unknown   Net to Excess: $ N/A
Assured have Instructed: Adams & Reese to defend claims.
Remarks: Loss initially reported to P & I, C.G.L and Excess Insurers. File material to follow. Assured has filed for Limitation of Liability in Houston.
Aon Claim #: 03-M5058-A   Relationship Manager: B.J.   Claims Made: No
Client's Claim #: _____   by: James I. Montano

*If you have any instructions to give, please advise us promptly.*

**PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE**

Signature: _Tina Hardegen_
Claim Number: 014857

X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-A.doc-1
This information contained in this fax is confidential and/or privileged. This fax is intended to be received initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, copying of this fax or the information contained herein is prohibited. If you have received this fax in error please immediately notify the sender by telephone and return this fax to the sender at the address above.

TOTAL P.01

ARS-TX 0044




**Aon Natural Resources Group**
1330 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (832) 476-6000;
Fax: (800)953-4542 in US / (847)953-4178 outside US

| REPORT OF LOSS ON: | Marine Package/Hull & Machinery | | DATE: May 17, 2004 |
|---|---|---|---|

| To: | **SECURITY** | **POLICY NO.** | **INTEREST** |
|---|---|---|---|
| | Underwriters at Lloyd's and Insurance Companies c/o JLT Risk Solutions Limited | ARS-3246 Section 1A | 90.0% |
| | Continental Insurance Company via Marine Office of America/CNA | | 5.0% |
| | American Employers Insurance Company | | 1.5% |
| | Fireman's Fund Insurance Company | | 1.3% |
| | Markel Insurance Company | | 1.7% |
| | Royal Insurance Company via Gulf Coast Marine Inc. | | 0.5% |
| | | | 100.0% |

Please accept notice of the following casualty which may result in a claim for: **Collision Liability**

Name of the Assured: Horizon Offshore Contractors, Inc.

Policy Inception: 05/01/02   Date of Casualty: 02/27/03   Policy Expiration: 05/01/03   Form: A.I.H.C. (6/2/77)

Insured Vessel: GULF HORIZON   Insured Value: $ 15,200,000

Excess of: $ N/A   Deductible: $ 500,000   AAD: $ 1,500,000   Stop Loss: $ N/A

Place where casualty occurred: Long Island Sound, NY

Nature of Casualty: Whilst performing pipelaying operations (pipe burial) the insured vessel's anchor cable parted and allegedly damaged a sub-sea power cable owned by the New York Power Authority.

Gross estimated amount of entire loss: $ Unknown   Net to Excess: $ N/A

Assured have   Instructed:   Adams & Reese to defend claims.

Remarks: Loss initially reported to P & I, C.G.L and Excess insurers. File material to follow. Assured has filed for Limitation of Liability in Houston.

Aon Claim #: 03-M5058-A   Relationship Manager: B.J.   Claims Made: No

Client's Claim #:

by: James I. Montano

If you have any instructions to give, please advise us promptly.

PLEASE ACKNOWLEDGE RECEIPT BY SIGNING AND RETURNING A COPY OF THIS NOTICE

Signature: Brenda Bowman - CNA Marine
Claim Number: M4005714

X:\BUSINESS UNITS\ANR\Claims\Claims Shared\Horizon\Loss Notices\03-M5058-A.doc-1
The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the address above.

TOTAL P.01

ARS-TX 0045



# JLT RISK SOLUTIONS
Limited

| | | |
|---|---|---|
| To | James I Montano | The Gemini Centre<br>88 New London Road<br>Chelmsford<br>Essex CM2 0YJ<br>Telephone 01245 705000<br>Direct Line 01245-705154<br>Facsimile 01245-705123 |
| Company | AON NATURAL RESOURCES | |
| Fax No | 0018009534542 | |
| Date | 1 June 2004 | |
| From | Paul Bennett | |
| | Run-Off Management Services | |
| No. of Pages inc. front sheet | 1     **Facsimile** | Init:<br>Ref: |

**Re: Horizon Offshore . Vessel: "Gulf Horizon" Loss of Anchor and Chain resulting in Damage to Sub Sea Power Cable.**

Your Ref: 03-M5058-A

Our Ref: LD0280715/005

Jim,

We acknowledge receipt of your faxed initial notice of the above loss dated 17th May 2004, we have allocated the above claim reference and will duly present to our Underwriters on our 90% order.

We now await the file material as advised in due course.

Regards.

Paul Bennett

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is confidential and JLT Risk Solutions Limited reserves any and all possible rights to privilege in respect thereof. It is intended only for the use of the addressee designated above. Any reader of this message, who is not the addressee, is hereby expressly forbidden to copy, disseminate, distribute or in any other way use any of the information contained in this facsimile message.

If you have received this facsimile transmission in error, please immediately notify the sender by telephone so that we can arrange for its return.

