# Attachment 20 (a)

HEALY & BAILLIE, LLP
Attorneys for Plaintiff
61 Broadway
New York, NY 10006
(212) 943-3980
Richard V. Singleton (RS-9489)
John C. Koster (JK-4086)
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P.,<br><br>                                    Plaintiff,<br><br>          -against-<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda; CERTAIN UNDERWRITERS AT LLOYD'S; AON RISK SERVICES OF TEXAS, INC.; and AMERICAN HOME ASSURANCE CO.,<br><br>                                    Defendants. | **(ECF Case)**<br><br>05 Civ. 2149 (JSR)<br><br><br>**AFFIDAVIT OF RICHARD V. SINGLETON** |

Richard V. Singleton, being duly sworn, deposes and says:

1.    I am admitted to practice before this Honorable Court and am a partner of the firm of Healy & Baillie, LLP.

2.    I am the partner in charge of the litigation styled In re Horizon Vessels, Inc. that is pending before the United States District Court for the Southern District of Texas under docket number H-03-3280 (the "Limitation Proceeding"). As such I am fully familiar with the facts of the case and the proceedings.

3.    On or about February 27, 2003 Iroquois Gas Transmission System, L.P. retained Healy & Baillie, LLP to represent it in connection with an incident involving

alleged damage to an undersea electric transmission cable owned by the Power Authority of the State of New York ("NYPA") that occurred during the construction of a natural gas pipeline in Long Island Sound.

4.     Healy & Baillie, LLP's representation included investigating the facts of the incident, defending Iroquois in connection with NYPA's anticipated and threatened claims, representing Iroquois in connection with the Limitation Proceeding commenced by Iroquois' contractor for the construction project, Horizon Offshore Contractors Inc. ("Horizon"), pursuing Horizon for any liability that Iroquois may be found to have to NYPA, and defending Cross-Claims in the Limitation Proceeding brought against Iroquois by NYPA, Factory Mutual Insurance Company ("FMIC"), the subrogated property insurer of the cable, and Long Island Power Authority ("LIPA"), a user of the cable. Our work in connection with representing Iroquois in these matters has included extensive document discovery, investigation, depositions, pleadings, motion practice, legal research, and the retention and utilization of expert witnesses.

5.     As of June 30, 2005 the total sum billed by Healy & Baillie, LLP for its representation of Iroquois in connection with the alleged anchor drag incident giving rise to that litigation, including defending NYPA's claims for damage to its cable and pursuing Horizon for indemnity for any liability Iroquois may be found to have to NYPA, was $991,464.46. Redacted copies of our statements evidencing those charges are attached hereto as Attachment "A."

6.    The costs and expenses covered by these statements were incurred in connection with the representation detailed above, except for the sum of $16,400.00, which was incurred in respect of other matters (predominantly insurance recovery issues) not related to NYPA's claim for damages.

7.    Thus, as of June 30, 2005, the fees and expenses billed for Healy & Baillie LLP's above described representation of Iroquois was $975,064.46.

8.    The claims initially asserted by Iroquois in the Limitation Proceeding included some claims not related to the NYPA interests' claims regarding the anchor drag. These unrelated claims were (1) a claim for damages resulting from a suspension of the construction work; (2) a claim for indemnity in the event that Iroquois was held liable for damage caused by Horizon to archeological sites; and (3) claims for damages for other contract breaches by Horizon.

9.    Healy & Baillie, LLP did not represent Iroquois in connection with the above stated unrelated claims and those claims were never pursued in the Limitation Proceeding. The firm of Cullen & Dykman Bleakley Platt LLP represented Iroquois in connection with those claims and those claims eventually were filed and litigated by the Cullen & Dykman firm in New York State Court after the Texas Federal Court lifted the limitation injunction as to Iroquois on February 25, 2004, thus permitting Iroquois to pursue those claims outside of the Limitation Proceeding. The unrelated claims were eventually settled and the state court action dismissed. No charges for representing

Iroquois in connection with those claims are included in Healy & Baillie, LLP's statements.

