# Attachment 20 (b)

**INVOICE NUMBER**   **1003363**
**DATE**   **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|-----------|
| 1/3/2005 | | | MAJ | 7.80/hrs | $150 | $1,170.00 |
| 1/3/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 1/3/2005 | | | BT | 3.70/hrs | $150 | $555.00 |
| 1/3/2005 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 1/3/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 1/4/2005 | | | BT | 5.20/hrs | $150 | $780.00 |
| 1/4/2005 | | | MAJ | 7.70/hrs | $150 | $1,155.00 |
| 1/5/2005 | | | MAJ | 6.90/hrs | $150 | $1,035.00 |

**INVOICE NUMBER    1003363**
**DATE                        2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 1/5/2005 | | | BT | 9.50/hrs | $150 | $1,425.00 |
| 1/5/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/5/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 1/6/2005 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 1/6/2005 | | | MAJ | 5.50/hrs | $150 | $825.00 |
| 1/7/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 1/7/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/7/2005 | | | MAJ | 4.60/hrs | $150 | $690.00 |

**INVOICE NUMBER    1003363**
**DATE    2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/7/2005 | | | BT | 9.50/hrs | $150 | $1,425.00 |
| 1/8/2005 | | | BT | 2.00/hrs | $150 | $300.00 |
| 1/10/2005 | | | BT | 12.00/hrs | $150 | $1,800.00 |
| 1/10/2005 | | | MAJ | 1.70/hrs | $150 | $255.00 |
| 1/11/2005 | | | BT | 12.30/hrs | $150 | $1,845.00 |
| 1/11/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/11/2005 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 1/11/2005 | | | MAJ | 3.60/hrs | $150 | $540.00 |
| 1/11/2005 | | | JCK | 4.20/hrs | $275 | $1,155.00 |

**INVOICE NUMBER    1003363**
**DATE                      2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/12/2005 | | | BT | 2.70/hrs | $150 | $405.00 |
| 1/12/2005 | | | MAJ | 7.10/hrs | $150 | $1,065.00 |
| 1/12/2005 | | | JCK | 1.80/hrs | $275 | $495.00 |
| 1/13/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/13/2005 | | | MAJ | 6.90/hrs | $150 | $1,035.00 |
| 1/14/2005 | | | JCK | 1.40/hrs | $275 | $385.00 |
| 1/14/2005 | | | BT | 12.20/hrs | $150 | $1,830.00 |
| 1/14/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |

**INVOICE NUMBER**    **1003363**
**DATE**    **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/14/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 1/14/2005 | | | MAJ | 6.20/hrs | $150 | $930.00 |
| 1/17/2005 | | | JCK | 0.80/hrs | $275 | $220.00 |
| 1/18/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/18/2005 | | | MAJ | 5.10/hrs | $150 | $765.00 |
| 1/18/2005 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 1/19/2005 | | | JCK | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER    1003363**
**DATE                    2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/19/2005 | | | BT | 11.00/hrs | $150 | $1,650.00 |
| 1/19/2005 | | | MAJ | 7.80/hrs | $150 | $1,170.00 |
| 1/20/2005 | | | JCK | 2.10/hrs | $275 | $577.50 |
| 1/20/2005 | | | MAJ | 5.60/hrs | $150 | $840.00 |
| 1/20/2005 | | | BT | 11.20/hrs | $150 | $1,680.00 |
| 1/21/2005 | | | JCK | 1.70/hrs | $275 | $467.50 |
| 1/21/2005 | | | MAJ | 5.20/hrs | $150 | $780.00 |

**INVOICE NUMBER**    **1003363**
**DATE**    **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/21/2005 | | | BT | 10.90/hrs | $150 | $1,635.00 |
| 1/21/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/21/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 1/24/2005 | | | MAJ | 4.60/hrs | $150 | $690.00 |
| 1/24/2005 | | | BT | 11.20/hrs | $150 | $1,680.00 |
| 1/25/2005 | | | BT | 5.30/hrs | $150 | $795.00 |
| 1/25/2005 | | | MAJ | 7.10/hrs | $150 | $1,065.00 |
| 1/25/2005 | | | JCK | 1.60/hrs | $275 | $440.00 |
| 1/25/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |

