# Attachment 20 (c)

**INVOICE NUMBER** **1002645**
**DATE** **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 6/21/2004 | | | BT | 2.40/hrs | $140 | $336.00 |
| 6/21/2004 | | | BT | 0.70/hrs | $140 | $98.00 |
| 6/22/2004 | | | RVS | 2.60/hrs | $275 | $715.00 |
| 6/22/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 6/22/2004 | | | BT | 4.10/hrs | $140 | $574.00 |
| 6/23/2004 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 6/23/2004 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 6/23/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 6/23/2004 | | | JB | 4.60/hrs | $180 | $828.00 |
| 6/23/2004 | | | RVS | 1.30/hrs | $275 | $357.50 |
| 6/23/2004 | | | BT | 2.50/hrs | $140 | $350.00 |

**INVOICE NUMBER      1002645**
**DATE                7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 6/23/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 6/23/2004 | | | BT | 0.50/hrs | $140 | $70.00 |
| 6/24/2004 | | | RVS | 1.20/hrs | $275 | $330.00 |
| 6/24/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 6/24/2004 | | | BT | 5.20/hrs | $140 | $728.00 |
| 6/24/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 6/25/2004 | | | BT | 6.40/hrs | $140 | $896.00 |
| 6/28/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 6/29/2004 | | | BT | 2.90/hrs | $140 | $406.00 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 6/30/2004 | | | BT | 2.00/hrs | $140 | $280.00 |
| 7/1/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 7/1/2004 | | | WNF | 0.10/hrs | $250 | $25.00 |
| 7/2/2004 | | | BT | 3.20/hrs | $140 | $448.00 |
| 7/3/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 7/5/2004 | | | BT | 2.20/hrs | $140 | $308.00 |
| 7/6/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/6/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 7/6/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |

**INVOICE NUMBER**    **1002645**
**DATE**    **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 7/6/2004 | | | THB | 0.30/hrs | $230 | $69.00 |
| 7/6/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/6/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/7/2004 | | | BT | 1.60/hrs | $140 | $224.00 |
| 7/7/2004 | | | RVS | 2.30/hrs | $275 | $632.50 |
| 7/7/2004 | | | BT | 1.80/hrs | $140 | $252.00 |
| 7/7/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/8/2004 | | | BT | 3.00/hrs | $140 | $420.00 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/8/2004 | | | BT | 0.30/hrs | $140 | $42.00 |
| 7/8/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 7/8/2004 | | | RVS | 2.50/hrs | $275 | $687.50 |
| 7/9/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 7/9/2004 | | | BT | 7.00/hrs | $140 | $980.00 |
| 7/9/2004 | | | RVS | 2.50/hrs | $275 | $687.50 |
| 7/9/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 7/12/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/12/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |

**INVOICE NUMBER**     **1002645**
**DATE**               **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/12/2004 | | | JB | 2.40/hrs | $180 | $432.00 |
| 7/12/2004 | | | BT | 1.40/hrs | $140 | $196.00 |
| 7/12/2004 | | | THB | 0.90/hrs | $230 | $207.00 |
| 7/12/2004 | | | BT | 0.60/hrs | $140 | $84.00 |
| 7/12/2004 | | | BT | 5.20/hrs | $140 | $728.00 |
| 7/12/2004 | | | WNF | 2.00/hrs | $250 | $500.00 |

**INVOICE NUMBER**    **1002645**
**DATE**                        **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/13/2004 | | | RVS | 4.00/hrs | $275 | $1,100.00 |
| 7/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/13/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 7/13/2004 | | | JB | 2.40/hrs | $180 | $432.00 |
| 7/14/2004 | | | BT | 1.10/hrs | $140 | $154.00 |
| 7/14/2004 | | | BT | 7.20/hrs | $140 | $1,008.00 |

**INVOICE NUMBER**  **1002645**
**DATE**  **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/14/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 7/15/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/15/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 7/15/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/15/2004 | | | BT | 3.50/hrs | $140 | $490.00 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 7/15/2004 | | | BT | 3.60/hrs | $140 | $504.00 |
| 7/16/2004 | | | BT | 6.50/hrs | $140 | $910.00 |
| 7/16/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 7/19/2004 | | | RVS | 1.50/hrs | $275 | $412.50 |
| 7/19/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 7/19/2004 | | | BT | 3.90/hrs | $140 | $546.00 |
| 7/19/2004 | | | WNF | 3.50/hrs | $250 | $875.00 |

