# Attachment 20 (d)

**INVOICE NUMBER**     **1001434**
**DATE**     **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 8/6/2003 | | | PL | 3.00/hrs | $30 | $90.00 |
| 8/6/2003 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 8/6/2003 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 8/7/2003 | | | WNF | 3.00/hrs | $250 | $750.00 |
| 8/7/2003 | | | PL | 7.00/hrs | $30 | $210.00 |
| 8/8/2003 | | | PL | 5.50/hrs | $30 | $165.00 |
| 8/11/2003 | | | PL | 3.50/hrs | $30 | $105.00 |
| 8/11/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/11/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 8/11/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 8/12/2003 | | | RVS | 2.50/hrs | $250 | $625.00 |

**INVOICE  NUMBER**     **1001434**
**DATE**                **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/12/2003 | | | DJF | 0.80/hrs | $150 | $120.00 |
| 8/12/2003 | | | PL | 5.00/hrs | $30 | $150.00 |
| 8/12/2003 | | | DJF | 0.60/hrs | $150 | $90.00 |
| 8/13/2003 | | | PL | 6.00/hrs | $30 | $180.00 |
| 8/13/2003 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 8/14/2003 | | | PL | 3.50/hrs | $30 | $105.00 |
| 8/18/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/18/2003 | | | DJF | 0.60/hrs | $150 | $90.00 |
| 8/18/2003 | | | DJF | 0.20/hrs | $150 | $30.00 |

**INVOICE NUMBER**    **1001434**
**DATE**    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/18/2003 | | | DJF | 0.80/hrs | $150 | $120.00 |
| 8/18/2003 | | | DJF | 1.20/hrs | $150 | $180.00 |
| 8/18/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/20/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/20/2003 | | | DJF | 0.80/hrs | $150 | $120.00 |
| 8/20/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/20/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/21/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/21/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/21/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1001434**
**DATE**    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/21/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 8/21/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 8/22/2003 | | | DJF | 1.60/hrs | $150 | $240.00 |
| 8/22/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/22/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/22/2003 | | | DJF | 0.30/hrs | $150 | $45.00 |
| 8/25/2003 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 8/25/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/25/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/25/2003 | | | THB | 1.00/hrs | $205 | $205.00 |

**INVOICE NUMBER**     **1001434**
**DATE**     **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/26/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 8/26/2003 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 8/26/2003 | | | DJF | 0.30/hrs | $150 | $45.00 |
| 8/27/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 8/27/2003 | | | RVS | 3.70/hrs | $250 | $925.00 |
| 8/27/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 8/28/2003 | | | RVS | 1.50/hrs | $250 | $375.00 |

**INVOICE  NUMBER**    **1001434**
**DATE**    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/28/2003 | | | RVS | 2.30/hrs | $250 | $575.00 |
| 8/28/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 8/28/2003 | | | DJF | 1.50/hrs | $150 | $225.00 |
| 8/28/2003 | | | DJF | 0.50/hrs | $150 | $75.00 |
| 8/29/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/29/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 8/29/2003 | | | THB | 0.20/hrs | $205 | $41.00 |
| 8/29/2003 | | | RVS | 4.00/hrs | $250 | $1,000.00 |
| 8/29/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 8/29/2003 | | | DJF | 3.20/hrs | $150 | $480.00 |

**INVOICE NUMBER**     **1001434**
**DATE**     **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 8/31/2003 | | | DJF | 4.20/hrs | $150 | $630.00 |
| 9/2/2003 | | | DJF | 4.80/hrs | $160 | $768.00 |
| 9/2/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 9/2/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 9/2/2003 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 9/2/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 9/2/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 9/2/2003 | | | RVS | 2.20/hrs | $250 | $550.00 |
| 9/2/2003 | | | RVS | 2.10/hrs | $250 | $525.00 |

**INVOICE NUMBER**     **1001434**
**DATE**               **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/2/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 9/2/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 9/3/2003 | | | DJF | 0.70/hrs | $160 | $112.00 |
| 9/3/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 9/3/2003 | | | DJF | 2.10/hrs | $160 | $336.00 |
| 9/3/2003 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 9/3/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 9/3/2003 | | | RVS | 0.70/hrs | $250 | $175.00 |

**INVOICE NUMBER**     **1001434**
**DATE**     9/23/2003

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/3/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 9/3/2003 | | | DJF | 0.70/hrs | $160 | $112.00 |
| 9/3/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 9/3/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 9/3/2003 | | | DJF | 2.10/hrs | $160 | $336.00 |
| 9/3/2003 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 9/3/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 9/3/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 9/4/2003 | | | DJF | 8.80/hrs | $160 | $1,408.00 |

