# Attachment 20 (e)

**INVOICE NUMBER**     **1002537**
**DATE**     **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 5/18/2004 | | | BT | 6.00/hrs | $140 | $840.00 |
| 5/18/2004 | | | BT | 1.30/hrs | $140 | $182.00 |
| 5/18/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/19/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/19/2004 | | | BT | 3.90/hrs | $140 | $546.00 |
| 5/19/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/20/2004 | | | BT | 4.70/hrs | $140 | $658.00 |
| 5/20/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 5/20/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 5/21/2004 | | | BT | 1.60/hrs | $140 | $224.00 |

**INVOICE NUMBER    1002537**
**DATE    6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| 5/21/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 5/21/2004 | | | RVS | 1.30/hrs | $275 | $357.50 |
| 5/21/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 5/21/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/21/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 5/22/2004 | | | BT | 3.80/hrs | $140 | $532.00 |
| 5/24/2004 | | | BT | 3.80/hrs | $140 | $532.00 |
| 5/24/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 5/25/2004 | | | BT | 5.30/hrs | $140 | $742.00 |
| 5/26/2004 | | | BT | 0.20/hrs | $140 | $28.00 |
| 5/26/2004 | | | BT | 1.10/hrs | $140 | $154.00 |

**INVOICE NUMBER**     **1002537**
**DATE**     **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 5/27/2004 | | | BT | 3.20/hrs | $140 | $448.00 |
| 5/28/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| 5/28/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 5/29/2004 | | | BT | 3.60/hrs | $140 | $504.00 |
| 6/1/2004 | | | BT | 1.40/hrs | $140 | $196.00 |
| 6/1/2004 | | | BT | 2.40/hrs | $140 | $336.00 |
| 6/1/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 6/1/2004 | | | WNF | 0.50/hrs | $250 | $125.00 |
| 6/2/2004 | | | BT | 2.30/hrs | $140 | $322.00 |
| 6/3/2004 | | | BT | 4.00/hrs | $140 | $560.00 |

**INVOICE NUMBER**    **1002537**
**DATE**              **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 6/3/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 6/4/2004 | | | BT | 3.60/hrs | $140 | $504.00 |
| 6/7/2004 | | | BT | 4.40/hrs | $140 | $616.00 |
| 6/8/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 6/8/2004 | | | BT | 3.20/hrs | $140 | $448.00 |
| 6/9/2004 | | | BT | 4.10/hrs | $140 | $574.00 |
| 6/10/2004 | | | BT | 1.20/hrs | $140 | $168.00 |
| 6/10/2004 | | | RVS | 0.70/hrs | $275 | $192.50 |
| 6/10/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 6/11/2004 | | | BT | 2.40/hrs | $140 | $336.00 |

**INVOICE NUMBER**    **1002537**
**DATE**              **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| ---- | -------- | ---- | -------- | ---- | ---- | ------ |
| 6/11/2004 | | | BT | 1.60/hrs | $140 | $224.00 |
| 6/11/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| 6/13/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 6/13/2004 | | | BT | 2.60/hrs | $140 | $364.00 |
| 6/14/2004 | | | BT | 0.40/hrs | $140 | $56.00 |
| 6/14/2004 | | | BT | 1.80/hrs | $140 | $252.00 |
| 6/14/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 6/14/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |
| 6/14/2004 | | | RVS | 0.10/hrs | $275 | $27.50 |
| 6/15/2004 | | | BT | 2.50/hrs | $140 | $350.00 |
| 6/15/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |

**INVOICE NUMBER**    **1002537**
**DATE**    **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| 6/16/2004 | | | BT | 2.10/hrs | $140 | $294.00 |
| 6/17/2004 | | | RVS | 1.00/hrs | $275 | $275.00 |
| 6/17/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 6/17/2004 | | | RVS | 0.40/hrs | $275 | $110.00 |
| 6/18/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 6/18/2004 | | | BT | 1.60/hrs | $140 | $224.00 |
| 6/18/2004 | | | RVS | 2.50/hrs | $275 | $687.50 |
| 6/18/2004 | | | BT | 1.70/hrs | $140 | $238.00 |

