DONOVAN PARRY McDERMOTT & RADZIK
Edward C. Radzik (ER-2473)
Attorneys for Defendants, Lloyd's Underwriters
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IROQUOIS GAS TRANSMISSION
SYSTEM L.P.,

                Plaintiffs,

- against -

ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES LTD.,
Hamilton, Bermuda; CERTAIN
UNDERWRITERS AT LLOYD'S; AON
RISK SERVICES OF TEXAS, INC.; and
AMERICAN HOME ASSURANCE CO.,

                Defendants.
-----------------------------------------------------------X

ECF CASE

05 Civ.2149 (JSR)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Edward C. Radzik, sworn to on the 26th day of August, 2005, and the exhibits annexed thereto, the accompanying Memorandum of Law, the accompanying Statement of Material Facts pursuant to Local Rule 56.1, and upon all the pleadings and proceedings heretofore had herein, the undersigned, on behalf of Defendants, Underwriters at Lloyd's and Certain

Insurers Subscribing to Marine Hull & Machinery Policy No. LE0280715 ("Lloyd's Underwriters") will move before the Honorable Jed S. Rakoff United States District Judge, at the United States District Court, 500 Pearl Street, New York, New York 10007 in Courtroom 14B on September 23, 2005 at 4:00 p.m. as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant Lloyd's Underwriters' motion for summary judgment on the issue that any insurance coverage that would otherwise be available to plaintiff is vitiated by reason of plaintiff's lack of notification as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Scheduling Order dated April 15, 2005, all opposing affidavits and answering memoranda shall be served on or before September 9, 2005, and reply papers shall be served on or before September 16, 2005.

Dated:     New York, New York
           August 26, 2005

                              Respectfully submitted,

                              DONOVAN PARRY McDERMOTT & RADZIK
                              Attorneys for Defendants, Lloyd's Underwriters

                              BY: _____
                              Edward C. Radzik (ER-2473)
                              Wall Street Plaza - 88 Pine Street
                              New York, NY 10005-1801
                              (212) 376-6400

TO:  Richard V. Singleton, Esq.
John C. Koster, Esq.
David D. Jensen, Esq.
Healy & Baillie
*Attorneys for Iroquois Gas Transmission System L.P.*
61 Broadway - 32nd Floor
New York, NY 10006-2701
(212) 709-9264

John P. Vayda, Esq.
*Attorneys for Defendant, Associated Electric & Gas Insurance Services Ltd., Hamilton, Bermuda (AEGIS)*
Nourse & Bowles
One Exchange Plaza
55 Broadway - 30th Floor
New York, NY 10006-3030
(212) 952-6202

Rodney M. Zerbe, Esq.
James Tolan, Esq.
*Attorneys for AON Risk Services of Texas, Inc.*
Dechert LLP
30 Rockefeller Plaza - Room 2305
New York, NY 10112
(212) 698-3500

Charles E. Schmidt, Esq.
Kennedy Lillis Schmidt & English
*Attorneys for American Home Assurance Company*
75 Maiden Lane
New York, NY 10038
(212) 430-0800