S:\FILES\4729_AHAC-IROQUOIS\ECF\4729AHACANS1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., <br><br> Plaintiff, <br><br> - v. - <br><br> ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda (AEGIS), and CERTAIN UNDERWRITERS AT LLOYD'S; AON RISK SERVICES OF TEXAS, INC.; and AMERICAN HOME ASSURANCE CO., <br><br> Defendants. | 05 Civ. 2149 (JSR) <br><br> AFFIRMATION IN RESPONSE TO CROSS-MOTION OF IROQUOIS GAS TRANS-MISSION SYSTEM L.P. |

STATE OF NEW YORK     )
                     ) ss:
COUNTY OF NEW YORK    )

Charles E. Schmidt, affirms under penalties of perjury as follows:

1.  I am am member of the firm of Kennedy Lillis Schmidt & English, attorneys for defendant AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") herein. I make this affirmation in response to the cross-motion of IROQUOIS GAS TRANSMISSION SYSTEM L.P. ("IROQUOIS") for summary judgment against LLOYD'S herein.

1

2.  I have had the opportunity to review and discuss with him the affidavit of John P. Vayda filed on behalf of co-defendant ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD. ("AEGIS") in response to the cross-motion of IROQUOIS herein.

3.  For the reasons expressed therein, AMERICAN HOME joins AEGIS in requesting that if the Court determines that the subject matter of that cross-motion is not subject to the Court's stay, the Court deny IROQUOIS' cross-motion for summary judgment.

I affirm under penalties of perjury that the foregoing is true and correct. Executed at New York, New York, this 23rd day of September, 2005.

Dated: New York, New York
September 23, 2005

Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800