```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IROQUOIS GAS TRANSMISSION SYSTEM      :
L.P.,                                 :
                                      :      05 Civ. 2149 (JSR)
             Plaintiff,               :
                                      :           ORDER
        -v-                           :
                                      :
ASSOCIATED ELECTRIC & GAS INSURANCE   :
SERVICES LTD., Hamilton, Bermuda;     :
CERTAIN UNDERWRITERS AT LLOYD'S; AON  :
RISK SERVICES OF TEXAS, INC.; and     :
AMERICAN HOME ASSURANCE CO.,          :
                                      :
             Defendants.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated during a telephonic conference on September 27, 2005, the affidavit of John P. Vayda, dated September 23, 2005 (Docket No. 53), and the affirmation of Charles E. Schmidt, dated September 23, 2005 (Docket No. 54), are deemed withdrawn and will not be considered by the Court.

    SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 27, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-05