UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
IROQUOIS GAS TRANSMISSION SYSTEM   :
L.P.,                              :
                                   :
             Plaintiff,            :
                                   :
        -v-                        :        05 Civ. 2149 (JSR)
                                   :
ASSOCIATED ELECTRIC & GAS INSURANCE :            ERRATUM
SERVICES LTD., Hamilton, Bermuda;  :
CERTAIN UNDERWRITERS AT LLOYD'S; AON :
RISK SERVICES OF TEXAS, INC.; and  :
AMERICAN HOME ASSURANCE CO.,       :
                                   :
             Defendants.           :
------------------------------- x

JED S. RAKOFF, U.S.D.J.

        A typographical error in the Court's Memorandum Order dated

April 5, 2006 is hereby corrected as follows: On page 4, line 15, the

word "control" is hereby deleted and a period is inserted after the

word "involved" in place of the comma.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        April 6, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·7-06