DONOVAN PARRY McDERMOTT & RADZIK
Edward C. Radzik (ER-2473)
Attorneys for Defendants, Lloyd's Underwriters
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| IROQUOIS GAS TRANSMISSION SYSTEM L.P., | ECF CASE |
| Plaintiff, | 05 CV 2149 (JSR) |
| - against - | |
| ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda; CERTAIN UNDERWRITERS AT LLOYD'S; AON RISK SERVICES OF TEXAS, INC.; and AMERICAN HOME ASSURANCE CO., | NOTICE OF CHANGE OF NAME |
| Defendants. | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the firm name DONOVAN PARRY McDERMOTT & RADZIK, attorneys for Plaintiff, Defendants, CERTAIN UNDERWRITERS AT LLOYD's, has been changed. The address and telephone number remains the same.

The new name of the firm is:

McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street
New York, NY  10005

Dated: New York, New York
      March 13, 2006

                        McDERMOTT & RADZIK, LLP.
                        Attorneys for Defendants, Certain Underwriters
                        at Lloyd's

BY   _/s/ Edward C. Radzik_____
            EDWARD C. RADZIK (ER-2473)
            Wall Street Plaza
            88 Pine Street
            New York, NY  10005
            (212) 376-6400

TO:   John C. Koster, Esq.
      David Jensen, Esq.
      HEALY & BAILLIE, LLP
      *Attorneys for IROQUOIS GAS TRANSMISSION*
         *SYSTEM L.P.*
      61 Broadway, 32nd Floor
      New York, New York, 10006

      John P. Vayda, Esq.
      NOURSE & BOWLES, LLP
      *Attorneys for ASSOCIATED ELECTRIC & GAS*
         *INSURANCE SERVICES LTD.*
      One Exchange Plaza
      55 Broadway – 30th Floor
      New York, New York 10006-3030

      Rodney M. Zerbe, Esq.
      James Tolan, Esq.
      Dechert LLP
      *Attorneys for AON RISK SERVICES*
         *OF TEXAS, INC.*
      30 Rockefeller Plaza – Room 2305
      New York, New York 10112

      Charles E. Schmidt, Esq.
      KENNEDY LILLIS SCHMIDT & ENGLISH
      *Attorneys for AMERICAN HOME*
         *ASSURANCE COMPANY*
      75 Maiden Lane
      New York, New York 10038

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

Patricia A. Frattini, being duly sworn, deposes and says:

1. I am employed by the firm of McDERMOTT & RADZIK, LLP, attorneys for the Plaintiff. I am not a party to this action, am over 18 years of age.

2. On March 13, 2006, I served the annexed **Notice of Change of Name** upon the following:

John C. Koster, Esq.
David Jensen, Esq.
HEALY & BAILLIE, LLP
61 Broadway, 32nd Floor
New York, New York, 10006

John P. Vayda, Esq.
NOURSE & BOWLES, LLP
One Exchange Plaza
55 Broadway – 30th Floor
New York, New York 10006-3030

Rodney M. Zerbe, Esq.
James Tolan, Esq.
DECHERT LLP
30 Rockefeller Plaza – Room 2305
New York, New York 10112

Charles E. Schmidt, Esq.
KENNEDY LILLIS SCHMIDT & ENGLISH
75 Maiden Lane
New York, New York 10038

at the addresses designated by said attorneys for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

*Patricia G. Frattini*
Patricia A. Frattini

Sworn to before me this
13th day of March, 2006

*Lori Quinn*
Notary Public

LORI J. QUINN
Notary Public, State of New York
No. 01QU5062709
Qualified in Nassau County
Commission Expires July 1, 20 06