```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IROQUOIS GAS TRANSMISSION SYSTEM      :
L.P.,                                 :
                                      :
              Plaintiff,              :
                                      :       05 Civ. 2149 (JSR)
         -v-                          :
                                      :       ORDER
ASSOCIATED ELECTRIC & GAS INSURANCE   :
SERVICES LTD., Hamilton, Bermuda;     :
CERTAIN UNDERWRITERS AT LLOYD'S; AON  :
RISK SERVICES OF TEXAS, INC.; and     :
AMERICAN HOME ASSURANCE CO.,          :
                                      :
              Defendants.             :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-06

JED S. RAKOFF, U.S.D.J.

This action has been stayed in its entirety as to all parties pending the outcome of the arbitration between plaintiff Iroquois Gas Transmission System L.P. ("Iroquois") and defendant Associated Electric & Gas Insurance Services Ltd. See Order dated July 22, 2005. By letter dated August 9, 2006, Iroquois asked this Court to lift the stay as to defendant Certain Underwriters at Lloyd's ("Lloyds"). As nothing material has changed since counsel for Iroquois previously agreed with the Court that the case against Lloyd's would not go forward until the conclusion of the aforementioned arbitration action, see transcript, 7/22/05, at 11-14, the application to lift the stay must be, and hereby is, denied.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 30, 2006