Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IROQUOIS GAS TRANSMISSION SYSTEM L.P., :
:
              Plaintiff,               :            05 Civ. 2149 (JSR)
:
        - against -                :           ECF CASE
:
ASSOCIATED ELECTRIC & GAS INSURANCE    :    STIPULATION AND ORDER OF
SERVICES LTD., Hamilton, Bermuda (AEGIS),    :    DISCONTINUANCE AS
and CERTAIN UNDERWRITERS AT LLOYD'S;    :    AGAINST AEGIS AND STAYING
AON RISK SERVICES OF TEXAS, INC.; and     :     ACTION AS TO OTHER
AMERICAN HOME ASSURANCE CO.,             :             PARTIES
:
              Defendants.        :
----------------------------------------------------------X

       WHEREAS, a certain action was commenced in the United States District Court for the Southern District of Texas, Houston Division sub nom *In the Matter of Horizon Vessels, Inc., as Owner, and Horizon Offshore Contractors, Inc., Horizon Offshore, Inc., and Texas Offshore Contractors Corp., as Owners, Operators, Owners Pro Hac Vice, of the L/B Gulf Horizon, Praying for Exoneration from or Limitation of Liability Regarding the Incident of February 27, 2003*, Civ. No. H-03-3280 ("Limitation Proceedings") related to the alleged damage to electric cables resulting from the construction of a gas transmission pipeline; and

       WHEREAS, IROQUOIS GAS TRANSMISSION SYSTEM L.P., ("Iroquois") a party to the Limitation Proceeding, initiated this action to recover monies from the insurers, underwriters and/or broker of another party to the Limitation Proceeding as a claimed additional assured; and

       WHEREAS, some of the claims between some of the parties in the Limitation Proceeding and in this action have been compromised and settled; and

1

600705.00003/6558925v.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07

WHEREAS, the claims against Associated Electric Insurance Services Ltd., Hamilton, Bermuda ("AEGIS") herein have been resolved in accordance with the terms of an agreement entered in the Limitation Proceedings;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the Parties pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure that Plaintiff, Iroquois hereby dismisses this action with prejudice and without costs to any party against AEGIS

IT IS FURTHER STIPULATED AND AGREED by and between the Parties that Iroquois' claims against all other defendants herein (*i.e.*, except AEGIS) shall remain pending but should be stayed pending final resolution of the Limitation Proceeding, including any appeals therein, which action is anticipated by the parties will resolve all outstanding issues in this action;

IT IS FURTHER STIPULATED AND AGREED by and between the Parties that upon satisfaction of a judgment entered in favor of Iroquois in the Limitation Proceeding, or upon entry of a final judgment against Iroquois, after appeal(s) if any, this action shall be dismissed with prejudice and without costs to any party as against any other.

600705.00003/6558925v.1

WHEREFORE, IT IS FURTHER ORDERED that the remaining claims in this matter shall be stayed pending final resolution of the Limitation Proceeding, including any appeals therein.

Dated:  New York, New York
       July _16_____, 2007

BLANK ROME LLP
Attorneys for Plaintiff
IROQUOIS GAS TRANSMISSION SYSTEM L.P.

By: _____
Richard V. Singleton (RS 9489)
The Chrylser Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

NOURSE & BOWLES, LLP
Attorneys for Defendant
ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD.

By: _____
John P. Vayda, Esq. (JV 0339)
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

3

600705.00003/6558925v.1

McDERMOTT & RADZIK LLP
Attorneys for Defendants
LLOYD'S UNDERWRITERS

By: _____
Edward C. Radzik (ER 2473)
Carolyn Elizabeth Meers (CM 1464)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005-1801
(212) 376-6400

DECHERT LLP
Attorneys for Defendant
AON RISK SERVICES OF TEXAS, INC.

By: _____
Rodney M. Zerbe (RZ 1069)
James E. Tolan (JT 8454)
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

By: _____
Charles E. Schmidt (CS 8669)
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800

It is So Ordered:

Dated: New York, New York
~~July~~ 8/10, 2007

_____
USDJ

4

600705.00003/6558925v.1