Kirkoff, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IROQUOIS GAS TRANSMISSION SYSTEM L.P.,    :

                  Plaintiff,    :    05 Civ. 2149 (JSR)

        - against -    :    **ECF CASE**

ASSOCIATED ELECTRIC & GAS INSURANCE    :    **FINAL STIPULATION AND**
SERVICES LTD., Hamilton, Bermuda (AEGIS),    :    **ORDER OF DISCONTINUANCE**
and CERTAIN UNDERWRITERS AT LLOYD'S;    :
AON RISK SERVICES OF TEXAS, INC.; and    :
AMERICAN HOME ASSURANCE CO.,    :

                  Defendants.    :
------------------------------------------------------------X

    WHEREAS, a certain action was commenced in the United States District Court for the Southern District of Texas, Houston Division sub nom *In the Matter of Horizon Vessels, Inc., as Owner, and Horizon Offshore Contractors, Inc., Horizon Offshore, Inc., and Texas Offshore Contractors Corp., as Owners, Operators, Owners Pro Hace Vice, of the L/B Gulf Horizon, Praying for Exoneration from or Limitation of Liability Regarding the Incident of February 27, 2003*, Civ. No. H-03-3280 ("Limitation Proceedings") related to the alleged damage to electric cables resulting from the construction of a gas transmission pipeline; and

    WHEREAS, IROQUOIS GAS TRANSMISSION SYSTEM L.P., ("Iroquois") a party to the Limitation Proceedings, initiated this action to recover monies from the insurers, underwriters and/or broker of another party to the Limitation Proceeding as a claimed additional assured; and

    WHEREAS, pursuant to stipulation of the parties, this Court has previously entered a Stipulation and Order of Dismissal dismissing this action with prejudice and without costs to any

1

600705.00003/6581414v.1

party as against ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD., Hamilton, Bermuda ("AEGIS") and staying the action as to the other defendants; and

WHEREAS the remaining claims in the Limitation Proceeding and in this action have now been compromised and settled;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the remainning Parties pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure that this action be and hereby is dismissed with prejudice and without costs to any party.

Dated: New York, New York
~~October~~ November 9, 2007

BLANK ROME LLP
Attorneys for Plaintiff
IROQUOIS GAS TRANSMISSION SYSTEM L.P.

By: _____
Richard V. Singleton II (RS 9489)
The Chrylser Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

McDERMOTT & RADZIK LLP
Attorneys for Defendants
LLOYD'S UNDERWRITERS

By: _____
Edward C. Radzik (ER 2473)
Carolyn Elizabeth Meers (CM 1464)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005-1801
(212) 376-6400

2

600705.00003/6591414v.1

DECHERT LLP
Attorneys for Defendant
AON RISK SERVICES OF TEXAS, INC.

By: _____
Rodney M. Zerbe (RZ 1069)
James E. Tolan (JT 8454)
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500


KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

By: _____
Charles E. Schmidt (CS 8669)
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800

It is So Ordered:

_____
USDJ
11/14/07

Dated: New York, New York
~~October~~ November ___, 2007

3

600705.00003/6581414v.1