PSB/FAX1649

This facsimile copy is for information only and we do not accept any responsibility for differences between the original and the transmission copy. If all pages not received clearly please contact us on the above number.

Lloyd's Broker. A member of the Jardine Lloyd Thompson Group
A company incorporated with liability limited by shares. Regulated by the General Insurance Standards Council
Registered Office: 6 Crutched Friars, London EC3N 2PH. Registered in England No. 1536540. Vat No. 244 2321 96

**ARS-TX 0046**



*Natural Resources*
*Group*

June 7, 2004

Underwriters at Lloyd's and Insurance
   Companies
   c/o JLT Risk Solutions Limited
Continental Insurance Company via Marine
   Office of America/CNA (M4005714)
American Employers Insurance Company
Fireman's Fund Insurance Company
Markel Insurance Company
Royal Insurance Company via Gulf Coast
   Marine Inc. (014857)

                                  Re.:   Horizon Offshore Contractors, Inc.
                                         D/B GULF HORIZON
                                         Alleged damage to Subsea Power Cable
                                         February 27, 2003
                                         Our File:  03-M5058-A

Gentlemen:

Further to our Report of Loss dated May 17, 2004 enclosed are various documents, reports and items of correspondence relative to the subject casualty.

Please advise if you have any questions, comments, advice or instructions regarding this matter.

                                                                         Very truly yours,

                                                                         **Aon Natural Resources**

                                                                         James I. Montano

Enclosures

Aon Risk Services of Texas, Inc.
1330 Post Oak Blvd. • Suite 900 • Houston, Texas 77056
tel: 832.476.6000 • fax: 800.953.4542 • www.aon.com

                                                                                                             **ARS-TX 0047**



*Natural Resources
Group*

June 24, 2004

Underwriters at Lloyd's and Insurance Companies
   c/o JLT Risk Solutions Limited
Continental Insurance Company via Marine
   Office of America/CNA (M4005714)
American Employers Insurance Company
Fireman's Fund Insurance Company
Markel Insurance Company
Royal Insurance Company via Gulf Coast
   Marine Inc. (014857)

                        Re.:   Horizon Offshore Contractors, Inc.
                               D/B GULF HORIZON
                               Alleged damage to Subsea Power Cable
                               February 27, 2003
                               Our File: 03-M5058-A

Gentlemen:

Further to our letter of June 7, 2004 attached is handling attorneys' latest report with respect to the subject casualty. As we expect future reports will also be received electronically, we request that each of you provide us with your email address and your respective file numbers.

Please make the attached report a part of your respective files. Should there be any questions, comments, advice or instructions regarding this matter, please advise.

                                          Very truly yours,

                                          Aon Natural Resources

                                          James I. Montano

Attachment

Aon Risk Services of Texas, Inc.
1330 Post Oak Blvd. • Suite 900 • Houston, Texas 77056
tel: 832.476.6000 • fax: 800.953.4542 • www.aon.com

ARS-TX 0048



# JLT RISK SOLUTIONS
### Limited

| | | |
|---|---|---|
| To | Jim Montano | The Gemini Centre<br>88 New London Road<br>Chelmsford<br>Essex CM2 0YJ<br>Telephone 01245 705000<br>Direct Line 01245-705154<br>Facsimile  01245-705123 |
| Company | AON Natural Resources | |
| Fax No | 0018009534542 | |
| Date | 20 September 2004 | |
| From | Paul Bennett | |
| | Run-Off Management Services | Init:<br>Ref: |
| No. of Pages inc. front sheet | 1 | **Facsimile** |

**Re: Horizon Offshore Contractors. "Gulf Horizon"**

Your Ref: 03-M5058-A

Jim,

We refer to your loss advice dated 17th May 2004, we would advise we have received a request from leading Underwriters for a update on this loss, also Underwriters request Assured advices to Adams & Reese instruction as we cannot see this firm on the approved attorney listing.

We thank you in advance for your assistance.

Regards.

Paul Bennett

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is confidential and JLT Risk Solutions Limited reserves any and all possible rights to privilege in respect thereof. It is intended only for the use of the addressee designated above. Any reader of this message, who is not the addressee, is hereby expressly forbidden to copy, disseminate, distribute or in any other way use any of the information contained in this facsimile message.

If you have received this facsimile transmission in error, please immediately notify the sender by telephone so that we can arrange for its return.

PSB/FAX3F6D

This facsimile copy is for information only and we do not accept any responsibility for differences between the original and the transmission copy. If all pages not received clearly please contact us on the above number.

Lloyd's Broker. A member of the Jardine Lloyd Thompson Group
A company incorporated with liability limited by shares. Regulated by the General Insurance Standards Council
Registered Office: 6 Crutched Friars, London EC3N 2PH. Registered in England No. 1536540. Vat No. 244 2321 96

ARS-TX 0052