_____
Richard V. Singleton

Sworn to before me this _17th_ day
of August 2005

_____
Notary Public

BOZENA PITERA
Notary Public, State of New York
No. 41-4681677
Qualified in Queens County
Commission Expires March 00, 19___
Nov. 30, 2006

**INVOICE NUMBER    1002372**
**DATE                        5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 3/23/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 4/1/2004 | | | WNF | 0.50/hrs | $250 | $125.00 |
| 4/5/2004 | | | WNF | 0.50/hrs | $250 | $125.00 |
| 4/7/2004 | | | BT | 1.90/hrs | $140 | $266.00 |
| 4/8/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/12/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 4/12/2004 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 4/13/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 4/13/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |

**INVOICE NUMBER    1002372**
**DATE            5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/13/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 4/14/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/14/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/14/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 4/20/2004 | | | BT | 0.30/hrs | $140 | $42.00 |
| 4/20/2004 | | | RVS | 0.60/hrs | $275 | $165.00 |

**INVOICE NUMBER**     **1002372**
**DATE**                      **5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/21/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/21/2004 | | | BT | 0.40/hrs | $140 | $56.00 |
| 4/22/2004 | | | BT | 0.40/hrs | $140 | $56.00 |
| 4/23/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/26/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| 4/26/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/29/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 4/30/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 5/3/2004 | | | BT | 1.30/hrs | $140 | $182.00 |
| 5/4/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |

**INVOICE NUMBER**    **1002372**
**DATE**              **5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 5/4/2004 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 5/4/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/5/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 5/5/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 5/5/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/5/2004 | | | RVS | 1.40/hrs | $275 | $385.00 |
| 5/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**    **1002372**
**DATE**    **5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 5/7/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/12/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 5/13/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 5/14/2004 | | | BT | 3.00/hrs | $140 | $420.00 |
| 5/14/2004 | | | BT | 0.40/hrs | $140 | $56.00 |
| 5/17/2004 | | | BT | 1.60/hrs | $140 | $224.00 |
| 5/17/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 5/17/2004 | | | BT | 0.70/hrs | $140 | $98.00 |
| 5/17/2004 | | | BT | 3.40/hrs | $140 | $476.00 |

**INVOICE NUMBER**     **1002372**
**DATE**     **5/19/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| | □(s3B | TOT | AL | | — | $7,877.50 |
| □(s3B | | | | | | |
| □(s3B | TOT | | AL | $ | 645 .21 | □( |
| | TOTAL | | FEES | | $ | 7,877.50 |
| | TOTAL | | DISBURSEM | ENTS | $ | 645.21 |

**INVOICE NUMBER**     **1003711**
**DATE**     **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 3/28/2005 | | | THB | 3.40/hrs | $230 | $782.00 |
| 3/29/2005 | | | MAJ | 3.20/hrs | $150 | $480.00 |
| 3/29/2005 | | | THB | 6.80/hrs | $230 | $1,564.00 |
| 3/30/2005 | | | BT | 8.50/hrs | $150 | $1,275.00 |
| 3/30/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/30/2005 | | | THB | 6.20/hrs | $230 | $1,426.00 |
| 3/30/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/30/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/30/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**    **1003711**
**DATE**    **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 3/31/2005 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 3/31/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/31/2005 | | | THB | 7.50/hrs | $230 | $1,725.00 |
| 4/1/2005 | | | BT | 9.70/hrs | $150 | $1,455.00 |
| 4/1/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/1/2005 | | | THB | 5.90/hrs | $230 | $1,357.00 |
| 4/1/2005 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 4/1/2005 | | | MAJ | 2.10/hrs | $150 | $315.00 |
| 4/1/2005 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/2/2005 | | | BT | 8.70/hrs | $150 | $1,305.00 |
| 4/3/2005 | | | BT | 2.90/hrs | $150 | $435.00 |

**INVOICE NUMBER**    **1003711**
**DATE**              **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/4/2005 | | | THB | 4.50/hrs | $230 | $1,035.00 |
| 4/4/2005 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 4/4/2005 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 4/4/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 4/5/2005 | | | BT | 8.70/hrs | $150 | $1,305.00 |
| 4/5/2005 | | | THB | 6.90/hrs | $230 | $1,587.00 |
| 4/5/2005 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 4/6/2005 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 4/6/2005 | | | BT | 9.70/hrs | $150 | $1,455.00 |
| 4/6/2005 | | | THB | 6.90/hrs | $230 | $1,587.00 |
| 4/7/2005 | | | THB | 7.20/hrs | $230 | $1,656.00 |
| 4/7/2005 | | | BT | 8.60/hrs | $150 | $1,290.00 |