**INVOICE NUMBER    1003363**
**DATE    2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/26/2005 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 1/26/2005 | | | BT | 4.30/hrs | $150 | $645.00 |
| 1/26/2005 | | | MAJ | 7.30/hrs | $150 | $1,095.00 |
| 1/26/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/27/2005 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 1/27/2005 | | | MAJ | 6.00/hrs | $150 | $900.00 |
| 1/27/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 1/27/2005 | | | BT | 5.70/hrs | $150 | $855.00 |

**INVOICE NUMBER**    **1003363**
**DATE**    **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 1/28/2005 | | | BT | 5.20/hrs | $150 | $780.00 |
| 1/28/2005 | | | MAJ | 0.70/hrs | $150 | $105.00 |
| 1/31/2005 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 1/31/2005 | | | JCK | 0.90/hrs | $275 | $247.50 |
| 1/31/2005 | | | MAJ | 6.00/hrs | $150 | $900.00 |
| 2/1/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 2/1/2005 | | | MAJ | 5.90/hrs | $150 | $885.00 |
| 2/1/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 2/1/2005 | | | JCK | 1.10/hrs | $275 | $302.50 |

**INVOICE NUMBER    1003363**
**DATE              2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 2/1/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 2/1/2005 | | | BT | 8.10/hrs | $150 | $1,215.00 |
| 2/2/2005 | | | JCK | 1.10/hrs | $275 | $302.50 |
| 2/2/2005 | | | MAJ | 4.70/hrs | $150 | $705.00 |
| 2/2/2005 | | | BT | 8.20/hrs | $150 | $1,230.00 |
| 2/3/2005 | | | MAJ | 2.70/hrs | $150 | $405.00 |
| 2/3/2005 | | | JCK | 1.10/hrs | $275 | $302.50 |
| 2/3/2005 | | | BT | 9.00/hrs | $150 | $1,350.00 |
| 2/4/2005 | | | BT | 8.50/hrs | $150 | $1,275.00 |
| 2/4/2005 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 2/4/2005 | | | RVS | 0.10/hrs | $275 | $27.50 |

**INVOICE NUMBER**     **1003363**
**DATE**     **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 2/7/2005 | | | MAJ | 0.20/hrs | $150 | $30.00 |
| 2/7/2005 | | | BT | 7.80/hrs | $150 | $1,170.00 |
| 2/8/2005 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 2/8/2005 | | | JCK | 0.50/hrs | $275 | $137.50 |
| 2/8/2005 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 2/9/2005 | | | BT | 7.40/hrs | $150 | $1,110.00 |
| 2/10/2005 | | | BT | 8.10/hrs | $150 | $1,215.00 |
| 2/11/2005 | | | BT | 8.10/hrs | $150 | $1,215.00 |

**INVOICE NUMBER**    **1003363**
**DATE**    **2/15/2005**

| Date | Function | Task | ttorney | Time | Rate | Total Cost |
|------|----------|------|---------|------|------|------------|
| 2/11/2005 | | | RVS | 2.30/hrs | $275 | $632.50 |
| 2/11/2005 | | | JCK | 0.80/hrs | $275 | $220.00 |
| | □(s3B | TOTAL | | | | $60,812.50 |
| | TOTAL FE | | ES | | $ | 60,812.50 |
| | TOTAL DI | | SBURSEM | ENTS | $ | 35,800.84 |

**Invoice Number**    **1003101**
**DATE**    **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/21/2004 | | | BT | 8.90/hrs | $150 | $1,335.00 |
| 10/21/2004 | | | MAJ | 1.00/hrs | $150 | $150.00 |
| 10/22/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 10/22/2004 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 10/25/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 10/25/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 10/25/2004 | | | BT | 2.30/hrs | $150 | $345.00 |
| 10/25/2004 | | | MAJ | 4.60/hrs | $150 | $690.00 |
| 10/26/2004 | | | MAJ | 7.20/hrs | $150 | $1,080.00 |
| 10/26/2004 | | | WNF | 6.00/hrs | $250 | $1,500.00 |
| 10/27/2004 | | | WNF | 6.30/hrs | $250 | $1,575.00 |
| 10/27/2004 | | | MAJ | 4.60/hrs | $150 | $690.00 |

**Invoice Number**     **1003101**
**DATE**               **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/27/2004 | | | BT | 2.00/hrs | $150 | $300.00 |
| 10/28/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 10/28/2004 | | | MAJ | 4.10/hrs | $150 | $615.00 |
| 10/28/2004 | | | BT | 3.20/hrs | $150 | $480.00 |
| 10/29/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 10/29/2004 | | | BT | 2.30/hrs | $150 | $345.00 |
| 10/30/2004 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 10/30/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 11/1/2004 | | | BT | 2.40/hrs | $150 | $360.00 |
| 11/2/2004 | | | BT | 0.30/hrs | $150 | $45.00 |
| 11/2/2004 | | | WNF | 2.50/hrs | $250 | $625.00 |