**INVOICE NUMBER**    **1002645**
**DATE**    **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/19/2004 | | | JB | 0.30/hrs | $180 | $54.00 |
| 7/19/2004 | | | RVS | 3.20/hrs | $275 | $880.00 |
| 7/20/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 7/20/2004 | | | RVS | 4.00/hrs | $275 | $1,100.00 |
| 7/20/2004 | | | BT | 0.30/hrs | $140 | $42.00 |
| 7/20/2004 | | | BT | 5.10/hrs | $140 | $714.00 |
| 7/21/2004 | | | RVS | 4.20/hrs | $275 | $1,155.00 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/21/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/21/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 7/21/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 7/21/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 7/21/2004 | | | BT | 6.30/hrs | $140 | $882.00 |
| 7/21/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/21/2004 | | | BT | 2.70/hrs | $140 | $378.00 |
| 7/22/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 7/22/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 7/22/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/22/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 7/22/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 7/22/2004 | | | BT | 7.20/hrs | $140 | $1,008.00 |

**INVOICE NUMBER     1002645**
**DATE               7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 7/22/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 7/23/2004 | | | BT | 6.40/hrs | $140 | $896.00 |
| 7/24/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| ☐(s3B | ☐(s3B | TOTA | L | | | $37,897 |
| | TOTAL | | FEES | | $ | 37,897.50 |

**INVOICE NUMBER**     **1002645**
**DATE**     **7/27/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
|      | TOTAL    |      | DISBURSEM | ENTS | $    | 224.31     |

**INVOICE NUMBER**    **1003001**
**DATE**                        **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/2/2004 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 9/2/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/2/2004 | | | MAJ | 0.30/hrs | $150 | $45.00 |
| 9/3/2004 | | | MAJ | 5.00/hrs | $150 | $750.00 |
| 9/7/2004 | | | MAJ | 0.40/hrs | $150 | $60.00 |
| 9/7/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/8/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/8/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/8/2004 | | | BT | 4.60/hrs | $150 | $690.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/9/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/9/2004 | | | BT | 7.70/hrs | $150 | $1,155.00 |
| 9/10/2004 | | | BT | 6.90/hrs | $150 | $1,035.00 |
| 9/10/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/14/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/14/2004 | | | BT | 2.00/hrs | $150 | $300.00 |
| 9/15/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/15/2004 | | | BT | 7.70/hrs | $150 | $1,155.00 |
| 9/15/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/16/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/16/2004 | | | BT | 5.20/hrs | $150 | $780.00 |
| 9/17/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/17/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/17/2004 | | | BT | 5.20/hrs | $150 | $780.00 |
| 9/17/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/17/2004 | | | MAJ | 1.10/hrs | $150 | $165.00 |
| 9/17/2004 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 9/17/2004 | | | THB | 3.30/hrs | $230 | $759.00 |
| 9/20/2004 | | | THB | 7.20/hrs | $230 | $1,656.00 |
| 9/20/2004 | | | MAJ | 0.70/hrs | $150 | $105.00 |
| 9/21/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**   **1003001**
**DATE**   **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/21/2004 | | | MAJ | 3.50/hrs | $150 | $525.00 |
| 9/21/2004 | | | BT | 3.90/hrs | $150 | $585.00 |
| 9/21/2004 | | | THB | 1.00/hrs | $230 | $230.00 |
| 9/22/2004 | | | BT | 1.10/hrs | $150 | $165.00 |
| 9/22/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/22/2004 | | | MAJ | 3.60/hrs | $150 | $540.00 |
| 9/22/2004 | | | THB | 0.50/hrs | $230 | $115.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 9/23/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 9/23/2004 | | | THB | 2.90/hrs | $230 | $667.00 |
| 9/23/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/23/2004 | | | MAJ | 1.90/hrs | $150 | $285.00 |
| 9/23/2004 | | | MAJ | 0.90/hrs | $150 | $135.00 |
| 9/23/2004 | | | BT | 6.40/hrs | $150 | $960.00 |
| 9/24/2004 | | | THB | 2.90/hrs | $230 | $667.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/24/2004 | | | MAJ | 2.30/hrs | $150 | $345.00 |
| 9/24/2004 | | | BT | 4.80/hrs | $150 | $720.00 |
| 9/27/2004 | | | MAJ | 4.00/hrs | $150 | $600.00 |
| 9/27/2004 | | | BT | 4.00/hrs | $150 | $600.00 |
| 9/28/2004 | | | BT | 9.30/hrs | $150 | $1,395.00 |
| 9/28/2004 | | | MAJ | 0.60/hrs | $150 | $90.00 |
| 9/28/2004 | | | MAJ | 3.80/hrs | $150 | $570.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/29/2004 | | | MAJ | 1.10/hrs | $150 | $165.00 |
| 9/29/2004 | | | THB | 0.80/hrs | $230 | $184.00 |
| 9/29/2004 | | | BT | 9.00/hrs | $150 | $1,350.00 |
| 9/29/2004 | | | MAJ | 6.40/hrs | $150 | $960.00 |
| 9/30/2004 | | | BT | 10.30/hrs | $150 | $1,545.00 |
| 9/30/2004 | | | MAJ | 3.00/hrs | $150 | $450.00 |
| 10/1/2004 | | | MAJ | 8.10/hrs | $150 | $1,215.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/1/2004 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 10/4/2004 | | | BT | 9.20/hrs | $150 | $1,380.00 |
| 10/4/2004 | | | RVS | 1.30/hrs | $275 | $357.50 |
| 10/4/2004 | | | MAJ | 5.80/hrs | $150 | $870.00 |
| 10/4/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/5/2004 | | | BT | 1.50/hrs | $150 | $225.00 |
| 10/5/2004 | | | MAJ | 7.40/hrs | $150 | $1,110.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/5/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/5/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 10/5/2004 | | | THB | 0.40/hrs | $230 | $92.00 |
| 10/5/2004 | | | BT | 8.60/hrs | $150 | $1,290.00 |
| 10/6/2004 | | | MAJ | 4.60/hrs | $150 | $690.00 |
| 10/6/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 10/6/2004 | | | BT | 8.20/hrs | $150 | $1,230.00 |
| 10/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