**INVOICE  NUMBER**         **1001434**
**DATE**                    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/4/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 9/4/2003 | | | DJF | 8.80/hrs | $160 | $1,408.00 |
| 9/5/2003 | | | DJF | 8.20/hrs | $160 | $1,312.00 |
| 9/5/2003 | | | DJF | 8.20/hrs | $160 | $1,312.00 |
| 9/5/2003 | | | THB | 3.80/hrs | $215 | $817.00 |
| 9/5/2003 | | | THB | 3.80/hrs | $215 | $817.00 |
| 9/6/2003 | | | DJF | 1.50/hrs | $160 | $240.00 |
| 9/8/2003 | | | DJF | 6.20/hrs | $160 | $992.00 |

**INVOICE NUMBER**    **1001434**
**DATE**    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/8/2003 | | | THB | 2.50/hrs | $215 | $537.50 |
| 9/9/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 9/9/2003 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 9/10/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 9/10/2003 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 9/10/2003 | | | DJF | 5.20/hrs | $160 | $832.00 |
| 9/10/2003 | | | THB | 0.30/hrs | $215 | $64.50 |
| 9/11/2003 | | | MDR | 7.00/hrs | $135 | $945.00 |

| | INVOICE NUMBER | | 1001434 | | | |
| | DATE | | 9/23/2003 | | | |

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| 9/11/2003 | | | RVS | 0.60/hrs | $250 | $150.00 |
| 9/11/2003 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 9/11/2003 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 9/11/2003 | | | THB | 2.20/hrs | $215 | $473.00 |
| 9/11/2003 | | | DJF | 2.80/hrs | $160 | $448.00 |
| 9/11/2003 | | | DJF | 4.80/hrs | $160 | $768.00 |

**INVOICE NUMBER**       **1001434**
**DATE**       **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 9/11/2003 | | | DJF | 0.30/hrs | $160 | $48.00 |
| 9/11/2003 | | | DJF | 1.60/hrs | $160 | $256.00 |
| 9/11/2003 | | | DJF | 0.80/hrs | $160 | $128.00 |
| 9/12/2003 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 9/12/2003 | | | THB | 2.10/hrs | $215 | $451.50 |
| 9/12/2003 | | | DJF | 3.60/hrs | $160 | $576.00 |
| 9/12/2003 | | | MDR | 6.60/hrs | $135 | $891.00 |

**INVOICE NUMBER**    **1001434**
**DATE**    **9/23/2003**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 9/15/2003 | | | DJF | 0.30/hrs | $160 | $48.00 |
| 9/16/2003 | | | DJF | 1.80/hrs | $160 | $288.00 |
| 9/16/2003 | | | DJF | 0.40/hrs | $160 | $64.00 |
| □(s3B | TOTA | | L | | $ | 34,340.50 |

□&dDTIMEK PER SUMMAR Y□&d@   □(s0B

| | | | Ho | urs | Rate | To | tal |
|--|--|--|--|--|--|--|--|
| RVS , P | artner | Singleton, Rich | ard V  3 | 4.90 | $ 250. 00 | $ 8,7 | 25 |
| WNF , P | artner | France, William | N.  1 | 1.00 | $ 250. 00 | $ 2,7 | 50 |
| THB , A | ssociate | Belknap,Jr., Th | omas  1 | 4.70 | $ 215. 00 | $ 3,1 | 60.5 |
| THB , A | ssociate | Belknap,Jr., Th | omas | 1.20 | $ 205. 00 | $  2 | 46 |
| DJF , A | ssociate | Fitzgerald, Dan | iel J  8 | 8.30 | $ 160. 00 | $ 14,1 | 28 |
| DJF , A | ssociate | Fitzgerald, Dan | iel J  1 | 6.60 | $ 150. 00 | $ 2,4 | 90 |
| MDR , A | ssociate | desRosiers, Mon | ique  1 | 3.60 | $ 135. 00 | $ 1,8 | 36 |
| PL , P | aralegal | Paralegal, | 3 | 3.50 | $ 30. 00 | $ 1,0 | 5 |

**INVOICE NUMBER**   **1002169**
**DATE**             **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 2/1/2004 | | | BT | 1.90/hrs | $140 | $266.00 |
| 2/2/2004 | | | BT | 2.00/hrs | $140 | $280.00 |
| 2/3/2004 | | | BT | 5.50/hrs | $140 | $770.00 |
| 2/3/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 2/5/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 2/6/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/6/2004 | | | RVS | 0.80/hrs | $250 | $200.00 |

**INVOICE NUMBER**     **1002169**
**DATE**               **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 2/6/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/9/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 2/9/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 2/10/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 2/10/2004 | | | RVS | 0.90/hrs | $250 | $225.00 |
| 2/10/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 2/11/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |

**INVOICE NUMBER**    **1002169**
**DATE**              **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ---- |
| 2/11/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/11/2004 | | | WNF | 7.00/hrs | $250 | $1,750.00 |
| 2/11/2004 | | | DJF | 3.80/hrs | $160 | $608.00 |
| 2/12/2004 | | | WNF | 7.50/hrs | $250 | $1,875.00 |
| 2/12/2004 | | | RVS | 1.70/hrs | $250 | $425.00 |
| 2/12/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |

**INVOICE NUMBER**  **1002169**
**DATE**  **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 2/13/2004 | | | RVS | 1.20/hrs | $250 | $300.00 |
| 2/13/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/13/2004 | | | WNF | 4.50/hrs | $250 | $1,125.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 2/14/2004 | | | RVS | 6.00/hrs | $250 | $1,500.00 |
| 2/15/2004 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 2/16/2004 | | | RVS | 3.00/hrs | $250 | $750.00 |
| 2/16/2004 | | | RVS | 3.00/hrs | $250 | $750.00 |
| 2/16/2004 | | | THB | 0.40/hrs | $230 | $92.00 |
| 2/16/2004 | | | RVS | 6.00/hrs | $250 | $1,500.00 |
| 2/17/2004 | | | RVS | 1.50/hrs | $250 | $375.00 |
| 2/17/2004 | | | RVS | 6.00/hrs | $250 | $1,500.00 |
| 2/17/2004 | | | THB | 1.00/hrs | $230 | $230.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 2/17/2004 | | | RVS | 2.00/hrs | $250 | $500.00 |
| 2/18/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 2/18/2004 | | | BT | 1.50/hrs | $140 | $210.00 |
| 2/18/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/18/2004 | | | DJF | 0.40/hrs | $160 | $64.00 |
| 2/18/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/18/2004 | | | DJF | 2.50/hrs | $160 | $400.00 |
| 2/18/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 2/19/2004 | | | BT | 0.30/hrs | $140 | $42.00 |
| 2/19/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/19/2004 | | | RVS | 1.30/hrs | $250 | $325.00 |
| 2/23/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/24/2004 | | | RVS | 2.50/hrs | $250 | $625.00 |
| 2/25/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 2/25/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 2/27/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |

**INVOICE NUMBER**     **1002169**
**DATE**               **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 2/27/2004 | | | BT | 1.60/hrs | $140 | $224.00 |
| 2/27/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 3/1/2004 | | | BT | 1.70/hrs | $140 | $238.00 |
| 3/1/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/1/2004 | | | BT | 0.30/hrs | $140 | $42.00 |
| 3/1/2004 | | | THB | 0.60/hrs | $230 | $138.00 |
| 3/1/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |

**INVOICE NUMBER**  **1002169**
**DATE**  **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ---- |
| 3/1/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 3/1/2004 | | | RVS | 1.40/hrs | $250 | $350.00 |
| 3/1/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 3/2/2004 | | | RVS | 1.00/hrs | $250 | $250.00 |
| 3/2/2004 | | | BT | 0.80/hrs | $140 | $112.00 |
| 3/2/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/3/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 3/3/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 3/3/2004 | | | RVS | 1.30/hrs | $250 | $325.00 |
| 3/3/2004 | | | BT | 7.10/hrs | $140 | $994.00 |
| 3/4/2004 | | | BT | 3.80/hrs | $140 | $532.00 |
| 3/4/2004 | | | RVS | 0.70/hrs | $250 | $175.00 |
| 3/6/2004 | | | BT | 1.20/hrs | $140 | $168.00 |

**INVOICE NUMBER**   **1002169**
**DATE**   **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 3/6/2004 | | | BT | 2.60/hrs | $140 | $364.00 |
| 3/8/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 3/8/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/9/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/9/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/9/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/9/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/9/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ---- |
| 3/9/2004 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 3/9/2004 | | | BT | 0.70/hrs | $140 | $98.00 |
| 3/9/2004 | | | BT | 0.20/hrs | $140 | $28.00 |
| 3/9/2004 | | | BT | 0.20/hrs | $140 | $28.00 |
| 3/10/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 3/10/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 3/10/2004 | | | RVS | 2.00/hrs | $250 | $500.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 3/11/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 3/11/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/11/2004 | | | RVS | 0.50/hrs | $250 | $125.00 |
| 3/11/2004 | | | WNF | 5.00/hrs | $250 | $1,250.00 |
| 3/11/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| 3/11/2004 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 3/11/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 3/11/2004 | | | RVS | 0.80/hrs | $250 | $200.00 |
| 3/11/2004 | | | BT | 1.80/hrs | $140 | $252.00 |
| 3/12/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 3/12/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/12/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/12/2004 | | | RVS | 0.40/hrs | $250 | $100.00 |
| 3/12/2004 | | | RVS | 3.50/hrs | $250 | $875.00 |
| 3/12/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |

**INVOICE NUMBER**    **1002169**
**DATE**    **3/25/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 3/12/2004 | | | WNF | 4.00/hrs | $250 | $1,000.00 |
| 3/12/2004 | | | BT | 1.10/hrs | $140 | $154.00 |
| 3/15/2004 | | | RVS | 0.10/hrs | $250 | $25.00 |
| 3/16/2004 | | | THB | 0.50/hrs | $230 | $115.00 |
| 3/16/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/16/2004 | | | RVS | 0.20/hrs | $250 | $50.00 |
| 3/19/2004 | | | RVS | 0.30/hrs | $250 | $75.00 |
| | | | AL | | | $31,249 |