**INVOICE NUMBER**    **1002537**
**DATE**    **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|------------|
| 6/21/2004 | | | RVS | 0.30/hrs | $275 | $82.50 |
| 6/21/2004 | | | RVS | 2.00/hrs | $275 | $550.00 |
| 6/21/2004 | | | RVS | 0.80/hrs | $275 | $220.00 |
| 6/21/2004 | | | THB | 1.00/hrs | $230 | $230.00 |
| 6/21/2004 | | | RVS | 0.20/hrs | $275 | $55.00 |
| 6/21/2004 | | | RVS | 0.50/hrs | $275 | $137.50 |

**INVOICE NUMBER**      **1002537**
**DATE**                **6/22/2004**

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|------|----------|------|----------|------|------|-----------|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
|      | ☐(s3B    | TOTAL |         |      |      | $17,070.00 |

The Liber        ty Mutual Group                          1-Aug 3, 2003
Litigatio        n Management-CLBU              Invoice    No.: 100                    1285
P.O. Box         460                            Matter:              100         705.0003
Williston        , VT 05495

□(s3B   RE:     NYPA Y49 Cables Struck         □(s0B
□(s3B           by Gulf Horizon                           □(s        0B
□(s3B    Yo     ur Claim File: P-220-0681      98-01      □(s        0B


□(s3B           BILL                SUMMARY                          □(s0B
                ---------           ---


Prof            essional Services Rendere      d........    ...........     $49 ,143.50

Disb            ursements...............       .........    ...........   $            702.09

Bala            nce Due This Bill........       .........    ...........     $49 ,845.59

Prev            ious Balance.............       .........    ...........    $129 ,287.87

Tota            l Balance Due............       .........    ...........    $179 ,133.46
□&k4S                                                       □(s3B


Please remit    payment by a dollar check     or banke    rs draft, m    ade payab    le to Healy &

1

drawn on a U. S. clearing bank, or by w    ire remit    tance to ou    r bank, H    SBC
140 Broadway, New York, N.Y. 10005, fo    r credit    to the acco    unt of He    aly & Baillie
Business Acco  unt, account number 001-7    6487-0.    □(s    0B

□

□(s3B RE: NYF A Y49 Cables Struck

| □(s0B | Au | gust 13, 2003 |
|---|---|---|
| Inv | oice No.: | 1001285 |
| Mat | ter: | 100705.0003 |
| Pag | e: | 2 |

□(s3B

□    &dDSTATEMENT FOR PROFE ONAL SERV    ICES RENDER ED□&d@
    □&dDAND DIS    BURSEMENT S□&d@□(s0B
□(s3B

| Date | Function | Task | Attorney | Time | Rate | Total Cost |
|---|---|---|---|---|---|---|
| ---- | -------- | ---- | -------- | ---- | ---- | ----- |
| □(s0B | | | | | | |
| 4/25/2003 | | | DJF | 1.90/hrs | $150 | $285.00 |
| 4/28/2003 | | | WNF | 0.50/hrs | $250 | $125.00 |
| 4/28/2003 | | | DJF | 0.60/hrs | $150 | $90.00 |
| 4/28/2003 | | | DJF | 1.30/hrs | $150 | $195.00 |

| Date | Initials | Time | Rate | Amount |
|---|---|---|---|---|
| 4/29/2003 | DJF | 2.10/hrs | $150 | $315.00 |
| 4/30/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 4/30/2003 | WNF | 1.00/hrs | $250 | $250.00 |
| 4/30/2003 | RVS | 0.70/hrs | $250 | $175.00 |
| 5/1/2003 | JGI | 0.60/hrs | $250 | $150.00 |
| 5/1/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/1/2003 | WNF | 2.00/hrs | $250 | $500.00 |
| 5/1/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/2/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 5/2/2003 | WNF | 1.00/hrs | $250 | $250.00 |
| 5/2/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/2/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/2/2003 | DJF | 0.50/hrs | $150 | $75.00 |