**INVOICE NUMBER**     **1003711**
**DATE**                        **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/7/2005 | | | RVS | 5.50/hrs | $275 | $1,512.50 |
| 4/8/2005 | | | THB | 7.50/hrs | $230 | $1,725.00 |
| 4/8/2005 | | | BT | 8.30/hrs | $150 | $1,245.00 |
| 4/8/2005 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 4/8/2005 | | | RVS | 1.60/hrs | $275 | $440.00 |
| 4/10/2005 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 4/10/2005 | | | BT | 7.30/hrs | $150 | $1,095.00 |
| 4/11/2005 | | | RVS | 4.00/hrs | $275 | $1,100.00 |
| 4/11/2005 | | | BT | 11.20/hrs | $150 | $1,680.00 |
| 4/11/2005 | | | THB | 7.00/hrs | $230 | $1,610.00 |
| 4/11/2005 | | | RVS | 8.00/hrs | $275 | $2,200.00 |

**INVOICE NUMBER    1003711**
**DATE    5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/12/2005 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 4/12/2005 | | | RVS | 8.00/hrs | $275 | $2,200.00 |
| 4/12/2005 | | | BT | 1.30/hrs | $150 | $195.00 |
| 4/12/2005 | | | THB | 6.80/hrs | $230 | $1,564.00 |
| 4/12/2005 | | | BT | 7.50/hrs | $150 | $1,125.00 |
| 4/12/2005 | | | BT | 2.10/hrs | $150 | $315.00 |
| 4/13/2005 | | | THB | 2.10/hrs | $230 | $483.00 |
| 4/13/2005 | | | BT | 7.20/hrs | $150 | $1,080.00 |
| 4/13/2005 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 4/13/2005 | | | RVS | 4.00/hrs | $275 | $1,100.00 |

**INVOICE NUMBER**   **1003711**
**DATE**              **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/13/2005 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 4/13/2005 | | | BT | 3.50/hrs | $150 | $525.00 |
| 4/14/2005 | | | THB | 4.80/hrs | $230 | $1,104.00 |
| 4/14/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/14/2005 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 4/15/2005 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/15/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/15/2005 | | | THB | 0.70/hrs | $230 | $161.00 |
| 4/18/2005 | | | RVS | 2.50/hrs | $275 | $687.50 |
| 4/18/2005 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 4/18/2005 | | | BT | 8.30/hrs | $150 | $1,245.00 |

**INVOICE NUMBER**   **1003711**
**DATE**   **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 4/18/2005 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 4/19/2005 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 4/19/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 4/19/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/19/2005 | | | THB | 1.10/hrs | $230 | $253.00 |
| 4/19/2005 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 4/20/2005 | | | BT | 9.90/hrs | $150 | $1,485.00 |
| 4/20/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/20/2005 | | | THB | 1.00/hrs | $230 | $230.00 |
| 4/20/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |

**INVOICE NUMBER**   **1003711**
**DATE**   **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/20/2005 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 4/20/2005 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 4/20/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/20/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/21/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/21/2005 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 4/21/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 4/21/2005 | | | RVS | 0.40/hrs | $275 | $110.00 |

**INVOICE NUMBER**    **1003711**
**DATE**    **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/22/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 4/22/2005 | | | THB | 1.80/hrs | $230 | $414.00 |
| 4/22/2005 | | | RVS | 5.00/hrs | $275 | $1,375.00 |
| 4/24/2005 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 4/25/2005 | | | RVS | 8.00/hrs | $275 | $2,200.00 |
| 4/25/2005 | | | MFW | 0.50/hrs | $95 | $47.50 |
| 4/25/2005 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 4/25/2005 | | | BT | 12.10/hrs | $150 | $1,815.00 |
| 4/26/2005 | | | RVS | 10.00/hrs | $275 | $2,750.00 |

**INVOICE NUMBER**    **1003711**
**DATE**    **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/26/2005 | | | BT | 4.50/hrs | $150 | $675.00 |
| 4/26/2005 | | | BT | 7.00/hrs | $150 | $1,050.00 |
| 4/26/2005 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 4/27/2005 | | | RVS | 12.00/hrs | $275 | $3,300.00 |
| 4/27/2005 | | | BT | 3.20/hrs | $150 | $480.00 |
| 4/27/2005 | | | BT | 10.50/hrs | $150 | $1,575.00 |
| 4/27/2005 | | | THB | 1.50/hrs | $230 | $345.00 |
| 4/28/2005 | | | THB | 1.50/hrs | $230 | $345.00 |
| 4/28/2005 | | | BT | 3.00/hrs | $150 | $450.00 |
| 4/28/2005 | | | RVS | 12.00/hrs | $275 | $3,300.00 |
| 4/28/2005 | | | BT | 8.20/hrs | $150 | $1,230.00 |