**Invoice Number**     **1003101**
**DATE**     **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 11/3/2004 | | | MAJ | 1.90/hrs | $150 | $285.00 |
| 11/3/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 11/4/2004 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 11/4/2004 | | | MAJ | 7.50/hrs | $150 | $1,125.00 |
| 11/4/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 11/5/2004 | | | BT | 3.30/hrs | $150 | $495.00 |
| 11/5/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 11/8/2004 | | | MAJ | 0.30/hrs | $150 | $45.00 |
| 11/8/2004 | | | WNF | 3.00/hrs | $250 | $750.00 |

**Invoice Number**     **1003101**
**DATE**     **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 11/8/2004 | | | BT | 4.40/hrs | $150 | $660.00 |
| 11/9/2004 | | | WNF | 6.00/hrs | $250 | $1,500.00 |
| 11/9/2004 | | | BT | 2.70/hrs | $150 | $405.00 |
| 11/9/2004 | | | MAJ | 8.00/hrs | $150 | $1,200.00 |
| 11/10/2004 | | | BT | 5.70/hrs | $150 | $855.00 |
| 11/10/2004 | | | RVS | 1.70/hrs | $275 | $467.50 |
| 11/10/2004 | | | MAJ | 1.50/hrs | $150 | $225.00 |
| 11/10/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 11/10/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |

**Invoice Number**    **1003101**
**DATE**    **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 11/11/2004 | | | BT | 5.50/hrs | $150 | $825.00 |
| 11/11/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 11/11/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 11/11/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 11/15/2004 | | | BT | 4.20/hrs | $150 | $630.00 |
| 11/17/2004 | | | MAJ | 7.00/hrs | $150 | $1,050.00 |
| 11/18/2004 | | | MAJ | 0.30/hrs | $150 | $45.00 |
| 11/19/2004 | | | MAJ | 2.90/hrs | $150 | $435.00 |

**Invoice Number**    **1003101**
**DATE**    **11/30/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 11/23/2004 | | | WNF | 1.00/hrs | $250 | $250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| □(s3B | TOT | | AL | | —— | $32,380.00 |
| TOTAL | | | FEES | | $ | 32,380.00 |
| TOTAL | | | DISBURSEM | ENTS | $ | 25.07 |

**INVOICE NUMBER**     **1003550**
**DATE**     **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 9/20/2004 | | | | BT | 4.10/hrs | $150 | $615.00 |
| 2/8/2005 | | | | MAJ | 6.70/hrs | $150 | $1,005.00 |
| 2/9/2005 | | | | MAJ | 5.00/hrs | $150 | $750.00 |
| 2/10/2005 | | | | MAJ | 5.00/hrs | $150 | $750.00 |
| 2/11/2005 | | | | MAJ | 7.10/hrs | $150 | $1,065.00 |
| 2/14/2005 | | | | BT | 9.00/hrs | $150 | $1,350.00 |
| 2/14/2005 | | | | MAJ | 1.80/hrs | $150 | $270.00 |
| 2/15/2005 | | | | BT | 6.80/hrs | $150 | $1,020.00 |
| 2/15/2005 | | | | RVS | 0.40/hrs | $275 | $110.00 |

**INVOICE NUMBER**  **1003550**
**DATE**  **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 2/15/2005 | | | | THB | 1.70/hrs | $230 | $391.00 |
| 2/15/2005 | | | | THB | 2.10/hrs | $230 | $483.00 |
| 2/16/2005 | | | | MAJ | 0.30/hrs | $150 | $45.00 |
| 2/16/2005 | | | | BT | 7.00/hrs | $150 | $1,050.00 |
| 2/17/2005 | | | | BT | 6.70/hrs | $150 | $1,005.00 |
| 2/17/2005 | | | | THB | 1.10/hrs | $230 | $253.00 |
| 2/18/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 2/18/2005 | | | | BT | 7.80/hrs | $150 | $1,170.00 |