**INVOICE NUMBER**    **1003001**
**DATE**    **10/26/2004**

□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 10/6/2004 | | | THB | 0.40/hrs | $230 | $92.00 |
| 10/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/6/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/6/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| □ | | | | | | |
| 10/7/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 10/7/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/7/2004 | | | MAJ | 3.30/hrs | $150 | $495.00 |

**INVOICE NUMBER**   **1003001**
**DATE**                      **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/7/2004 | | | BT | 5.00/hrs | $150 | $750.00 |
| 10/7/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 10/8/2004 | | | BT | 7.20/hrs | $150 | $1,080.00 |
| 10/8/2004 | | | WNF | 1.50/hrs | $250 | $375.00 |
| 10/8/2004 | | | MAJ | 4.50/hrs | $150 | $675.00 |
| 10/11/2004 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 10/12/2004 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 10/12/2004 | | | MAJ | 4.90/hrs | $150 | $735.00 |

**INVOICE NUMBER**     **1003001**
**DATE**                       **10/26/2004**

(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/13/2004 | | | MAJ | 2.30/hrs | $150 | $345.00 |
| 10/13/2004 | | | BT | 10.30/hrs | $150 | $1,545.00 |
| 10/14/2004 | | | BT | 9.30/hrs | $150 | $1,395.00 |
| 10/14/2004 | | | MAJ | 1.90/hrs | $150 | $285.00 |
| 10/15/2004 | | | BT | 8.90/hrs | $150 | $1,335.00 |
| 10/18/2004 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 10/18/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/18/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**     **1003001**
**DATE**                          **10/26/2004**

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/18/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/18/2004 | | | THB | 0.70/hrs | $230 | $161.00 |
| 10/19/2004 | | | WNF | 6.50/hrs | $250 | $1,625.00 |
| 10/19/2004 | | | BT | 7.80/hrs | $150 | $1,170.00 |
| 10/20/2004 | | | MAJ | 1.00/hrs | $150 | $150.00 |
| 10/20/2004 | | | BT | 9.90/hrs | $150 | $1,485.00 |
| 10/20/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/20/2004 | | | WNF | 1.50/hrs | $250 | $375.00 |

**INVOICE NUMBER**  1003001
**DATE**  10/26/2004

☐(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| | ☐(s3B | TOTAL | | | | $56,840.00 |