| 5/2/2003 | JGI | 0.40/hrs | $250 | $100.00 |
|---|---|---|---|---|

Pag        e:                    4

| 5/2/2003 | JGI | 0.20/hrs | $250 | $50.00 |
|---|---|---|---|---|
| 5/5/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/5/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/5/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/5/2003 | RVS | 1.50/hrs | $250 | $375.00 |
| 5/6/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/7/2003 | JGI | 0.40/hrs | $250 | $100.00 |
| 5/7/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/7/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/7/2003 | DJF | 0.50/hrs | $150 | $75.00 |
| 5/7/2003 | DJF | 2.30/hrs | $150 | $345.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/7/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/8/2003 | WNF | 1.50/hrs | $250 | $375.00 |
| 5/8/2003 | DJF | 2.30/hrs | $150 | $345.00 |
| 5/8/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/9/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/9/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/9/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/9/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/12/2003 | RVS | 1.50/hrs | $250 | $375.00 |
| 5/13/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/14/2003 | WNF | 0.20/hrs | $250 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 5/14/2003 | DJF | 4.30/hrs | $150 | $645.00 |
| 5/14/2003 | DJF | 2.30/hrs | $150 | $345.00 |
| 5/15/2003 | DJF | 2.30/hrs | $150 | $345.00 |
| 5/15/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/15/2003 | DJF | 1.60/hrs | $150 | $240.00 |
| 5/16/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 5/16/2003 | JGI | 0.90/hrs | $250 | $225.00 |
| 5/16/2003 | DJF | 2.20/hrs | $150 | $330.00 |
| 5/16/2003 | JGI | 0.40/hrs | $250 | $100.00 |

| | | | | |
|---|---|---|---|---|
| 5/16/2003 | JGI | 0.60/hrs | $250 | $150.00 |
| 5/16/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/16/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/16/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/19/2003 | JGI | 0.50/hrs | $250 | $125.00 |
| 5/19/2003 | JGI | 0.60/hrs | $250 | $150.00 |
| 5/19/2003 | WNF | 1.00/hrs | $250 | $250.00 |
| 5/19/2003 | WNF | 0.20/hrs | $250 | $50.00 |
| 5/19/2003 | JGI | 0.20/hrs | $250 | $50.00 |

| 5/19/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/19/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 5/20/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 5/20/2003 | DJF | 1.80/hrs | $150 | $270.00 |
| 5/21/2003 | RVS | 1.50/hrs | $250 | $375.00 |
| 5/21/2003 | JGI | 0.70/hrs | $250 | $175.00 |
| 5/21/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/21/2003 | JGI | 0.40/hrs | $250 | $100.00 |
| 5/21/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/21/2003 | WNF | 1.00/hrs | $250 | $250.00 |
| 5/21/2003 | JGI | 0.20/hrs | $250 | $50.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/21/2003 | JGI | 0.30/hrs | $250 | $75.00 |
| 5/22/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/22/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/23/2003 | JGI | 0.70/hrs | $250 | $175.00 |

□(s3B RE: NYP

| | □(s0B | Au | gust 13, 2003 |
|---|---|---|---|
| | Inv | oice No.: | 1001285 |
| | Mat | ter: | 100705.0003 |
| | Pag | e: | 10 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/23/2003 | JGI | 0.20/hrs | $250 | $50.00 |
| 5/27/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/28/2003 | RVS | 0.20/hrs | $250 | $50.00 |

9

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/28/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 5/29/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/29/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 5/29/2003 | JGI | 0.10/hrs | $250 | $25.00 |
| 5/30/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 5/31/2003 | RVS | 1.50/hrs | $250 | $375.00 |
| 6/2/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 6/2/2003 | RVS | 3.00/hrs | $250 | $750.00 |
| 6/2/2003 | DJF | 1.50/hrs | $150 | $225.00 |
| 6/2/2003 | DJF | 0.60/hrs | $150 | $90.00 |
| 6/2/2003 | WNF | 1.30/hrs | $250 | $325.00 |

| | | | | |
|---|---|---|---|---|
| 6/2/2003 | DJF | 2.10/hrs | $150 | $315.00 |
| 6/3/2003 | RVS | 1.20/hrs | $250 | $300.00 |
| 6/3/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/3/2003 | WNF | 1.20/hrs | $250 | $300.00 |
| 6/3/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 6/3/2003 | RVS | 1.00/hrs | $250 | $250.00 |
| 6/3/2003 | WNF | 0.20/hrs | $250 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 6/3/2003 | DJF | 0.50/hrs | $150 | $75.00 |
| 6/3/2003 | DJF | 2.10/hrs | $150 | $315.00 |
| 6/3/2003 | DJF | 1.30/hrs | $150 | $195.00 |
| 6/3/2003 | DJF | 0.60/hrs | $150 | $90.00 |
| 6/4/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 6/4/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 6/6/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 6/6/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 6/9/2003 | WNF | 0.30/hrs | $250 | $75.00 |
| 6/9/2003 | WNF | 0.20/hrs | $250 | $50.00 |
| 6/9/2003 | WNF | 0.50/hrs | $250 | $125.00 |