**INVOICE NUMBER**  **1003711**
**DATE**  **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 4/29/2005 | | | RVS | 7.00/hrs | $275 | $1,925.00 |
| 4/29/2005 | | | BT | 10.50/hrs | $150 | $1,575.00 |
| 5/2/2005 | | | BT | 9.70/hrs | $150 | $1,455.00 |
| 5/3/2005 | | | BT | 7.80/hrs | $150 | $1,170.00 |
| 5/3/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/3/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/3/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/4/2005 | | | BT | 0.70/hrs | $150 | $105.00 |

**INVOICE NUMBER**   **1003711**
**DATE**             **5/6/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 5/4/2005 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 5/4/2005 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 5/4/2005 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 5/4/2005 | | | RVS | 0.40/hrs | $275 | $110.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| □(s3B | TOTAL | | | | | $98,398.00 |
| TOTAL F | | EES | | | $ | 98,398.00 |
| TOTAL D | | ISBURSEM | ENTS | | $ | 18,625.18 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/5/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/5/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 12/7/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 12/8/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 12/8/2003 | | | RVS | 4.00/hrs | $250 | $1,000.00 |
| 12/8/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 12/8/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 12/8/2003 | | | WNF | 2.50/hrs | $250 | $625.00 |
| 12/8/2003 | | | DJF | 0.60/hrs | $160 | $96.00 |
| 12/8/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |

**INVOICE NUMBER**     **1001971**
**DATE**     **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/9/2003 | | | DJF | 1.40/hrs | $160 | $224.00 |
| 12/9/2003 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 12/9/2003 | | | DJF | 4.30/hrs | $160 | $688.00 |
| 12/9/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 12/9/2003 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 12/10/2003 | | | DJF | 1.20/hrs | $160 | $192.00 |
| 12/10/2003 | | | RVS | 8.50/hrs | $250 | $2,125.00 |
| 12/10/2003 | | | DJF | 2.10/hrs | $160 | $336.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/11/2003 | | | RVS | 9.70/hrs | $250 | $2,425.00 |
| 12/11/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 12/11/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 12/11/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 12/11/2003 | | | DJF | 2.00/hrs | $160 | $320.00 |
| 12/12/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 12/12/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 12/12/2003 | | | DJF | 1.50/hrs | $160 | $240.00 |
| 12/12/2003 | | | RVS | 9.30/hrs | $250 | $2,325.00 |
| 12/12/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |

**INVOICE NUMBER** **1001971**
**DATE** **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/15/2003 | | | DJF | 0.60/hrs | $160 | $96.00 |
| 12/16/2003 | | | RVS | 1.70/hrs | $250 | $425.00 |
| 12/16/2003 | | | RVS | 1.30/hrs | $250 | $325.00 |
| 12/16/2003 | | | DJF | 4.00/hrs | $160 | $640.00 |
| 12/16/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/16/2003 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 12/17/2003 | | | MM2 | 4.00/hrs | $105 | $420.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/17/2003 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 12/18/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/18/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 12/18/2003 | | | RVS | 1.70/hrs | $250 | $425.00 |
| 12/18/2003 | | | DJF | 2.20/hrs | $160 | $352.00 |
| 12/18/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |

**INVOICE NUMBER**   **1001971**
**DATE**   **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/18/2003 | | | DJF | 1.30/hrs | $160 | $208.00 |
| 12/18/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 12/18/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/18/2003 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 12/19/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 12/19/2003 | | | RVS | 0.60/hrs | $250 | $150.00 |
| 12/19/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/19/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/22/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 12/22/2003 | | | DJF | 0.60/hrs | $160 | $96.00 |
| 12/22/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 12/22/2003 | | | DJF | 0.50/hrs | $160 | $80.00 |
| 12/22/2003 | | | WNF | 2.00/hrs | $250 | $500.00 |
| 12/22/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 12/22/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/22/2003 | | | MM2 | 3.00/hrs | $105 | $315.00 |
| 12/22/2003 | | | MM2 | 0.20/hrs | $105 | $21.00 |
| 12/23/2003 | | | MM2 | 1.50/hrs | $105 | $157.50 |
| 12/23/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 12/23/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 12/23/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/29/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 12/29/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 1/7/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/7/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/7/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/7/2004 | | | DJF | 0.30/hrs | $160 | $48.00 |
| 1/7/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/8/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/8/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/9/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/12/2004 | | | DJF | 2.20/hrs | $160 | $352.00 |
| 1/12/2004 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 1/12/2004 | | | MM2 | 2.00/hrs | $105 | $210.00 |
| 1/13/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/13/2004 | | | DJF | 1.20/hrs | $160 | $192.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/13/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 1/13/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 1/13/2004 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 1/14/2004 | | | DJF | 2.60/hrs | $160 | $416.00 |
| 1/14/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 1/14/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 1/14/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/15/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/15/2004 | | | DJF | 0.50/hrs | $160 | $80.00 |
| 1/15/2004 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 1/15/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 1/15/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1001971**
**DATE**    **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/15/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/15/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/15/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/16/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 1/16/2004 | | | EGB | 4.00/hrs | $140 | $560.00 |
| 1/16/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |

**INVOICE NUMBER**   **1001971**
**DATE**   **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/16/2004 | | | MM2 | 3.50/hrs | $105 | $367.50 |
| 1/19/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/20/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 1/20/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |

| | INVOICE NUMBER | | 1001971 | | | |
|---|---|---|---|---|---|---|
| | DATE | | 2/6/2004 | | | |

| Date | Function | Task | Attorney | Time | Rate | Cost |
|---|---|---|---|---|---|---|
| 1/20/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 1/20/2004 | | | RVS | 1.50/hrs | $250 | $375.00 |
| 1/20/2004 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 1/21/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 1/21/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/21/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 1/21/2004 | | | RVS | 2.50/hrs | $250 | $625.00 |
| 1/21/2004 | | | RVS | 1.30/hrs | $250 | $325.00 |

**INVOICE NUMBER**     **1001971**
**DATE**     **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/21/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/21/2004 | | | WNF | 6.00/hrs | $250 | $1,500.00 |
| 1/22/2004 | | | WNF | 6.00/hrs | $250 | $1,500.00 |
| 1/22/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/22/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/22/2004 | | | DJF | 6.30/hrs | $160 | $1,008.00 |
| 1/22/2004 | | | RVS | 2.60/hrs | $250 | $650.00 |
| 1/22/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/22/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 1/22/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 1/23/2004 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 1/23/2004 | | | RVS | 3.00/hrs | $250 | $750.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/23/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 1/23/2004 | | | RVS | 1.50/hrs | $250 | $375.00 |
| 1/23/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/23/2004 | | | MM2 | 3.50/hrs | $105 | $367.50 |
| 1/23/2004 | | | RVS | 4.00/hrs | $250 | $1,000.00 |
| 1/25/2004 | | | WNF | 6.00/hrs | $250 | $1,500.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/26/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/26/2004 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 1/26/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 1/26/2004 | | | DJF | 6.10/hrs | $160 | $976.00 |
| 1/27/2004 | | | RVS | 10.50/hrs | $250 | $2,625.00 |
| 1/27/2004 | | | DJF | 1.20/hrs | $160 | $192.00 |
| 1/27/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/27/2004 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 1/27/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/27/2004 | | | DJF | 2.20/hrs | $160 | $352.00 |
| 1/27/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/28/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/28/2004 | | | RVS | 8.00/hrs | $250 | $2,000.00 |

**INVOICE NUMBER**  **1001971**
**DATE**  **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/28/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/28/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 1/29/2004 | | | RVS | 3.50/hrs | $250 | $875.00 |
| 1/29/2004 | | | MM2 | 4.00/hrs | $105 | $420.00 |
| 1/29/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/29/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/29/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 1/29/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |

**INVOICE NUMBER**  **1001971**
**DATE**             **2/6/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 1/29/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 1/30/2004 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 1/30/2004 | | | MM2 | 3.00/hrs | $105 | $315.00 |

□(s3B    TOTAL                                                    $64,566
□(s3B

| TOTAL F | EES | | $ | 64,566.50 |
|---------|-----|---|---|-----------|
| TOTAL D | ISBURSEM | ENTS | $ | 1,389.53 |
| □(s3B   BALAN | CE DUE T | HIS INVOICE | | $65,956 |
| □(s3B   PREVI | OUS BALA | NCE | | $183,218 |
| □(s3B   TOTAL | BALANCE | DUE | | $249,174 |
| | | | □&dD | |