**INVOICE NUMBER**     **1003550**
**DATE**               **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 2/22/2005 | | | | MAJ | 0.20/hrs | $150 | $30.00 |
| 2/22/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 2/23/2005 | | | | RVS | 0.70/hrs | $275 | $192.50 |
| 2/23/2005 | | | | MAJ | 0.50/hrs | $150 | $75.00 |
| 2/24/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 2/24/2005 | | | | BT | 2.30/hrs | $150 | $345.00 |
| 2/24/2005 | | | | ESM | 0.50/hrs | $210 | $105.00 |
| 2/24/2005 | | | | MAJ | 2.20/hrs | $150 | $330.00 |

**INVOICE NUMBER**     **1003550**
**DATE**               **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 2/25/2005 | | | | BT | 1.00/hrs | $150 | $150.00 |
| 2/25/2005 | | | | THB | 0.50/hrs | $230 | $115.00 |
| 2/25/2005 | | | | MAJ | 2.50/hrs | $150 | $375.00 |
| 2/27/2005 | | | | RVS | 2.00/hrs | $275 | $550.00 |
| 2/28/2005 | | | | RVS | 5.00/hrs | $275 | $1,375.00 |
| 2/28/2005 | | | | BT | 1.30/hrs | $150 | $195.00 |
| 2/28/2005 | | | | MAJ | 4.30/hrs | $150 | $645.00 |
| 2/28/2005 | | | | ESM | 1.50/hrs | $210 | $315.00 |
| 3/1/2005 | | | | MFW | 0.60/hrs | $95 | $57.00 |
| 3/1/2005 | | | | RVS | 4.00/hrs | $275 | $1,100.00 |

**INVOICE NUMBER**    **1003550**
**DATE**    **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/1/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/1/2005 | | | | ESM | 3.90/hrs | $210 | $819.00 |
| 3/1/2005 | | | | BT | 3.60/hrs | $150 | $540.00 |
| 3/1/2005 | | | | MAJ | 2.20/hrs | $150 | $330.00 |
| 3/2/2005 | | | | BT | 2.30/hrs | $150 | $345.00 |
| 3/2/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 3/2/2005 | | | | MAJ | 1.20/hrs | $150 | $180.00 |
| 3/2/2005 | | | | ESM | 7.00/hrs | $210 | $1,470.00 |
| 3/3/2005 | | | | BT | 7.00/hrs | $150 | $1,050.00 |
| 3/3/2005 | | | | ESM | 7.00/hrs | $210 | $1,470.00 |

**INVOICE NUMBER**    **1003550**
**DATE**    **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/4/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/4/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/4/2005 | | | | BT | 4.10/hrs | $150 | $615.00 |
| 3/4/2005 | | | | MAJ | 2.90/hrs | $150 | $435.00 |
| 3/7/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/7/2005 | | | | THB | 1.70/hrs | $230 | $391.00 |
| 3/7/2005 | | | | MAJ | 5.20/hrs | $150 | $780.00 |
| 3/7/2005 | | | | BT | 6.30/hrs | $150 | $945.00 |
| 3/7/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/8/2005 | | | | THB | 1.00/hrs | $230 | $230.00 |

**INVOICE NUMBER**     **1003550**
**DATE**     **3/31/2005**

| Date | Function | Task A | Attorney | Time | Rate | Total Cost |
|------|----------|--------|----------|------|------|------------|
| 3/8/2005 | | | MAJ | 7.80/hrs | $150 | $1,170.00 |
| 3/8/2005 | | | BT | 8.00/hrs | $150 | $1,200.00 |
| 3/9/2005 | | | BT | 0.40/hrs | $150 | $60.00 |
| 3/9/2005 | | | MAJ | 7.50/hrs | $150 | $1,125.00 |
| 3/9/2005 | | | THB | 3.30/hrs | $230 | $759.00 |
| 3/9/2005 | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 3/10/2005 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 3/10/2005 | | | MAJ | 5.80/hrs | $150 | $870.00 |
| 3/11/2005 | | | MAJ | 1.00/hrs | $150 | $150.00 |
| 3/11/2005 | | | BT | 6.40/hrs | $150 | $960.00 |
| 3/14/2005 | | | BT | 9.30/hrs | $150 | $1,395.00 |