☐(s3B

**Invoice Number**     **1003949**
**Date**               **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/2/2004 | | | RVS | 6.00/hrs | $275 | $1,650.00 |
| 9/2/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/2/2004 | | | MAJ | 0.30/hrs | $150 | $45.00 |
| 9/3/2004 | | | MAJ | 5.00/hrs | $150 | $750.00 |
| 9/7/2004 | | | MAJ | 0.40/hrs | $150 | $60.00 |
| 9/7/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/8/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/8/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/8/2004 | | | BT | 4.60/hrs | $150 | $690.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Number** | | | **1003949** | | | |
| **Date** | | | **6/30/2005** | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/9/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/9/2004 | | | BT | 7.70/hrs | $150 | $1,155.00 |
| 9/10/2004 | | | BT | 6.90/hrs | $150 | $1,035.00 |
| 9/10/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/13/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/14/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Number** | | | **1003949** | | | |
| **Date** | | | **6/30/2005** | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/14/2004 | | | BT | 2.00/hrs | $150 | $300.00 |
| 9/15/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/15/2004 | | | BT | 7.70/hrs | $150 | $1,155.00 |
| 9/15/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 9/16/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 9/16/2004 | | | BT | 5.20/hrs | $150 | $780.00 |
| 9/17/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/17/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**Invoice Number**  1003949
**Date**  6/30/2005

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/17/2004 | | | BT | 5.20/hrs | $150 | $780.00 |
| 9/17/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/17/2004 | | | MAJ | 1.10/hrs | $150 | $165.00 |
| 9/17/2004 | | | RVS | 3.00/hrs | $275 | $825.00 |
| 9/17/2004 | | | THB | 3.30/hrs | $230 | $759.00 |
| 9/20/2004 | | | THB | 7.20/hrs | $230 | $1,656.00 |
| 9/20/2004 | | | MAJ | 0.70/hrs | $150 | $105.00 |
| 9/21/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

| | | | |
|---|---|---|---|
| **Invoice Number** | **1003949** | | |
| **Date** | **6/30/2005** | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/21/2004 | | | MAJ | 3.50/hrs | $150 | $525.00 |
| 9/21/2004 | | | BT | 3.90/hrs | $150 | $585.00 |
| 9/21/2004 | | | THB | 1.00/hrs | $230 | $230.00 |
| 9/22/2004 | | | BT | 1.10/hrs | $150 | $165.00 |
| 9/22/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 9/22/2004 | | | MAJ | 3.60/hrs | $150 | $540.00 |
| 9/22/2004 | | | THB | 0.50/hrs | $230 | $115.00 |
| 9/23/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |

**Invoice Number**     **1003949**
**Date**     **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/23/2004 | | | THB | 2.90/hrs | $230 | $667.00 |
| 9/23/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 9/23/2004 | | | MAJ | 1.90/hrs | $150 | $285.00 |
| 9/23/2004 | | | MAJ | 0.90/hrs | $150 | $135.00 |
| 9/23/2004 | | | BT | 6.40/hrs | $150 | $960.00 |
| 9/24/2004 | | | THB | 2.90/hrs | $230 | $667.00 |
| 9/24/2004 | | | MAJ | 2.30/hrs | $150 | $345.00 |

| | Invoice Number | | **1003949** | | | |
|---|---|---|---|---|---|---|
| | Date | | 6/30/2005 | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/24/2004 | | | BT | 4.80/hrs | $150 | $720.00 |
| 9/27/2004 | | | MAJ | 4.00/hrs | $150 | $600.00 |
| 9/27/2004 | | | BT | 4.00/hrs | $150 | $600.00 |
| 9/28/2004 | | | BT | 9.30/hrs | $150 | $1,395.00 |
| 9/28/2004 | | | MAJ | 0.60/hrs | $150 | $90.00 |
| 9/28/2004 | | | MAJ | 3.80/hrs | $150 | $570.00 |
| 9/29/2004 | | | MAJ | 1.10/hrs | $150 | $165.00 |

**Invoice Number**  **1003949**
**Date**  **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/29/2004 | | | THB | 0.80/hrs | $230 | $184.00 |
| 9/29/2004 | | | BT | 9.00/hrs | $150 | $1,350.00 |
| 9/29/2004 | | | MAJ | 6.40/hrs | $150 | $960.00 |
| 9/30/2004 | | | BT | 10.30/hrs | $150 | $1,545.00 |
| 9/30/2004 | | | MAJ | 3.00/hrs | $150 | $450.00 |
| 10/1/2004 | | | MAJ | 8.10/hrs | $150 | $1,215.00 |
| 10/1/2004 | | | BT | 9.10/hrs | $150 | $1,365.00 |