| | | | | |
|---|---|---|---|---|
| 6/9/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 6/9/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 6/10/2003 | WNF | 0.30/hrs | $250 | $75.00 |
| 6/10/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/10/2003 | DJF | 2.10/hrs | $150 | $315.00 |
| 6/10/2003 | WNF | 0.20/hrs | $250 | $50.00 |
| 6/10/2003 | DJF | 0.70/hrs | $150 | $105.00 |
| 6/10/2003 | DJF | 1.20/hrs | $150 | $180.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/11/2003 | DJF | 8.30/hrs | $150 | $1,245.00 |
| 6/12/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 6/16/2003 | DJF | 0.60/hrs | $150 | $90.00 |
| 6/17/2003 | DJF | 11.20/hrs | $150 | $1,680.00 |
| 6/18/2003 | DJF | 0.60/hrs | $150 | $90.00 |
| 6/18/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/19/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 6/19/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/19/2003 | RVS | 0.10/hrs | $250 | $25.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/20/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/20/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 6/20/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 6/20/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/20/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/23/2003 | DJF | 2.40/hrs | $150 | $360.00 |
| 6/23/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 6/23/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 6/23/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/23/2003 | RVS | 0.10/hrs | $250 | $25.00 |

| | | | | |
|---|---|---|---|---|
| 6/23/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/23/2003 | DJF | 3.80/hrs | $150 | $570.00 |
| 6/23/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/23/2003 | RVS | 1.50/hrs | $250 | $375.00 |
| 6/24/2003 | RVS | 1.30/hrs | $250 | $325.00 |
| 6/24/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/24/2003 | RVS | 0.40/hrs | $250 | $100.00 |
| 6/24/2003 | DJF | 1.30/hrs | $150 | $195.00 |
| 6/24/2003 | DJF | 0.40/hrs | $150 | $60.00 |

| | | | | |
|---|---|---|---|---|
| 6/24/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 6/25/2003 | DJF | 2.60/hrs | $150 | $390.00 |
| 6/25/2003 | DJF | 1.60/hrs | $150 | $240.00 |
| 6/25/2003 | DJF | 0.70/hrs | $150 | $105.00 |
| 6/25/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/25/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 6/25/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/25/2003 | RVS | 1.00/hrs | $250 | $250.00 |
| 6/25/2003 | DJF | 1.40/hrs | $150 | $210.00 |
| 6/25/2003 | DJF | 2.30/hrs | $150 | $345.00 |

| Date | Initials | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 6/26/2003 | RVS | 9.00/hrs | $250 | $2,250.00 |
| 6/26/2003 | DJF | 8.80/hrs | $150 | $1,320.00 |
| 6/27/2003 | RVS | 1.00/hrs | $250 | $250.00 |
| 6/27/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 6/30/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 6/30/2003 | DJF | 0.70/hrs | $150 | $105.00 |
| 6/30/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 6/30/2003 | RVS | 0.20/hrs | $250 | $50.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/30/2003 | DJF | 8.10/hrs | $150 | $1,215.00 |
| 7/1/2003 | DJF | 7.20/hrs | $150 | $1,080.00 |
| 7/1/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/2/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/2/2003 | RVS | 0.60/hrs | $250 | $150.00 |

| 7/2/2003 | RVS | 0.40/hrs | $250 | $100.00 |
| 7/2/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 7/2/2003 | DJF | 4.80/hrs | $150 | $720.00 |
| 7/2/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 7/2/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 7/2/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/2/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/3/2003 | WNF | 1.00/hrs | $250 | $250.00 |
| 7/3/2003 | DJF | 1.20/hrs | $150 | $180.00 |

| | | | | |
|---|---|---|---|---|
| 7/3/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/3/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 7/3/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/3/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 7/3/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/3/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/3/2003 | RVS | 1.00/hrs | $250 | $250.00 |
| 7/7/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/7/2003 | RVS | 0.50/hrs | $250 | $125.00 |