**INVOICE NUMBER**    **1003550**
**DATE**    **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/14/2005 | | | | MAJ | 1.80/hrs | $150 | $270.00 |
| 3/14/2005 | | | | THB | 1.10/hrs | $230 | $253.00 |
| 3/15/2005 | | | | MAJ | 1.00/hrs | $150 | $150.00 |
| 3/15/2005 | | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 3/15/2005 | | | | RVS | 1.50/hrs | $275 | $412.50 |
| 3/16/2005 | | | | JCK | 3.90/hrs | $275 | $1,072.50 |
| 3/16/2005 | | | | MAJ | 2.10/hrs | $150 | $315.00 |
| 3/16/2005 | | | | BT | 7.10/hrs | $150 | $1,065.00 |
| 3/16/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |

**INVOICE NUMBER**   **1003550**
**DATE**             **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/16/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 3/16/2005 | | | | RVS | 0.70/hrs | $275 | $192.50 |
| 3/17/2005 | | | | MAJ | 2.10/hrs | $150 | $315.00 |
| 3/17/2005 | | | | BT | 9.20/hrs | $150 | $1,380.00 |
| 3/18/2005 | | | | BT | 4.40/hrs | $150 | $660.00 |
| 3/18/2005 | | | | THB | 4.70/hrs | $230 | $1,081.00 |
| 3/18/2005 | | | | MAJ | 4.20/hrs | $150 | $630.00 |
| 3/18/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/18/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**     **1003550**
**DATE**               **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/20/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/21/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 3/21/2005 | | | | RVS | 0.40/hrs | $275 | $110.00 |
| 3/21/2005 | | | | RVS | 1.30/hrs | $275 | $357.50 |
| 3/21/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/21/2005 | | | | THB | 0.60/hrs | $230 | $138.00 |
| 3/21/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/21/2005 | | | | BT | 10.40/hrs | $150 | $1,560.00 |
| 3/21/2005 | | | | THB | 5.00/hrs | $230 | $1,150.00 |

**INVOICE NUMBER**     **1003550**
**DATE**               **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/21/2005 | | | | MAJ | 0.50/hrs | $150 | $75.00 |
| 3/21/2005 | | | | THB | 3.10/hrs | $230 | $713.00 |
| 3/22/2005 | | | | BT | 7.90/hrs | $150 | $1,185.00 |
| 3/22/2005 | | | | RVS | 1.50/hrs | $275 | $412.50 |
| 3/22/2005 | | | | RVS | 0.30/hrs | $275 | $82.50 |
| 3/22/2005 | | | | THB | 5.00/hrs | $230 | $1,150.00 |
| 3/23/2005 | | | | THB | 2.30/hrs | $230 | $529.00 |
| 3/23/2005 | | | | BT | 7.70/hrs | $150 | $1,155.00 |
| 3/24/2005 | | | | BT | 7.90/hrs | $150 | $1,185.00 |
| 3/24/2005 | | | | THB | 3.70/hrs | $230 | $851.00 |
| 3/24/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**     **1003550**
**DATE**                     **3/31/2005**

| Date | Function | Task | A | Attorney | Time | Rate | Total Cost |
|------|----------|------|---|----------|------|------|------------|
| 3/24/2005 | | | | RVS | 0.20/hrs | $275 | $55.00 |
| 3/24/2005 | | | | RVS | 0.10/hrs | $275 | $27.50 |
| 3/28/2005 | | | | BT | 9.00/hrs | $150 | $1,350.00 |
| 3/29/2005 | | | | BT | 8.60/hrs | $150 | $1,290.00 |
| | ☐(s3B | TOTAL | | | | | $60,378 |

| Postage | $ | | | 8.48 | | | |
|---------|---|-----|---|------|---|---|---|
| Telephone | $ | | | 4.14 | | | |
| | TOTAL | $ 5 | | 66.35 | | | |

| ☐(s3B | TOTAL | | | | $ | 566 | 0.35 |
|-------|-------|---|---|---|---|-----|------|

| | TOTAL FE | | | ES | | $ | 60,378.00 |
|---|----------|---|---|----|---|---|-----------|
| | TOTAL DI | | | SBURSEM | ENTS | $ | 566.35 |

**INVOICE NUMBER** **1003256**
**DATE** **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 11/16/2004 | | | BT | 3.50/hrs | $150 | $525.00 |
| 11/16/2004 | | | BT | 2.60/hrs | $150 | $390.00 |
| 11/17/2004 | | | BT | 1.30/hrs | $150 | $195.00 |
| 11/17/2004 | | | BT | 1.20/hrs | $150 | $180.00 |
| 11/18/2004 | | | BT | 1.20/hrs | $150 | $180.00 |
| 11/18/2004 | | | BT | 1.90/hrs | $150 | $285.00 |
| 11/19/2004 | | | BT | 3.60/hrs | $150 | $540.00 |
| 11/22/2004 | | | BT | 4.50/hrs | $150 | $675.00 |
| 11/23/2004 | | | BT | 3.20/hrs | $150 | $480.00 |