| | Invoice Number | | **1003949** |
| | Date | | 6/30/2005 |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/4/2004 | | | BT | 9.20/hrs | $150 | $1,380.00 |
| 10/4/2004 | | | RVS | 1.30/hrs | $275 | $357.50 |
| 10/4/2004 | | | MAJ | 5.80/hrs | $150 | $870.00 |
| 10/4/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/5/2004 | | | BT | 1.50/hrs | $150 | $225.00 |
| 10/5/2004 | | | MAJ | 7.40/hrs | $150 | $1,110.00 |
| 10/5/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/5/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |

| | Invoice Number | | 1003949 | | | |
| | Date | | 6/30/2005 | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/5/2004 | | | THB | 0.40/hrs | $230 | $92.00 |
| 10/5/2004 | | | BT | 8.60/hrs | $150 | $1,290.00 |
| 10/6/2004 | | | MAJ | 4.60/hrs | $150 | $690.00 |
| 10/6/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 10/6/2004 | | | BT | 8.20/hrs | $150 | $1,230.00 |
| 10/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/6/2004 | | | THB | 0.40/hrs | $230 | $92.00 |
| 10/6/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |

**Invoice Number**     **1003949**
**Date**               **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/6/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/6/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 10/7/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 10/7/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/7/2004 | | | MAJ | 3.30/hrs | $150 | $495.00 |
| 10/7/2004 | | | BT | 5.00/hrs | $150 | $750.00 |
| 10/7/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 10/8/2004 | | | BT | 7.20/hrs | $150 | $1,080.00 |

**Invoice Number**    **1003949**
**Date**    **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/8/2004 | | | WNF | 1.50/hrs | $250 | $375.00 |
| 10/8/2004 | | | MAJ | 4.50/hrs | $150 | $675.00 |
| 10/11/2004 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 10/12/2004 | | | BT | 9.10/hrs | $150 | $1,365.00 |
| 10/12/2004 | | | MAJ | 4.90/hrs | $150 | $735.00 |
| 10/13/2004 | | | MAJ | 2.30/hrs | $150 | $345.00 |
| 10/13/2004 | | | BT | 10.30/hrs | $150 | $1,545.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Number** | | | **1003949** | | | |
| **Date** | | | **6/30/2005** | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 10/14/2004 | | | BT | 9.30/hrs | $150 | $1,395.00 |
| 10/14/2004 | | | MAJ | 1.90/hrs | $150 | $285.00 |
| 10/15/2004 | | | BT | 8.90/hrs | $150 | $1,335.00 |
| 10/18/2004 | | | BT | 8.40/hrs | $150 | $1,260.00 |
| 10/18/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/18/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 10/18/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 10/18/2004 | | | THB | 0.70/hrs | $230 | $161.00 |

**Invoice Number**     **1003949**
**Date**     **6/30/2005**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 10/19/2004 | | | WNF | 6.50/hrs | $250 | $1,625.00 |
| 10/19/2004 | | | BT | 7.80/hrs | $150 | $1,170.00 |
| 10/20/2004 | | | MAJ | 1.00/hrs | $150 | $150.00 |
| 10/20/2004 | | | BT | 9.90/hrs | $150 | $1,485.00 |
| 10/20/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 10/20/2004 | | | WNF | 1.50/hrs | $250 | $375.00 |

☐(s3B     TOTAL        —        $56,840.00

**INVOICE NUMBER**    **1001782**
**DATE**    **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 11/10/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 11/10/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 11/10/2003 | | | DJF | 2.30/hrs | $160 | $368.00 |
| 11/10/2003 | | | DJF | 0.60/hrs | $160 | $96.00 |
| 11/11/2003 | | | DJF | 1.20/hrs | $160 | $192.00 |
| 11/11/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 11/11/2003 | | | WNF | 1.00/hrs | $250 | $250.00 |
| 11/12/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 11/12/2003 | | | DJF | 1.50/hrs | $160 | $240.00 |
| 11/12/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 11/12/2003 | | | DJF | 0.20/hrs | $160 | $32.00 |

**INVOICE NUMBER**    **1001782**
**DATE**    **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 11/12/2003 | | | DJF | 1.30/hrs | $160 | $208.00 |
| 11/12/2003 | | | RVS | 3.00/hrs | $250 | $750.00 |
| 11/13/2003 | | | DJF | 1.30/hrs | $160 | $208.00 |
| 11/13/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 11/13/2003 | | | DJF | 0.50/hrs | $160 | $80.00 |
| 11/13/2003 | | | DJF | 0.50/hrs | $160 | $80.00 |
| 11/13/2003 | | | DJF | 0.20/hrs | $160 | $32.00 |
| 11/13/2003 | | | RVS | 3.70/hrs | $250 | $925.00 |
| 11/13/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 11/13/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |

**INVOICE NUMBER**   **1001782**
**DATE**             **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 11/14/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 11/14/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 11/17/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 11/17/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/17/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 11/17/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 11/17/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 11/17/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/18/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 11/18/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**  **1001782**
**DATE**  **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 11/18/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/18/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/19/2003 | | | WNF | 2.50/hrs | $250 | $625.00 |
| 11/19/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 11/19/2003 | | | DJF | 0.30/hrs | $160 | $48.00 |
| 11/20/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 11/20/2003 | | | DJF | 1.30/hrs | $160 | $208.00 |
| 11/20/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |

**INVOICE NUMBER**     **1001782**
**DATE**     **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 11/20/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 11/20/2003 | | | RVS | 1.20/hrs | $250 | $300.00 |
| 11/20/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 11/20/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/20/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 11/21/2003 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 11/21/2003 | | | WNF | 4.00/hrs | $250 | $1,000.00 |

**INVOICE NUMBER**   **1001782**
**DATE**   **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 11/21/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 11/21/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 11/24/2003 | | | RVS | 3.00/hrs | $250 | $750.00 |
| 11/24/2003 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 11/24/2003 | | | RVS | 3.50/hrs | $250 | $875.00 |
| 11/24/2003 | | | DJF | 3.30/hrs | $160 | $528.00 |
| 11/25/2003 | | | RVS | 3.00/hrs | $250 | $750.00 |
| 11/25/2003 | | | DJF | 3.60/hrs | $160 | $576.00 |
| 11/25/2003 | | | WNF | 1.50/hrs | $250 | $375.00 |

**INVOICE NUMBER**     **1001782**
**DATE**               **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | --- | ---- | ----- |
| 11/25/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 11/26/2003 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 11/26/2003 | | | RVS | 1.80/hrs | $250 | $450.00 |
| 11/26/2003 | | | THB | 1.90/hrs | $215 | $408.50 |
| 11/26/2003 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 11/29/2003 | | | RVS | 1.50/hrs | $250 | $375.00 |
| 12/1/2003 | | | DJF | 1.00/hrs | $160 | $160.00 |
| 12/1/2003 | | | DJF | 2.00/hrs | $160 | $320.00 |
| 12/1/2003 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 12/1/2003 | | | WNF | 0.50/hrs | $250 | $125.00 |

**INVOICE NUMBER**    **1001782**
**DATE**    **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 12/2/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 12/2/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/2/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 12/2/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 12/2/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 12/2/2003 | | | WNF | 0.50/hrs | $250 | $125.00 |
| 12/2/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 12/2/2003 | | | DJF | 1.00/hrs | $160 | $160.00 |

**INVOICE NUMBER**     **1001782**
**DATE**     **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 12/2/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/2/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 12/2/2003 | | | DJF | 1.20/hrs | $160 | $192.00 |
| 12/2/2003 | | | DJF | 2.40/hrs | $160 | $384.00 |
| 12/3/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 12/3/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1001782**
**DATE**    **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 12/3/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 12/3/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 12/3/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/4/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 12/4/2003 | | | RVS | 4.00/hrs | $250 | $1,000.00 |
| 12/4/2003 | | | DJF | 6.20/hrs | $160 | $992.00 |
| 12/4/2003 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 12/4/2003 | | | WNF | 3.50/hrs | $250 | $875.00 |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 12/5/2003 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 12/5/2003 | | | DJF | 0.30/hrs | $160 | $48.00 |
| 12/5/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 12/5/2003 | | | DJF | 0.30/hrs | $160 | $48.00 |
| □(s3B | □(s3B | TOTA | L | | | $25,253 |

| □(s3B | □&dDDISBURSEMENTS□&d@ | | | | □(s0B | |

| Delivery se | rvices/messengers | | $21.67 |
| Facsimile | | | $ 6.00 |
| Photocopyin | g | $ | 151.00 |
| Postage | | | $ 2.12 |
| Telephone | | | $12.27 |
| Travel Expe | nses | | $85.68 |
| | TOTAL | $ | 278.74 |

Page11

**INVOICE NUMBER**   **1001782**
**DATE**             **12/8/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| □(s3B | TOTA | | L | $ | 27 | 8.74 |
| | TOTAL | | FEES | | $ | 25,253.50 |
| | TOTAL | | DISBURSEM | ENTS | $ | 278.74 |
| | □(s3B | BALA | NCE DUE T | HIS INVOICE | | $25,532 |