| Date | | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/7/2003 | | RVS | 0.60/hrs | $250 | $150.00 |
| 7/7/2003 | | DJF | 0.80/hrs | $150 | $120.00 |
| 7/7/2003 | | DJF | 0.20/hrs | $150 | $30.00 |
| 7/7/2003 | | DJF | 0.20/hrs | $150 | $30.00 |
| 7/7/2003 | | DJF | 2.30/hrs | $150 | $345.00 |
| 7/8/2003 | | DJF | 0.60/hrs | $150 | $90.00 |
| 7/8/2003 | | DJF | 0.80/hrs | $150 | $120.00 |
| 7/8/2003 | | DJF | 0.60/hrs | $150 | $90.00 |
| 7/8/2003 | | RVS | 0.80/hrs | $250 | $200.00 |
| 7/8/2003 | | DJF | 0.40/hrs | $150 | $60.00 |
| 7/8/2003 | | DJF | 1.20/hrs | $150 | $180.00 |
| 7/8/2003 | | DJF | 0.80/hrs | $150 | $120.00 |
| 7/8/2003 | | DJF | 0.80/hrs | $150 | $120.00 |
| 7/8/2003 | | RVS | 0.20/hrs | $250 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 7/8/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/8/2003 | RVS | 0.70/hrs | $250 | $175.00 |
| 7/8/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/8/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/8/2003 | PL | 3.50/hrs | $30 | $105.00 |
| 7/9/2003 | PL | 2.00/hrs | $30 | $60.00 |
| 7/9/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 7/9/2003 | DJF | 2.30/hrs | $150 | $345.00 |
| 7/9/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/10/2003 | PL | 2.00/hrs | $30 | $60.00 |

| 7/11/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
|---|---|---|---|---|---|
| 7/11/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
| 7/11/2003 | | RVS | 0.30/hrs | $250 | $75.00 |
| 7/11/2003 | | RVS | 0.40/hrs | $250 | $100.00 |
| 7/11/2003 | | RVS | 0.20/hrs | $250 | $50.00 |
| 7/11/2003 | | DJF | 0.50/hrs | $150 | $75.00 |
| 7/11/2003 | | DJF | 0.40/hrs | $150 | $60.00 |
| 7/11/2003 | | DJF | 0.80/hrs | $150 | $120.00 |
| 7/11/2003 | | RVS | 0.40/hrs | $250 | $100.00 |
| 7/14/2003 | | DJF | 1.80/hrs | $150 | $270.00 |

| Date | Person | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/14/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/14/2003 | PL | 6.00/hrs | $30 | $180.00 |
| 7/14/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 7/14/2003 | DJF | 3.80/hrs | $150 | $570.00 |
| 7/15/2003 | DJF | 6.50/hrs | $150 | $975.00 |
| 7/16/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 7/16/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 7/16/2003 | RVS | 0.20/hrs | $250 | $50.00 |

| Date | Initials | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 7/16/2003 | DJF | 0.20/hrs | $150 | $30.00 |
| 7/16/2003 | DJF | 4.80/hrs | $150 | $720.00 |
| 7/17/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/17/2003 | DJF | 0.20/hrs | $150 | $30.00 |
| 7/17/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 7/17/2003 | DJF | 3.60/hrs | $150 | $540.00 |
| 7/18/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/18/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 7/18/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 7/18/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/18/2003 | RVS | 0.20/hrs | $250 | $50.00 |

| Date | Initials | Hours | Rate | Amount |
|------|---------|-------|------|--------|
| 7/18/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 7/18/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 7/22/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 7/22/2003 | DJF | 0.30/hrs | $150 | $45.00 |
| 7/22/2003 | WNF | 0.20/hrs | $250 | $50.00 |
| 7/22/2003 | DJF | 0.60/hrs | $150 | $90.00 |
| 7/22/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 7/22/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 7/23/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/23/2003 | DJF | 0.20/hrs | $150 | $30.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/24/2003 | THB | 0.40/hrs | $205 | $82.00 |
| 7/24/2003 | WNF | 0.20/hrs | $250 | $50.00 |
| 7/25/2003 | WNF | 0.50/hrs | $250 | $125.00 |
| 7/25/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 7/25/2003 | DJF | 0.50/hrs | $150 | $75.00 |
| 7/28/2003 | RVS | 0.40/hrs | $250 | $100.00 |
| 7/29/2003 | DJF | 2.40/hrs | $150 | $360.00 |
| 7/29/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 7/30/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 7/30/2003 | DJF | 9.80/hrs | $150 | $1,470.00 |

| Date | | Initials | Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/30/2003 | | RVS | 0.20/hrs | $250 | $50.00 |
| 7/30/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
| 7/31/2003 | | RVS | 0.40/hrs | $250 | $100.00 |
| 7/31/2003 | | DJF | 0.70/hrs | $150 | $105.00 |
| 7/31/2003 | | RVS | 0.20/hrs | $250 | $50.00 |
| 7/31/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/1/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
| 8/1/2003 | | DJF | 0.60/hrs | $150 | $90.00 |