**INVOICE NUMBER**     **1003256**
**DATE**     **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|---|---|---|---|---|---|---|
| 11/23/2004 | | | BT | 2.10/hrs | $150 | $315.00 |
| 11/24/2004 | | | BT | 1.20/hrs | $150 | $180.00 |
| 11/24/2004 | | | BT | 1.50/hrs | $150 | $225.00 |
| 11/30/2004 | | | BT | 2.30/hrs | $150 | $345.00 |
| 11/30/2004 | | | BT | 1.80/hrs | $150 | $270.00 |
| 11/30/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 12/1/2004 | | | BT | 7.20/hrs | $150 | $1,080.00 |
| 12/1/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 12/1/2004 | | | MAJ | 4.00/hrs | $150 | $600.00 |
| 12/1/2004 | | | RVS | 5.00/hrs | $275 | $1,375.00 |
| 12/2/2004 | | | MAJ | 3.90/hrs | $150 | $585.00 |

**INVOICE NUMBER**    **1003256**
**DATE**              **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/2/2004 | | | JB | 2.80/hrs | $190 | $532.00 |
| 12/2/2004 | | | BT | 4.30/hrs | $150 | $645.00 |
| 12/3/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 12/3/2004 | | | MAJ | 2.90/hrs | $150 | $435.00 |
| 12/3/2004 | | | BT | 6.20/hrs | $150 | $930.00 |
| 12/5/2004 | | | BT | 3.80/hrs | $150 | $570.00 |
| 12/6/2004 | | | MAJ | 4.10/hrs | $150 | $615.00 |
| 12/6/2004 | | | BT | 6.00/hrs | $150 | $900.00 |
| 12/6/2004 | | | JB | 4.20/hrs | $190 | $798.00 |
| 12/7/2004 | | | BT | 8.90/hrs | $150 | $1,335.00 |

**INVOICE NUMBER**     **1003256**
**DATE**     **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/7/2004 | | | JB | 2.40/hrs | $190 | $456.00 |
| 12/7/2004 | | | MAJ | 1.60/hrs | $150 | $240.00 |
| 12/8/2004 | | | BT | 5.50/hrs | $150 | $825.00 |
| 12/8/2004 | | | BT | 3.10/hrs | $150 | $465.00 |
| 12/8/2004 | | | MAJ | 3.50/hrs | $150 | $525.00 |
| 12/9/2004 | | | RVS | 9.50/hrs | $275 | $2,612.50 |
| 12/9/2004 | | | BT | 10.80/hrs | $150 | $1,620.00 |
| 12/9/2004 | | | MAJ | 5.00/hrs | $150 | $750.00 |
| 12/9/2004 | | | BT | 0.60/hrs | $150 | $90.00 |

| | INVOICE NUMBER | | 1003256 | | | |
| | DATE | | 12/31/2004 | | | |
| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/10/2004 | | | BT | 1.60/hrs | $150 | $240.00 |
| 12/10/2004 | | | MAJ | 1.30/hrs | $150 | $195.00 |
| 12/10/2004 | | | BT | 6.20/hrs | $150 | $930.00 |
| 12/10/2004 | | | RVS | 5.00/hrs | $275 | $1,375.00 |
| 12/11/2004 | | | BT | 3.90/hrs | $150 | $585.00 |
| 12/13/2004 | | | MAJ | 2.10/hrs | $150 | $315.00 |
| 12/13/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 12/13/2004 | | | BT | 8.80/hrs | $150 | $1,320.00 |
| 12/14/2004 | | | MAJ | 2.50/hrs | $150 | $375.00 |
| 12/14/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 12/14/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |

**INVOICE NUMBER**   **1003256**
**DATE**   **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/14/2004 | | | BT | 8.90/hrs | $150 | $1,335.00 |
| 12/14/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 12/15/2004 | | | BT | 8.00/hrs | $150 | $1,200.00 |
| 12/15/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 12/16/2004 | | | BT | 2.50/hrs | $150 | $375.00 |
| 12/16/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 12/17/2004 | | | MAJ | 0.40/hrs | $150 | $60.00 |
| 12/17/2004 | | | BT | 2.50/hrs | $150 | $375.00 |