| | | | | |
|---|---|---|---|---|
| 8/1/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 8/1/2003 | DJF | 0.50/hrs | $150 | $75.00 |
| 8/1/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 8/1/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 8/1/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 8/4/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 8/4/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 8/4/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 8/4/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 8/4/2003 | DJF | 0.20/hrs | $150 | $30.00 |

| | | | | |
|---|---|---|---|---|
| 8/5/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 8/5/2003 | RVS | 0.30/hrs | $250 | $75.00 |
| 8/5/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 8/5/2003 | DJF | 1.20/hrs | $150 | $180.00 |
| 8/5/2003 | RVS | 0.20/hrs | $250 | $50.00 |
| 8/6/2003 | DJF | 0.70/hrs | $150 | $105.00 |
| 8/6/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 8/6/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 8/6/2003 | RVS | 0.10/hrs | $250 | $25.00 |

| | | | | |
|---|---|---|---|---|
| 8/6/2003 | RVS | 0.50/hrs | $250 | $125.00 |
| 8/6/2003 | RVS | 0.40/hrs | $250 | $100.00 |
| 8/6/2003 | RVS | 0.10/hrs | $250 | $25.00 |
| 8/7/2003 | DJF | 3.80/hrs | $150 | $570.00 |
| 8/7/2003 | DJF | 0.40/hrs | $150 | $60.00 |
| 8/7/2003 | DJF | 0.80/hrs | $150 | $120.00 |
| 8/7/2003 | RVS | 0.80/hrs | $250 | $200.00 |
| 8/7/2003 | RVS | 1.00/hrs | $250 | $250.00 |
| 8/7/2003 | RVS | 0.40/hrs | $250 | $100.00 |

| 8/7/2003 | | RVS | 0.10/hrs | $250 | $25.00 |
|---|---|---|---|---|---|
| 8/8/2003 | | THB | 1.30/hrs | $205 | $266.50 |
| 8/8/2003 | | RVS | 0.20/hrs | $250 | $50.00 |

| □(s3B | □(s3B | TOTA | L | — | $ | 49,14 |
|---|---|---|---|---|---|---|

| □(s3B | □&dDDISBURSEMENTS□&d@ | | | □(s0B | |
|---|---|---|---|---|---|
| Carfare and | Mileage | $ | 330.22 | | |
| Conference | Expenses | | $21.38 | | |
| Delivery se | rvices/messengers | | $35.36 | | |
| Facsimile | | | $1.79 | | |
| Photocopyin | g | $ | 267.2 | | |
| Postage | | | $6.83 | | |
| Telephone | | | $39.31 | | |
| | TOTAL | $ | 702.09 | | |

| □(s3B | TOTA | L | $ | | 702 | 0.09 |
|---|---|---|---|---|---|---|

| | TOTAL | FEES | | $ | 49,143.50 |
|---|---|---|---|---|---|
| | TOTAL | DISBURSEM | ENTS | $ | 702.09 |

| JGI , P | artner | Ingram, John G. | | 1 4.30 $ 250 | .00 $ 3, | 575 |
|---|---|---|---|---|---|---|
| RVS , P | artner | Singleton, Rich | ard V 5 | 0.70 $ 250 | .00 $ 12, | 675 |
| WNF , P | artner | France, William | N. 1 | 7.50 $ 250 | .00 $ 4, | 375 |
| THB , A | ssociate | Belknap,Jr., Th | omas | 1.70 $ 205 | .00 $ | 348.5 |
| DJF , A | ssociate | Fitzgerald, Dan | iel J 18 | 5.10 $ 150 | .00 $ 27, | 765 |
| PL , P | aralegal | Paralegal, | | 1 3.50 $ 30 | .00 $ | 405 |

&k4S
(s3B

| | | | | | |
|---|---|---|---|---|---|
| Please remit | payment by a dollar check | or banke | rs draft, m | ade payab | le to Healy & |
| drawn on a U. | S. clearing bank, or by w | ire remit | tance to ou | r bank, H | SBC |
| 140 Broadway, | New York, N.Y. 10005, fo | r credit | to the acco | unt of He | aly & Baillie |
| Business Acco | unt, account number 001-7 | 6487-0. | | | |