**INVOICE NUMBER**    **1003256**
**DATE**              **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/20/2004 | | | BT | 8.80/hrs | $150 | $1,320.00 |
| 12/20/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 12/21/2004 | | | BT | 8.10/hrs | $150 | $1,215.00 |
| 12/22/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 12/22/2004 | | | BT | 11.00/hrs | $150 | $1,650.00 |
| 12/22/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 12/23/2004 | | | BT | 10.30/hrs | $150 | $1,545.00 |

**INVOICE NUMBER**    **1003256**
**DATE**    **12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/26/2004 | | | MAJ | 2.30/hrs | $150 | $345.00 |
| 12/27/2004 | | | MAJ | 7.60/hrs | $150 | $1,140.00 |
| 12/27/2004 | | | BT | 10.10/hrs | $150 | $1,515.00 |
| 12/28/2004 | | | BT | 6.50/hrs | $150 | $975.00 |
| 12/28/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 12/28/2004 | | | MAJ | 1.80/hrs | $150 | $270.00 |
| 12/29/2004 | | | BT | 7.30/hrs | $150 | $1,095.00 |
| 12/29/2004 | | | MAJ | 5.70/hrs | $150 | $855.00 |
| 12/30/2004 | | | BT | 7.20/hrs | $150 | $1,080.00 |
| 12/30/2004 | | | MAJ | 9.00/hrs | $150 | $1,350.00 |
| 12/30/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |

**INVOICE NUMBER     1003256**
**DATE               12/31/2004**

| Date | Function | Task | Attorney | Time | Rate | Cost |
|------|----------|------|----------|------|------|------|
| 12/31/2004 | | | BT | 4.60/hrs | $150 | $690.00 |
| 12/31/2004 | | | MAJ | 8.50/hrs | $150 | $1,275.00 |
| ☐(s3B | ☐(s3B  TOT | | AL | | | $49,143.50 |

| | | | | | | |
|------|------|------|------|------|------|------|
| ☐(s3B | ☐&dDDISBURSEMENTS☐&d@ | | | | ☐(s0B | |

| | | |
|------|------|------|
| Facsimile | | $ 0.09 |
| Online Rese | arch | $73.44 |
| Photocopyin | g | $13.60 |
| Postage | | $ 0.83 |
| Telephone | | $ 1.84 |
| | TOTAL | $89.80 |

| ☐(s3B | TOT | | AL | $ | 89 | .80 | ☐ |
|------|------|------|------|------|------|------|------|

| | | | | | | |
|------|------|------|------|------|------|------|
| TOTAL | | FEES | | $ | 49,143.50 | |
| TOTAL | | DISBURSEM | ENTS | $ | 89.8 | |
| ☐(s3B  BAL | | ANCE DUE T | HIS INVOICE | | $49,233.30 | |

**INVOICE NUMBER**    **1002814**
**DATE**    **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/26/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 7/26/2004 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 7/26/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/26/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 7/26/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/26/2004 | | | BT | 4.60/hrs | $140 | $644.00 |
| 7/27/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 7/27/2004 | | | BT | 13.20/hrs | $140 | $1,848.00 |

| | INVOICE NUMBER | | 1002814 | | | |
| | DATE | | 9/10/2004 | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 7/27/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 7/27/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 7/28/2004 | | | BT | 12.50/hrs | $140 | $1,750.00 |
| 7/29/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 7/29/2004 | | | BT | 3.60/hrs | $140 | $504.00 |
| 7/29/2004 | | | BT | 1.50/hrs | $140 | $210.00 |

**INVOICE NUMBER**    **1002814**
**DATE**    **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 7/29/2004 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 7/29/2004 | | | RVS | 1.40/hrs | $275 | $385.00 |
| 7/29/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 7/29/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/29/2004 | | | BT | 0.60/hrs | $140 | $84.00 |
| 7/29/2004 | | | THB | 2.60/hrs | $230 | $598.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **INVOICE NUMBER** | | | **1002814** | | | |
| **DATE** | | | **9/10/2004** | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 7/29/2004 | | | WNF | 2.30/hrs | $250 | $575.00 |
| 7/30/2004 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 7/30/2004 | | | BT | 9.00/hrs | $140 | $1,260.00 |
| 7/30/2004 | | | RVS | 3.40/hrs | $275 | $935.00 |

**INVOICE NUMBER**   **1002814**
**DATE**   **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 7/30/2004 | | | WNF | 0.30/hrs | $250 | $75.00 |
| 7/30/2004 | | | WNF | 2.00/hrs | $250 | $500.00 |
| 8/2/2004 | | | RVS | 2.50/hrs | $275 | $687.50 |
| 8/2/2004 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 8/9/2004 | | | BT | 7.30/hrs | $140 | $1,022.00 |
| 8/10/2004 | | | BT | 4.10/hrs | $140 | $574.00 |

**INVOICE NUMBER**  **1002814**
**DATE**  **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/10/2004 | | | WNF | 2.00/hrs | $250 | $500.00 |
| 8/11/2004 | | | WNF | 1.50/hrs | $250 | $375.00 |
| 8/11/2004 | | | JB | 2.60/hrs | $180 | $468.00 |
| 8/11/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| 8/12/2004 | | | BT | 4.20/hrs | $140 | $588.00 |
| 8/13/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 8/13/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 8/13/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 8/13/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |

**INVOICE NUMBER**     **1002814**
**DATE**     **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/13/2004 | | | BT | 5.20/hrs | $140 | $728.00 |
| 8/13/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 8/16/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 8/16/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 8/16/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 8/16/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 8/17/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 8/17/2004 | | | BT | 2.60/hrs | $140 | $364.00 |

**INVOICE NUMBER**     **1002814**
**DATE**     **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/17/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 8/17/2004 | | | RVS | 0.60/hrs | $275 | $165.00 |
| 8/18/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 8/18/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 8/19/2004 | | | BT | 2.40/hrs | $140 | $336.00 |
| 8/19/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 8/19/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**  **1002814**
**DATE**  **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/21/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 8/23/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 8/23/2004 | | | JB | 0.80/hrs | $180 | $144.00 |
| 8/23/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 8/24/2004 | | | BT | 8.20/hrs | $140 | $1,148.00 |
| 8/24/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 8/25/2004 | | | JB | 0.70/hrs | $180 | $126.00 |
| 8/25/2004 | | | BT | 8.20/hrs | $140 | $1,148.00 |

**INVOICE NUMBER**    **1002814**
**DATE**    **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/26/2004 | | | BT | 9.00/hrs | $140 | $1,260.00 |
| 8/26/2004 | | | RVS | 4.00/hrs | $275 | $1,100.00 |
| 8/27/2004 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 8/27/2004 | | | BT | 9.00/hrs | $140 | $1,260.00 |
| 8/29/2004 | | | RVS | 3.50/hrs | $275 | $962.50 |
| 8/30/2004 | | | RVS | 8.00/hrs | $275 | $2,200.00 |
| 8/30/2004 | | | BT | 8.40/hrs | $140 | $1,176.00 |
| 8/30/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**     **1002814**
**DATE**     **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 8/30/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 8/30/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 8/31/2004 | | | RVS | 7.50/hrs | $275 | $2,062.50 |
| 8/31/2004 | | | BT | 6.10/hrs | $140 | $854.00 |
| 8/31/2004 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 8/31/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 8/31/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**    **1002814**
**DATE**    **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/1/2004 | | | RVS | 7.50/hrs | $275 | $2,062.50 |
| 9/1/2004 | | | BT | 11.50/hrs | $150 | $1,725.00 |
| 9/1/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 9/1/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/2/2004 | | | BT | 8.30/hrs | $150 | $1,245.00 |

**INVOICE NUMBER**    **1002814**
**DATE**    **9/10/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 9/7/2004 | | | BT | 4.20/hrs | $150 | $630.00 |

| □(s3B | □(s3B | TOTAL | | | ‒‒‒‒ | $43,536.50 |
|-------|-------|-------|---|---|---|---|

□(s3B    □&dDDISBURSEMENTS□&d@    □(s0B

| Carfare and Delivery ser | Mileage | $ | 141.30 |
|---|---|---|---|
| Facsimile | vices/messengers | | $ 7.75 |
| Online Resea | rch | | $ 0.09 |
| Photocopying | | | $59.84 |
| Postage | | | $91.60 |
| Telephone | | | $ 7.92 |
| | | | $ 6.49 |
| | TOTAL | $ | 314.99 |

| □(s3B | TOTAL | | $ | 314 | 99 |
|-------|-------|---|---|-----|-----|